| UNITED STATES BANKRUPTCY COURT<br>CENTRAL DISTRICT OF CALIFORNIA | **Voluntary Petition** |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>California Coastal Communities, Inc. | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all): 02-0426634 | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all): |
| Street Address of Debtor (No. & Street, City, and State):<br>6 Executive Circle, Suite 250<br>Irvine, California | Street Address of Joint Debtor (No. & Street, City, and State): |

| | ZIP CODE 92614 | | ZIP CODE |
|---|---|---|---|

| County of Residence or of the Principal Place of Business:<br>Orange County, California | County of Residence or of the Principal Place of Business: |
|---|---|
| Mailing Address of Debtor (if different from street address): | Mailing Address of Joint Debtor (if different from street address): |

| | ZIP CODE | | ZIP CODE |
|---|---|---|---|

| Location of Principal Assets of Business Debtor (if different from street address above): |
|---|

| | ZIP CODE |
|---|---|

| **Type of Debtor** (Form of Organization)<br>(Check **one** box.) | **Nature of Business**<br>(Check **one** box.) | **Chapter of Bankruptcy Code Under Which**<br>the Petition is Filed<br>(Check **one** box) |
|---|---|---|
| ☐ Individual (includes Joint Debtors)<br>See *Exhibit D on page 2 of this form*<br>☒ Corporation (includes LLC and LLP)<br>☐ Partnership<br>☐ Other (if debtor is not one of the above entities, check this box and state type of entity below) | ☐ Health Care Business<br>☐ Single Asset Real Estate as defined in 11 U.S.C. §101 (51B)<br>☐ Railroad<br>☐ Stockbroker<br>☐ Commodity Broker<br>☐ Clearing Bank<br>☒ other | ☐ Chapter 7　☒ Chapter 11<br>☐ Chapter 9　☐ Chapter 12<br>　　　　　　☐ Chapter 13<br>☐ Chapter 15 Petition for Recognition of a Foreign Main Proceeding<br>☐ Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding |

**Nature of Debts**
(Check **one** box.)

☐ Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or house-hold purpose."　　☒ Debts are primarily business debts.

**Tax-Exempt Entity**
Check **one** box, if applicable)
☐ Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code.)

| **Filing Fee** (Check one box)<br>☒ Full Filing Fee attached<br>☐ Filing Fee to be paid in installments (Applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.<br>☐ Filing Fee waiver requested (Applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B. | **Chapter 11 Debtors:**<br>**Check one box:**<br>☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).<br>☒ Debtor is not a small business debtor as defined in 11 U.S.C. § 101 (51D).<br>**Check if:**<br>☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,190,000.<br>**Check all applicable boxes:**<br>☐ A plan is being filed with this petition<br>☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b) |
|---|---|

| **Statistical/Administrative Information**<br>☒ Debtor estimates that funds will be available for distribution to unsecured creditors.<br>☐ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors. | **THIS SPACE FOR COURT USE ONLY** |
|---|---|

**Estimated Number of Creditors**

| 1-<br>49 | 50-<br>99 | 100-<br>199 | 200-<br>999 | 1,000-<br>5,000 | 5,001-<br>10,000 | 10,001<br>25,000 | 25,001-<br>50,000 | 50,001-<br>100,000 | OVER<br>100,000 |
|---|---|---|---|---|---|---|---|---|---|
| ☐ | ☐ | ☐ | ☒ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |

**Estimated Assets**

| $0 to<br>$50,000 | $50,001 to<br>$100,000 | $100,001 to<br>$500,000 | $500,001 to<br>$1 million | $1,000,001 to<br>$10 million | $10,000,001 to<br>$50 million | $50,000,001 to<br>$100 million | $100,000,001<br>to $500 million | $500,000,001<br>to $1 billion | More<br>$1 billion |
|---|---|---|---|---|---|---|---|---|---|
| ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |

**Estimated Liabilities**

| $0 to<br>$50,000 | $50,001 to<br>$100,000 | $100,001 to<br>$500,000 | $500,001 to<br>$1 million | $1,000,001 to<br>$10 million | $10,000,001<br>to $50 million | $50,000,001 to<br>$100 million | $100,000,001<br>to $500 million | $500,000,001<br>to $1 billion | More than<br>$1 billion |
|---|---|---|---|---|---|---|---|---|---|
| ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☒ | ☐ | ☐ |

American LegalNet, Inc.
www.FormsWorkflow.com

| **Voluntary Petition**<br>*(This page must be completed and filed in every case.)* | Name of Debtor(s):<br>California Coastal Communities, Inc. | **FORM B1**, Page 2 |
|---|---|---|

| **Prior Bankruptcy Case Filed Within Last 8 Years (If more than two, attach additional sheet)** |||
|---|---|---|
| Location<br>Where Filed: | Case Number: | Date Filed: |
| Location<br>Where Filed: | Case Number: | Date Filed: |

| **Pending Bankruptcy Case Filed by any Spouse, Partner or Affiliate of this Debtor (If more than one, attach additional sheet)** |||
|---|---|---|
| Name of Debtor: | Case Number: | Date Filed: |
| District: | Relationship: | Judge: |

<table>
<tr><td>

**Exhibit A**

(To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.)

☒  Exhibit A is attached and made a part of this petition.

</td><td>

**Exhibit B**
(To be completed if debtor is an individual whose debts are primarily consumer debts.)

I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I have delivered to the debtor the notice required by 11 U.S.C. § 342(b).

X _____<br>    Signature of Attorney for Debtor(s)          Date

</td></tr>
<tr><td>

**Exhibit C**

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.

☒ No

</td><td>

**Exhibit D**
(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

☐ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

☐ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

</td></tr>
</table>

**Information Regarding the Debtor - Venue**
(Check any applicable box)

☒ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

**Statement by a Debtor Who Resides as a Tenant of Residential Property**
*Check all applicable boxes.*

☐ Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

_____
(Name of landlord that obtained judgment)

_____
(Address of landlord)

☐ Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐ Debtor has included in this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐ Debtor certifies that he/she has served the Landlord with this certification (11 U.S.C. § 362(1)).

American LegalNet, Inc.<br>www.FormsWorkflow.com

## Voluntary Petition
*(This page must be completed and filed in every case)*

Name of Debtor(s):　　　　　　　　　　　　　　　FORM B1, Page 3
California Coastal Communities, Inc.

## Signatures

### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct. [If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12 or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7. [If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. § 342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
Signature of Debtor

X _____
Signature of Joint Debtor

_____
Telephone Number (If not represented by attorney)

_____
Date

### Signature of a Foreign Representative

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign main proceeding, and that I am authorized to file this petition.

(Check only **one** box.)

☐　I request relief in accordance with chapter 15 of title 11, United States Code. Certified copies of the documents required by 11 U.S.C. § 1515 are attached.

☐　Pursuant to 11 U.S.C. § 1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

X _____
(Signature of Foreign Representative)

_____
(Printed Name of Foreign Representative)

_____
Date

### Signature of Attorney

X */s/ Joshua M. Mester*
Signature of Attorney for Debtor(s)

Joshua M. Mester
Printed Name of Attorney for Debtor(s)

Hennigan, Bennett & Dorman LLP
Firm Name

865 S. Figueroa Street, Suite 2900
Address

Los Angeles, CA 90017

213-694-1200
Telephone Number

10/27/2009　　　　　194783
Date　　　　　　　　　　Bar Number

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect

### Signature of Non-Attorney Bankruptcy Petition Preparer

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19B is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social Security number (If the bankruptcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.) (Required by 11 U.S.C. § 110.)

_____
Address

_____

X _____
　　　　　　　　　　　　　　　　　　　Date

Signature of bankruptcy petition preparer or officer, principal, responsible person, or partner whose Social Security number is provided above.

Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual.

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. § 110; 18 U.S.C. § 156.*

### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X */s/ Raymond J. Pacini*
Signature of Authorized Individual

Raymond J. Pacini
Printed Name of Authorized Individual

CEO
Title of Authorized Individual

10/27/2009
Date

American LegalNet, Inc.
www.FormsWorkflow.com

| Attorney or Party Name, Address, Telephone & FAX Numbers, and California State Bar Number | FOR COURT USE ONLY |
|---|---|
| Joshua M. Mester (SBN 194783)<br>Hennigan, Bennett & Dorman LLP<br>865 S. Figueroa Street, Suite 2900<br>Los Angeles, CA 90017<br>Phone: 213-694-1200<br>Fax: 213-694-1234<br>☒ *Attorney for:* California Coastal Communities, Inc. | |

**UNITED STATES BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA**

| In re:<br>California Coastal Communities, Inc., a Delaware corporation,<br><br>Debtor(s). | CASE NO.:<br>CHAPTER: 11<br>ADV. NO.: |
|---|---|

## ELECTRONIC FILING DECLARATION
### (CORPORATION/PARTNERSHIP)

☒ Petition, statement of affairs, schedules or lists        Date Filed: October 27, 2009
☐ Amendments to the petition, statement of affairs, schedules or lists    Date Filed: _____
☐ Other: _____ Date Filed: _____

### PART I - DECLARATION OF AUTHORIZED SIGNATORY OF DEBTOR OR OTHER PARTY

I, the undersigned, hereby declare under penalty of perjury that: (1) I have been authorized by the Debtor or other party on whose behalf the above-referenced document is being filed (Filing Party) to sign and to file, on behalf of the Filing Party, the above-referenced document being filed electronically (Filed Document); (2) I have read and understand the Filed Document; (3) the information provided in the Filed Document is true, correct and complete; (4) the "/s/," followed by my name, on the signature lines for the Filing Party in the Filed Document serves as my signature on behalf of the Filing Party and denotes the making of such declarations, requests, statements, verifications and certifications by me and by the Filing Party to the same extent and effect as my actual signature on such signature lines; (5) I have actually signed a true and correct hard copy of the Filed Document in such places on behalf of the Filing Party and provided the executed hard copy of the Filed Document to the Filing Party's attorney; and (6) I, on behalf of the Filing Party, have authorized the Filing Party's attorney to file the electronic version of the Filed Document and this *Declaration* with the United States Bankruptcy Court for the Central District of California.

_____      October 27, 2009
*Signature of Authorized Signatory of Filing Party*      Date

Raymond J. Pacini
*Printed Name of Authorized Signatory of Filing Party*

CEO
*Title of Authorized Signatory of Filing Party*

### PART II - DECLARATION OF ATTORNEY FOR FILING PARTY

I, the undersigned Attorney for the Filing Party, hereby declare under penalty of perjury that: (1) the "/s/," followed by my name, on the signature lines for the Attorney for the Filing Party in the Filed Document serves as my signature and denotes the making of such declarations, requests, statements, verifications and certifications to the same extent and effect as my actual signature on such signature lines; (2) an authorized signatory of the Filing Party signed the *Declaration of Authorized Signatory of Debtor or Other Party* before I electronically submitted the Filed Document for filing with the United States Bankruptcy Court for the Central District of California; (3) I have actually signed a true and correct hard copy of the Filed Document in the locations that are indicated by "/s/," followed by my name, and have obtained the signature of the authorized signatory of the Filing Party in the locations that are indicated by "/s/," followed by the name of the Filing Party's authorized signatory, on the true and correct hard copy of the Filed Document; (4) I shall maintain the executed originals of this *Declaration*, the *Declaration of Authorized Signatory of Debtor or Other Party*, and the Filed Document for a period of five years after the closing of the case in which they are filed; and (5) I shall make the executed originals of this *Declaration*, the *Declaration of Authorized Signatory of Debtor or Other Party*, and the Filed Document available for review upon request of the Court or other parties.

_____      October 27, 2009
*Signature of Attorney for Filing Party*      Date

Joshua M. Mester
*Printed Name of Attorney for Filing Party*

This form is mandatory by Order of the United States Bankruptcy Court for the Central District of California.

November 2006

American LegalNet, Inc.
www.FormsWorkflow.com

## Exhibit "A"

[If debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11 of the Bankruptcy Code, this Exhibit "A" shall be completed and attached to the petition.]

# Exhibit "A" to Voluntary Petition

1.  If any of the debtor's securities are registered under Section 12 of the Securities Exchange Act of 1934, the SEC file

    number is  0-17189

2.  The following financial data is the latest available information and refers to the debtor's condition on  6/30/2009

    a.  Total assets                                          $ 291,000,000.00

    b.  Total debts (including debts listed in 2.c., below)  $ 231,000,000.00

    |  |  |  | | | Approximate Number of holders |
    |---|---|---|---|---|---|

    c.  Debt securities held by more than 500 holders.

    | secured | unsecured | subordinated | $ | None | |
    |---|---|---|---|---|---|
    | ☐ secured | ☐ unsecured | ☐ subordinated | $ | | |
    | ☐ secured | ☐ unsecured | ☐ subordinated | $ | | |
    | ☐ secured | ☐ unsecured | ☐ subordinated | $ | | |
    | ☐ secured | ☐ unsecured | ☐ subordinated | $ | | |

    d.  Number of shares of preferred stock

    e.  Number of shares common stock                10,995,902

    Comments, if any: _____

3.  Brief description of debtor's business: California Coastal Communities is a residential land development and home building company with properties owned or controlled in Orange County and Los Angeles County, California.

4.  List the names of any person who directly or indirectly owns, controls, or holds, with power to vote, 5% or more of the voting securities of debtor:
    ING Group NV, Bank of America Securities Merrill Lynch, Lloyd Miller III and Dimensional Fund Advisors

American LegalNet, Inc.
www.FormsWorkflow.com

# CERTIFICATE OF RESOLUTIONS OF THE BOARD OF DIRECTORS OF CALIFORNIA COASTAL COMMUNITIES, INC., A DELAWARE CORPORATION, AUTHORIZING, AMONG OTHER THINGS, FILING A PETITION UNDER CHAPTER 11 OF THE BANKRUPTCY CODE

## OCTOBER 27, 2009

I, Raymond J. Pacini, Chief Executive Officer of California Coastal Communities Inc., a Delaware corporation (the "Corporation"), hereby certify that at a duly and validly noticed special meeting of the Board of Directors (the "Board") of the Corporation duly and validly held on October 21, 2009, the following resolutions were duly and validly adopted, and that said resolutions have not been modified or rescinded, and are still in full force and effect on the date hereof:

**WHEREAS,** the Board of the Corporation has considered the financial and operational aspects of the Corporation's business; and

**WHEREAS,** the Board of the Corporation has reviewed the current status of the Corporation in light of recent events.

**NOW, THEREFORE, BE IT RESOLVED,** that in the judgment of the Board of the Corporation, it is desirable and in the best interests of the Corporation, its creditors, stockholders, employees and other interested parties that a petition be filed by the Corporation seeking relief under the provisions of chapter 11 of title 11 of the United States Code (the "Bankruptcy Code").

**RESOLVED FURTHER,** that Raymond J. Pacini, Chief Executive Officer, and Sandra G. Sciutto, Chief Financial Officer (each an "Authorized Officer," and together the "Authorized Officers") are, and each of them is, hereby authorized and empowered on behalf of, and in the name of, the Corporation and the following wholly-owned subsidiaries corporations and limited liability companies of the Corporation of which the Corporation is the direct or indirect parent corporation: Signal Landmark Holdings Inc., Signal Landmark, Hearthside Holdings, Inc., Hearthside Homes, Inc., HHI Chandler, LLC, HHI Chino II, LLC, HHI Crosby, LLC, HHI Hellman, LLC, HHI Lancaster I, LLC, and HHI Seneca, LLC (hereafter, including the Corporation, collectively, the "Debtors"); to execute and verify or certify a petition under chapter 11 of the Bankruptcy Code, and to cause the same to be filed in the United States Bankruptcy Court for the District of Delaware or the Central District of California (the "Bankruptcy Court") at such time as said officer executing the same shall determine and in such form or forms as such officer may approve.

**RESOLVED FURTHER,** that each of the Authorized Officers be, and each of them is, hereby authorized on behalf of, and in the name of, the Debtors to execute any and all documents and filings to enable the entry into and operation within chapter 11 of the Bankruptcy Code, including any and all modifications, supplements, and amendments thereto, and to cause the same to be filed in the Bankruptcy Court at such time as said officer executing the same shall determine.

**RESOLVED FURTHER**, that each of the Authorized Officers be, and each of them hereby is, authorized to execute and file all petitions, schedules, motions, applications, pleadings, lists and other papers, and to take any and all such other and further action which the Authorized Officers or the Debtors' reorganization counsel may deem necessary or appropriate to file the voluntary petitions for relief under chapter 11, and to take and perform any and all further acts and deeds which they deem necessary, proper and desirable in connection with operation of the Debtors in their chapter 11 cases, with a view to the successful administration of such cases;

**RESOLVED FURTHER**, that each of the Authorized Officers be, and each of them is, hereby authorized on behalf of, and in the name of, the Debtors to execute any and all plans of reorganization under chapter 11 of the Bankruptcy Code, including any and all modifications, supplements, and amendments thereto, and to cause the same to be filed in the Bankruptcy Court at such time as said officer executing the same shall determine.

**RESOLVED FURTHER**, that each of the Authorized Officers be, and each of them hereby is, authorized and empowered to obtain post-petition financing according to terms which may be negotiated by the management of the Debtors, including debtor-in-possession credit facilities or the use of cash collateral; and to enter into any guarantees and to pledge and grant liens on the Debtors' assets as may be contemplated by or required under the terms of such post-petition financing or cash collateral agreement; and in connection therewith, the officers of the Debtors are hereby authorized and directed to execute appropriate loan agreements, cash collateral agreements and related ancillary documents.

**RESOLVED FURTHER**, that the law firm of Hennigan, Bennett & Dorman LLP, 865 South Figueroa Street, Suite 2900, Los Angeles, California 90017, be, and hereby is, employed as reorganization counsel for the Debtors in connection with the administration of the Debtors' cases under chapter 11 of the Bankruptcy Code.

**RESOLVED FURTHER**, that each of the Authorized Officers be, and each of them hereby is, authorized to employ and retain any other professionals necessary to assist the Debtors in carrying out their duties under the Bankruptcy Code, and in connection therewith, the officers of the Debtors are hereby authorized and directed to execute appropriate retention agreements, pay appropriate retainers prior to or immediately upon the filing of the chapter 11 case and cause to be filed appropriate applications with the Bankruptcy Court for authority to retain the services of ay other professionals, as necessary, and on such terms as are deemed necessary, desirable and proper.

**RESOLVED FURTHER**, that, from and after the filing by the Debtors of chapter 11 bankruptcy petitions, the Authorized Officers are hereby authorized to conduct business operations as determined by any of them to be in the best interests of the bankruptcy estate and the Debtors' creditors.

**RESOLVED FURTHER**, that, from and after the filing by the Debtors of chapter 11 bankruptcy petitions, the Authorized Officers are hereby authorized to make or cause to be made such filings and declarations as determined by any of them to be in the best interests of the bankruptcy estate and the Debtors' creditors.

**RESOLVED FURTHER**, that the Authorized Officers, and any other authorized signatory designated by any Authorized Officer, are each hereby authorized, empowered and directed on behalf of the Debtors and in their name to take all such actions and execute and deliver all such documents as they shall deem necessary or desirable in order to carry out and perform the purposes of the foregoing resolutions, including without limitation, the opening of new deposit accounts as a debtor in possession, with the taking of such actions or execution of such documents to be conclusive evidence of the necessity or desirability thereof.

**RESOLVED FURTHER**, that the Authorized Officers of the Corporation are, and each of them hereby is, authorized, in the name and on behalf of the Corporation, to make all such arrangements to do and perform all such acts and things and to execute and deliver all such officers' certificates and such other instruments and documents as they may deem necessary or appropriate in order to fully effectuate the purpose of each and all of the foregoing resolutions (hereby ratifying and confirming in their entirety any and all actions taken heretofore and hereafter to accomplish such purposes).

**IN WITNESS WHEREOF**, I have hereunto set my hand this 27th day of October, 2009.

Raymond J. Pacini
Chief Executive Officer
of California Coastal Communities, Inc.

HENNIGAN, BENNETT & DORMAN LLP
BRUCE BENNETT (Cal. Bar No. 105430)
JOSHUA M. MESTER (Cal. Bar. No. 194783)
MICHAEL SCHNEIDEREIT (Cal. Bar. No. 234956)
865 South Figueroa Street, Suite 2900
Los Angeles, California 90017
Telephone: (213) 694-1200
Fax: (213) 694-1234

*Proposed Reorganization Counsel
for Debtors and Debtors-in-Possession*

## UNITED STATES BANKRUPTCY COURT

## FOR THE CENTRAL DISTRICT OF CALIFORNIA

## SANTA ANA DIVISION

| | |
|---|---|
| In re | ) Case No. |
| | ) |
| California Coastal Communities, Inc., a Delaware corporation, | ) Chapter 11 |
| | ) |
| Debtor. | ) |
| | ) **STATEMENT OF DEBTOR REGARDING** |
| | ) **CORPORATE OWNERSHIP** |
| Fed. Tax I.D. No.:  02-0426634 | ) |

☒　　The following entities each directly or indirectly own 10% or more of any class of the above-captioned Debtor's equity interests:

　　　　　Name:　　　　ING Group NV
　　　　　Address:　　 1325 Avenue of the Americas
　　　　　　　　　　　 New York, New York 10019

☐　　(Additional names are attached hereto)

☐　　There are no entities that directly or indirectly own 10% or more of any class of the Debtor's equity interest.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: October 27, 2009　　　　　　　　*/s/ Raymond J. Pacini*
　　　　　　　　　　　　　　　　　　　　Raymond J. Pacini, CEO

- 1 –

# United States Bankruptcy Court

## Central District Of California

In re

California Coastal Communities, Inc., a Delaware corporation,
<br>Debtor

Case No.

Chapter 11

### CONSOLIDATED LIST OF CREDITORS HOLDING
### TWENTY-FIVE (25) LARGEST UNSECURED CLAIMS

The debtor in this chapter 11 case and certain affiliated entities (collectively, the "Debtors") each filed a petition in this Court on the date hereof for relief under chapter 11 of title 11 of the United States Code (the "Chapter 11 Cases"). Attached to the petition, pursuant to Rule 1007(d) of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), is the consolidated list of creditors (the "Consolidated Top 25 List") of the Debtors, which is based on the Debtors books and records as of October 27, 2009.

The Consolidated Top 25 List has been prepared in accordance with Bankruptcy Rule 1007(d) for filing in the Chapter 11 Cases. The Debtors will update the Consolidated Top 25 List as more information becomes available. The Consolidated Top 25 List does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101 or (2) secured creditors, unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 25 largest unsecured claims. The information presented in the Consolidated Top 25 List shall not constitute an admission by the Debtors, nor is it binding on the Debtors. The Debtors have not completed a comprehensive legal and/or factual investigation with regard to possible defenses to any claims of the potential claimants included in the Consolidated Top 25 List. Therefore, the Debtors reserve all rights to challenge the priority, nature, amount or status of any claim or debt.

*[Declaration as in Form 2]*

American LegalNet, Inc.
<br>www.USCourtForms.com

| (1) | (2) | (3) | (4) | (5) |
|---|---|---|---|---|
| Name of creditor and complete mailing address including zip code | Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | Nature of claim (trade debt, bank loan, government contract, etc.) | Indicate if claim is contingent, unliquidaated, disputed or subject to setoff | Amount of claim [if secured also state value of security] |
| Insurance Company of the West 11455 El Camino Real San Diego, CA 92130 | Judy Dickenson Insurance Company of the West 11455 El Camino Real San Diego, CA 92130 Phone: 619-350-2400 | Performance Bonds | Contingent | $22,562,149 |
| County of Orange PO Box 4048 Santa Ana, CA 92702 | Valerie Oxford Public Works Department County of Orange PO Box 4048 Santa Ana, CA 92702 Phone: 714-567-7808<br><br>Freda Hampton Grading Department County of Orange PO Box 4048 Santa Ana, CA 92702 Phone: 714-834-2626 | Performance Bonds | Contingent | $9,699,959 |
| City of Huntington Beach 2000 Main Street Huntington Beach, CA 92648 | Ms. Terri Elliott City of Huntington Beach 2000 Main Street Huntington Beach, CA 92648 Phone: 714-536-5431 | Performance Bonds | Contingent | $4,597,496 |
| Comerica 2321 Rosecrans Avenue 5th Floor El Segundo, CA 90245 | Anthony Lopilato Comerica 2321 Rosecrans Avenue 5th Floor El Segundo, CA 90245 Phone: 310-297-2879 | Letters of Credit | Contingent | $3,093,925 |
| Pension Benefit Guaranty Corporation Dept. 77430 PO Box 77000 Detroit, MI 48277 | Office of the General Counsel Early Warning Program Dept. of Insurance Supervision and Compliance PBGC 1200 K Street, N.W., Suite 270 Washington, DC 20005-4026 Phone: 202-326-4242 | Underfunded Pension Plan | Contingent | $3,000,000 |
| County of Riverside, TLMA 4080 Lemon Street Second Floor Riverside, CA 92502 | Nan Williams County of Riverside, TLMA 4080 Lemon Street Second Floor Riverside, CA 92502 Phone: 951-955-6429 | Performance Bonds | Contingent | $2,877,890 |

*[Declaration as in Form 2]*

American LegalNet, Inc.
www.USCourtForms.com

| (1) | (2) | (3) | (4) | (5) |
|---|---|---|---|---|
| *Name of creditor and complete mailing address including zip code* | *Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted* | *Nature of claim (trade debt, bank loan, government contract, etc.)* | *Indicate if claim is contingent, unliquidaated, disputed or subject to setoff* | *Amount of claim [if secured also state value of security]* |
| City of Lancaster<br>44933 North Fern Avenue<br>Lancaster, CA 93534 | Gina Armstrong<br>Public Works Department<br>City of Lancaster<br>44933 North Fern Avenue<br>Lancaster, CA 93534<br>Phone: 661-723-6144 | Performance Bonds | Contingent | $2,483,701 |
| City of Beaumont<br>550 East 6th Street<br>Beaumont, CA 92223 | Deepak Moorjani<br>Public Works Department<br>City of Beaumont<br>550 East 6th Street<br>Beaumont, CA 92223<br>Phone: 951-769-8520 | Performance Bonds | Contingent | $1,312,000 |
| Robert Day<br>c/o Oakmont Corporation<br>PO Box 71289<br>Los Angeles, CA 90071 | Robert Day<br>c/o Oakmont Corporation<br>PO Box 71289<br>Los Angeles, CA 90071<br>Phone: 213-891-6300 | Retiree Benefits | | $800,580 |
| State Lands Commission of CA<br>100 Howe Avenue<br>Suite 100-South<br>Sacramento, CA 95825 | Pamela Griggs<br>State Lands Commission of CA<br>100 Howe Avenue<br>Suite 100-South<br>Sacramento, CA 95825<br>Phone: 916-574-1810 | Contract | Contingent<br>Unliquidated | $700,000 |
| Philip Beekman<br>c/o Owl Hollow Enterprises, Inc.<br>6693 E. Pleasant<br>Indianapolis, IN 46219 | Philip Beekman<br>c/o Owl Hollow Enterprises, Inc.<br>6693 E. Pleasant<br>Indianapolis, IN 46219<br>Phone: 317-359-7386 | Retiree Benefits | | $432,000 |
| John Van Eck<br>575 Park Avenue, Apt. 301<br>New York, NY 10065 | John Van Eck<br>575 Park Avenue, Apt. 301<br>New York, NY 10065<br>Phone: 212-832-3553 | Retiree Benefits | | $399,375 |
| Gerald Lewis<br>PO Box 325<br>Pauma Valley, CA 92061 | Gerald Lewis<br>PO Box 325<br>Pauma Valley, CA 92061<br>Phone: 619-238-2843 | Retiree Benefits | | $256,800 |
| Wheelabrator Technologies, Inc. /<br>Resco Holdings, Inc.<br>1001 Fannin Street<br>Suite 4000<br>Houston, TX 70002 | Ashley Harper<br>Wheelabrator Technologies, Inc. /<br>Resco Holdings, Inc.<br>1001 Fannin Street<br>Suite 4000<br>Houston, TX 70002<br>Phone: 713-287-2594 | Indemnification | Contingent<br>Disputed<br>Unliquidated | $250,000 |

*[Declaration as in Form 2]*

American LegalNet, Inc.<br>www.USCourtForms.com

| (1) | (2) | (3) | (4) | (5) |
|---|---|---|---|---|
| *Name of creditor and complete mailing address including zip code* | *Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted* | *Nature of claim (trade debt, bank loan, government contract, etc.)* | *Indicate if claim is contingent, unliquidaated, disputed or subject to setoff* | *Amount of claim [if secured also state value of security]* |
| South Coast Cabinet<br>7555 Pinefalls Avenue<br>Walnut, CA 92880 | Norma Chavez, A/R<br>South Coast Cabinet<br>7555 Pinefalls Avenue<br>Walnut, CA 92880<br>Phone: 909-594-3089 | Trade | | $188,328 |
| Pacific Masonry<br>1007 West Grove Avenue<br>Suite J<br>Orange, CA 92865 | Pat Treister<br>Pacific Masonry<br>1007 West Grove Avenue<br>Suite J<br>Orange, CA 92865<br>Phone: 714-282-0222 | Trade | | $180,000 |
| City of Ontario<br>303 East B Street<br>Ontario, CA 91764 | Jerry Blum<br>Planning Director<br>City of Ontario<br>303 East B Street<br>Ontario, CA 91764<br>Phone: 909-395-2036 | Performance Bonds | | $146,334 |
| Residential Design Services<br>4900 East Hunter Avenue<br>Anaheim, CA 92630 | Mark Scholten<br>Residential Design Services<br>4900 East Hunter Avenue<br>Anaheim, CA 92630<br>Phone: 714-701-4200 | Trade | | $136,446 |
| Vintage Design Services<br>22895 Eastpark Drive<br>Yorba Linda, CA 92887 | Terry Russell<br>Vintage Design Services<br>22895 Eastpark Drive<br>Yorba Linda, CA 92887<br>Phone: 714-974-4822 | Trade | | $129,667 |
| Brightwater Maintenance Corp.<br>c/o Keystone Pacific Property<br>   Management<br>16845 Von Karman Avenue<br>Suite 200<br>Newport Beach, CA 92660 | Laurie Helms<br>Brightwater Maintenance Corp.<br>c/o Keystone Pacific Property<br>   Management<br>16845 Von Karman Avenue<br>Suite 200<br>Newport Beach, CA 92660<br>Phone: 949-838-3226 | Trade | | $124,254 |
| Bertram Firestone<br>Newstead Farm<br>PO Box 219<br>Upperville, VA 20185 | Bertram Firestone<br>Newstead Farm<br>PO Box 219<br>Upperville, VA 20185<br>Phone: 540-592-3636 | Retiree Benefits | | $119,138 |
| James Pattison<br>1800 1067 West Cordova Street<br>Vancouver, BC V6C1C7 | James Pattison<br>1800 1067 West Cordova Street<br>Vancouver, BC V6C1C7<br>Phone: 604-688-6764 | Retiree Benefits | | $110,138 |

*[Declaration as in Form 2]*

American LegalNet, Inc.
www.USCourtForms.com

| (1) | (2) | (3) | (4) | (5) |
|---|---|---|---|---|
| *Name of creditor and complete mailing address including zip code* | *Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted* | *Nature of claim (trade debt, bank loan, government contract, etc.)* | *Indicate if claim is contingent, unliquidaated, disputed or subject to setoff* | *Amount of claim [if secured also state value of security]* |
| BAS Appliance Gallery, LLC<br>1745 North St. Thomas Circle<br>Orange, CA 92865 | Noemi Guzman<br>BAS Appliance Gallery, LLC<br>1745 North St. Thomas Circle<br>Orange, CA 92865<br>Phone: 714-637-0420 | Trade | | $83,133 |
| Bova Contracting Corporation<br>3334 East Coast Highway<br>Suite 427<br>Corona Del Mar, CA 92625 | Steve Stein<br>Bova Contracting Corporation<br>3334 East Coast Highway<br>Suite 427<br>Corona Del Mar, CA 92625<br>Phone: 949-640-9238 | Trade | | $75,000 |
| Gateway Plastering<br>966 North Amelia<br>San Dimas, CA 91773 | Frank Scardino<br>Gateway Plastering<br>966 North Amelia<br>San Dimas, CA 91773<br>Phone: 909-305-8724 | Trade | | $67,396 |

Date: October 27, 2009

/s/ Raymond J. Pacini
Debtor
Raymond J. Pacini

*[Declaration as in Form 2]*

American LegalNet, Inc.
www.USCourtForms.com

**Form 2. DECLARATION UNDER PENALTY OF PERJURY
ON BEHALF OF A CORPORATION OR PARTNERSHIP**

**UNITED STATES BANKRUPTCY COURT
<u>Central</u> DISTRICT OF <u>California</u>**

In re    California Coastal Communities, Inc., a <u>Delaware corporation,</u>

                     Debtor

Case No. _____

Chapter <u>11</u> _____

I, <u>Raymond J. Pacini, the CEO of the corporation named as the debtor in this case, declare under</u> penalty of perjury that I have read the foregoing Consolidated List of Creditors Holding Twenty-Five 25 Largest Unsecured Claims and that it is true and correct to the best of my information and belief.

Date <u>October 27, 2009</u> _____

              Signature *<u>/s/ Raymond J. Pacini</u>* _____

              <u>Raymond J. Pacini          CEO</u>
              (Print Name and Title)

American LegalNet, Inc.
www.USCourtForms.com

Party Name, Address, and Telephone Number *(CA State Bar No. If Applicable)*

Joshua M. Mester (SBN 194783)
Hennigan, Bennett & Dorman LLP
865 S. Figueroa Street, Suite 2900
Los Angeles, CA 90017
Phone: 213-694-1200
Fax: 213-694-1234

FOR COURT USE ONLY

## UNITED STATES BANKRUPTCY COURT
## CENTRAL DISTRICT OF CALIFORNIA

In re:
California Coastal Communities, Inc., a Delaware corporation,

Debtor.

CHAPTER 11

CASE NUMBER

(No Hearing Required)

## VENUE DISCLOSURE FORM
## FOR CORPORATIONS FILING CHAPTER 11
## *(Required by General Order 97-02)*

*\*Attach additional sheets as necessary and indicate so in each section\**

1. Specify the address of the principal office of the Debtor currently on file with the California Secretary of State *(from Form S0100, S0200, or S0300)*:

   6 Executive Circle, Suite 250
   Irvine, CA 92614

2. Specify the address of the principal office of the Debtor listed on the Debtor's most recent federal tax return:

   6 Executive Circle, Suite 250
   Irvine, CA 92614

3. Disclose the current business address(es) for all corporate officers:

   6 Executive Circle, Suite 250
   Irvine, CA 92614

4. Disclose the current business address(es) where the Debtor's books and records are located:

   6 Executive Circle, Suite 250
   Irvine, CA 92614

*Rev. 12/99*   This form is required pursuant to General Order 97-02. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

**VEN-C**

American LegalNet, Inc.
www.FormsWorkflow.com

**VEN-C**

| In re | CHAPTER 11 |
|---|---|
| California Coastal Communities, Inc., a Delaware corporation, _____ Debtor. | CASE NUMBER |

5.    List the address(es) where the majority of the Debtor's assets are located based on a book value determination as set forth on the Debtor's most recent balance sheet:

      6 Executive Circle, Suite 250
      Irvine, CA 92614

6.    Disclose any different address(es) to those listed above within six months prior to the filing of this petition and state the reasons for the change in address(es):

      None

7.    State the name and address of the officer signing this Statement and the relationship of such person to the Debtor *(specify):*

      Raymond J. Pacini
      6 Executive Circle, Suite 250
      Irvine, CA 92614

8.    Total number of attached pages of supporting documentation: _____0_____

9.    I declare under penalty of perjury under the laws of the United States of America, that the foregoing is true and correct.

Executed on the 27th day of October, 2009, at Irvine, California.

Raymond J. Pacini _____
*Type Name of Officer*

/s/ Raymond J. Pacini _____
*Signature of Declarant*

CEO _____
*Position or Title of Officer*

American LegalNet, Inc.
www.FormsWorkflow.com

# STATEMENT OF RELATED CASES
## INFORMATION REQUIRED BY LOCAL BANKRUPTCY RULE 1015-2
## UNITED STATES BANKRUPTCY COURT, CENTRAL DISTRICT OF CALIFORNIA

1. A petition under the Bankruptcy Act of 1898 or the Bankruptcy Reform Act of 1978 has previously been filed by or against the debtor, his/her spouse, his or her current or former domestic partner, an affiliate of the debtor, any copartnership or joint venture of which debtor is or formerly was a general or limited partner, or member, or any corporation of which the debtor is a director, officer, or person in control, as follows: (Set forth the complete number and title of each such of prior proceeding, date filed, nature thereof, the Bankruptcy Judge and court to whom assigned, whether still pending and, if not, the disposition thereof. If none, so indicate. Also, list any real property included in Schedule A that was filed with any such prior proceeding(s).)

   N/A

2. (If petitioner is a partnership or joint venture) A petition under the Bankruptcy Act of 1898 or the Bankruptcy Reform Act of 1978 has previously been filed by or against the debtor or an affiliate of the debtor, or a general partner in the debtor, a relative of the general partner, general partner of, or person in control of the debtor, partnership in which the debtor is a general partner, general partner of the debtor, or person in control of the debtor as follows: (Set forth the complete number and title of each such prior proceeding, date filed, nature of the proceeding, the Bankruptcy Judge and court to whom assigned, whether still pending and, if not, the disposition thereof. If none, so indicate. Also, list any real property included in Schedule A that was filed with any such prior proceeding(s).)

   N/A

3. (If petitioner is a corporation) A petition under the Bankruptcy Act of 1898 or the Bankruptcy Reform Act of 1978 has previously been filed by or against the debtor, or any of its affiliates or subsidiaries, a director of the debtor, an officer of the debtor, a person in control of the debtor, a partnership in which the debtor is general partner, a general partner of the debtor, a relative of the general partner, director, officer, or person in control of the debtor, or any persons, firms or corporations owning 20% or more of its voting stock as follows: (Set forth the complete number and title of each such prior proceeding, date filed, nature of proceeding, the Bankruptcy Judge and court to whom assigned, whether still pending, and if not, the disposition thereof. If none, so indicate. Also, list any real property included in Schedule A that was filed with any such prior proceeding(s).)

   In re Kroll Real Estate Group Inc., Case No. 97-01505-MBM, United States Bankruptcy Court District of Delaware;

   Filed on 7/14/1997 before Judge M. Bruce McCullough.  Chapter 11 plan confirmed and case closed.

4. (If petitioner is an individual) A petition under the Bankruptcy Reform Act of 1978, including amendments thereof, has been filed by or against the debtor within the last 180 days: (Set forth the complete number and title of each such prior proceeding, date filed, nature of proceeding, the Bankruptcy Judge and court to whom assigned, whether still pending, and if not, the disposition thereof. If none, so indicate. Also, list any real property included in Schedule A that was filed with any such prior proceeding(s).)

   N/A

I declare, under penalty of perjury, that the foregoing is true and correct.

Executed at Irvine                    , California.          /s/ Raymond J. Pacini
                                                            _____
                                                            Debtor
                                                            Raymond J. Pacini
Dated October 27, 2009
_____                                     _____
                                                            Joint Debtor

This form is mandatory by Order of the United States Bankruptcy Court for the Central District of California.

**F 1015-2.1**

American LegalNet, Inc.
www.FormsWorkflow.com

# MASTER MAILING LIST
## Verification Pursuant to Local Bankruptcy Rule 1007-2(d)

Name  Joshua M. Mester

Hennigan, Bennett & Dorman LLP
865 S. Figueroa Street, Suite 2900
Address  Los Angeles, CA 90017

Telephone  213-694-1200

☒  Attorney for Debtor(s)
☐  Debtor in Pro Per

---

## UNITED STATES BANKRUPTCY COURT
## CENTRAL DISTRICT OF CALIFORNIA

| List all names including trade names used by Debtor(s) within last 8 years:<br><br>California Coastal Communities, Inc. | Case No.: |
| --- | --- |
| | Chapter: 11 |
| | |

---

## VERIFICATION OF CREDITOR MAILING LIST

The above named debtor(s), or debtor's attorney if applicable, do hereby certify under penalty of perjury that the attached Master Mailing List of creditors, consisting of <u>31</u> sheet(s) is complete, correct, and consistent with the debtor's schedules pursuant to Local Rule 1007-2(d) and I/we assume all responsibility for errors and omissions.

Date: October 27, 2009

/s/ Raymond J. Pacini

*Debtor*
Raymond J. Pacini

/s/ Joshua M. Mester

*Attorney (if applicable)*
Joshua M. Mester

*Joint Debtor*

American LegalNet, Inc.
www.USCourtForms.com

California Coastal Communities Inc
6 Executive Circle
Suite 250
Irvine, CA  92614


Signal Landmark Holdings Inc
6 Executive Circle
Suite 250
Irvine, CA  92614


Signal Landmark
6 Executive Circle
Suite 250
Irvine, CA  92614


Hearthside Holdings Inc
6 Executive Circle
Suite 250
Irvine, CA  92614


Hearthside Homes Inc
6 Executive Circle
Suite 250
Irvine, CA  92614


HHI Chandler LLC
6 Executive Circle
Suite 250
Irvine, CA  92614


HHI Chino II LLC
6 Executive Circle
Suite 250
Irvine, CA  92614


HHI Crosby LLC
6 Executive Circle
Suite 250
Irvine, CA  92614

```
HHI Hellman LLC
6 Executive Circle
Suite 250
Irvine, CA  92614


HHI Lancaster I LLC
6 Executive Circle
Suite 250
Irvine, CA  92614


HHI Seneca LLC
6 Executive Circle
Suite 250
Irvine, CA  92614


Hennigan Bennett and Dorman LLP
865 South Figueroa Street
Suite 2900
Los Angeles, CA  90017


United States Trustee
411 West Fourth Street
Suite 9041
Santa Ana, CA  92701
```

```
AETNA
ATTN ALIC
PO BOX 601034
LOS ANGELES, CA  90060-1034


AETNA
PO BOX 601050
LOS ANGELES, CA  90060


AL MORENO
542 LEGION STREET
LAGUNA BEACH, CA  92651


ALEXIS CONST CLEAN UP INC
17195 NEWHOPE STREET #202
FOUNTAIN VALLEY, CA  92708


ALISO AIR INC
29736 AVENIDA DE LAS BANDERAS
RANCHO ST MARGARITA, CA  92688


ALISO ELECTRIC INC
PO BOX 3941
LAGUNA HILLS, CA  92654-3941


ALL AMERICAN ASPHALT
PO BOX 2229
CORONA, CA  92878-2229


ALLARD ENGINEERING
8253 SIERRA AVE
FONTANA, CA  92335
```

ALLIANCE HARDWARE & SUPPLY
9830 NORWALK BLVD SUITE 198
SANTA FE SPRING, CA  90670


ALVAREZ CONSTRUCTION CLEAN UP
4559 RIVERSIDE DR
CHINO, CA  91710


AMERICAN EXPRESS
PO BOX 360002
FT LAUDERDALE, FL  33336-0002


AMERICAN FENCE COMPANY
PO BOX 19040
PHOENIX, AZ  85005-9040


AMERICAN TRIM
8 ARGONAUT SUITE 140
ALISO VIEJO, CA  92656


ANAHEIM DOOR INC
4900 E LA PALMA AVE
ANAHEIM, CA  92807


ARAMARK REFRESHMENTS
17044 MONTANERO AVE #4
CARSON, CA  90746


ARCHITECTURAL PRODUCT RESOURC
23151 ALCALDE DR #B 1
LAGUNA HILLS, CA  92653

ARROWHEAD MTN SPRING WATER
PO BOX 856158
LOUISVILLE, IL  40285


AT AND T
PAYMENT CENTER
SACRAMENTO, CA  95887


AVAYA FINANCIAL SERVICES
PO Box 93000
CHICAGO, IL  60673-3000


BAS APPLIANCE GALLERY LLC
Attn Noemi Guzman
1745 N ST THOMAS CIRCLE
ORANGE, CA  92865


BASSENIAN LAGONI ARCHITECTS
2031 ORCHARD DRIVE STE 100
NEWPORT BEACH, CA  92660


BEAUMONT CHERRY VALLEY WATER DIST
PO BOX 2037
560 MAGNOLIA AVE
BEAUMONT, CA  92223


BERTRAM R FIRESTONE
NEWSTEAD FARM
PO BOX 219
UPPERVILLE, VA  20185


BLUE LINE CLEANING SERVICE
23600 EL TORO ROAD STE D #33
LAKE FOREST, CA  92630

BOBBI WILLMER
26195 ESCALA DR
MISSION VIEJO, CA  92691


Bova Contracting Corp
Attn Steve Stein
3334 East Coast Highway Suite 427
Corona Del Mar, CA  92625


BRIAN BARTLETT
6 EXECUTIVE CIRCLE STE 250
IRVINE, CA  92614-6732


BRIAN PROFANCIK
16 Tango Lane
Ladera Ranch, CA  92694


Brightwater Maintenance Corp
co Keystone Pacific Property Mgt
16845 Von Karman Ave Suite 200
Newport Beach, CA  92660


BROADRIDGE
PO BOX 23487
NEWARK, NJ  07189


BROWN AND BROWN OF CALIFORNIA
PO BOX 6989
ORANGE, CA  92863


BUILDERS SITE PROTECTION IN
1340 SPECIALTY DRIVE
SUITE F
VISTA, CA  92081

```
C2 REPROGRAPHICS
3180 PULLMAN STREET
COSTA MESA, CA  92626


CA BUILDING SPECIALTIES INC
160 BOSSTICK BLVD
SAN MARCOS, CA  92069


CANON BUSINESS SOLUTIONS INC
FILE #51075
LOS ANGELES, CA  90074-1075


CDR CONCRETE INC
PO BOX 708
ANAHEIM, CA  92815-0708


CHEVRON
PO BOX 70887
CHARLOTTE, NC  28272-0887


CINTAS FIRST AID & SAFETY
PO BOX 18209
ANAHEIM, CA  92817-8209


City of Beaumont
Attn Deepak Moorjani Public Works
550 East 6th Street
Beaumont, CA  92223


City of Huntington Beach
Attn Ms Terri Elliott
2000 Main Street
Huntington Beach, CA  92648
```

```
CITY OF HUNTINGTON BEACH
PO BOX 711
HUNTINGTON BCH, CA  92648


City of Lancaster
Attn Gina Armstrong, Public Works
44933 North Fern Avenue
Lancaster, CA  93534


City of Ontario
Attn Jerry Blum Planning Director
303 East B Street
Ontario, CA  91764


CITY OF ONTARIO
PO BOX 8000
ONTARIO, CA  91761-1076


CLARK GRADING INC
PO BOX 8126
RIVERSIDE, CA  92515-8126


COLLECE WILCOX
3070B BRADFORD PLACE
SANTA ANA, CA  92707


Comerica
Attn Anthony Lopilato
2321 Rosecrans Avenue 5th Floor
El Segundo, CA  90245


COMPLETE VISION FLOORING INC
11545 ALLEN
TUSTIN, CA  92782
```

CONEXIS INC
PO BOX 5547
ORANGE, CA  92863


CONSTRUCTION PROTECTIVE SVCS
436 W WALNUT STREET
GARDENA, CA  90248-3137


COREY BURCH
4661 PLUMOSA DRIVE #14
YORBA LINDA, CA  92886


CORPORATE LAW SOLUTIONS PC
OFFICE OF GREGORY W PRESTON
2112 BUSINESS CENTER DRIVE 2
IRVINE, CA  92612


County of Orange
Attn Freda Hampton, Grading
PO Box 4048
Santa Ana, CA  92702


County of Orange
Attn Valerie Oxford, Public Works
PO BOX 4048
Santa Ana, CA  92702


COUNTY OF ORANGE
DEVELOPMENT PROCESSING CENTER
PO BOX 4048
SANTA ANA, CA  92702-4048


County of Riverside TLMA
Attn Nan Williams
4080 Lemon Street 2nd Floor
Riverside, CA  92502

```
CYBUL RONDOU & ASSOCIATES
25115 AVENUE STANFORD SUITE B1
VALENCIA, CA  91355


DARRELL BASS
10391 RAMONA WAY
GARDEN GROVE, CA  92840-2018


DB NEISH INC
101 COLUMBIA SUITE 185
ALISO VIEJO, CA  92656


DE PINHO ROOFING INC
2832 N OLIVE AVENUE
ORANGE, CA  92865


DELAWARE SECRETARY OF STATE
DIVISION OF CORPORATIONS
BOX 74072
BALTIMORE, MD  21274


DELOITTE AND TOUCHE LLP
PO BOX 7247-6446
PHILADELPHIA, PA  19170


DESERT PLUMBING INC
35335 NORTH SIERRA VISTA DRIVE
AGUA DULCE, CA  91390


DIRECT FEEDBACK INC
225 WEST STATION SQUARE DRIVE
SUITE 545
PITTSBURGH, PA  15219
```

```
DORSEY AND WHITNEY LLP
FILE NO 74426
PO BOX 60000
SAN FRANCISCO, CA  94160


DOUG WOODYARD
1942 PORT CARDIGAN PLACE
NEWPORT BEACH , CA  92660


ED MOUNTFORD
CO HEARTHSIDE HOMES
6232 DOLPHINWOOD DRIVE
HUNTINGTON BEACH, CA  92648


EMPLOYMENT DEVELOPMENT DEPT
PO BOX 826846
SACRAMENTO, CA  94246


ERNST AND YOUNG LLP
BANK OF AMERICA LA 98594
FILE NO 98594
LOS ANGELES, CA  90074


ESIS INC
DEPT CH 10123
PALATINE, IL  60055


ESSENTIAL HR INC
1421 MANERA VENTOSA
SAN CLEMENTE, CA  92673


EWA SOFTWARE INC
ONE CIVIC CENTER DRIVE SUITE 2
SAN MARCOS, CA  92069
```

EXECUTIVE EXPRESS INC
PO BOX 8382
NEWPORT BEACH , CA  92660


FEDERAL EXPRESS CORPORATION
PO BOX 7221
PASADENA, CA  91109-7321


FENCE WORKS INC
870 N MAIN STREET
RIVERSIDE, CA  92501


FIRESIDE HEARTH & HOME
4111 FLAT ROCK DRIVE
RIVERSIDE, CA  92505


FIRST CHOICE SERVICES
2909 CRODDY WAY
SANTA ANA, CA  92704


FORMA DESIGN INC
3050 PULLMAN STREET
COSTA MESA, CA  92626


FUSION SIGN AND DESIGN
3443 NIKI WAY
RIVERSIDE, CA  92507


GARRETT/MOSIER INS SVCS IN
12 TRUMAN
IRVINE, CA  92620

```
GATEWAY PLASTERING INC
Attn Frank Scardino
966 N AMELIA AVENUE
SAN DIMAS, CA  91773


GEOSYNTEC
5901 BROKEN SOUND PKWY NW
SUITE 300
BOCA RATON, FL  33487


GOLDEN STATE FENCE
870 N MAIN STREET
RIVERSIDE, CA  92501


GRANT THORNTON LLP
PO BOX 51552
LOS ANGELES, CA  90051


HAULAWAY STORAGE
P O BOX 186
STANTON, CA  90680-0186


HERITAGE ENERGY GROUP
470 WALD
IRVINE, CA  92618


HOME BUYERS GUIDE REAL ESTAT
17780 FITCH SUITE 195
IRVINE, CA  92614


HOME DEPOT CREDIT SERVICES
DEPT 32 2501461085
PO BOX 6031
THE LAKES, NV  88901-6031
```

```
HON GERALD J LEWIS
PO BOX 325
PAUMA VALLEY, CA  92061


HUNTINGTON BEACH UNIFIED
HIGH SCHOOL DISTRICT
5832 BOLSA AVENUE
HUNTINGTON BEACH, CA  92649


IHP CAPITAL PARTNERS
19800 MACARTHUR BLVD
SUITE 700
IRVINE, CA  92612


ING GROUP NV
ATTN GEOFFREY ARENS
1325 AVE OF THE AMERICAS
NEW YORK, NY  10019


INSURANCE CO OF THE WEST
11455 EL CAMINO REAL
SAN DIEGO, CA  92130


J&J MODEL HOME CARE
10 MEADOW WOOD DRIVE
TRABUCO CANYON , CA  92679


JAMES PATTISON
1800 1067 WEST CORDOVA STREET
VANCOUVER, BC  V6C1C7


JIM HAYS CONST & CONSULTING
PO BOX 2734
ALPINE, CA  91903
```

```
JOE SCHULTE
40 SICILIAN WALK
LONG BEACH, CA  90803


JOHN C VAN ECK
575 PARK AVENUE  APT 301
NEW YORK, NY  10065


JOHN HAVERSTOCK
2156 AVENIDA ESPADA
SAN CLEMENTE, CA  92673


JOHN MARSHALL
424 Belvue Lane
Balboa, CA  92661


JOHN R GILBERT PC
222 NORTH VELASCO
PO BOX 1819
ANGLETON, TX  77516


JON M JOHNSTON
1958 PORT DUNLEIGH
NEWPORT BEACH, CA  92660


JULIE SHATNEY
11911 WUTZKE ST
GARDEN GROVE, CA  92845


Jurupa Community Service District
Attn Ken Waring
11201 Harrel Street
Mira Loma, CA  91752
```

```
JWILLIAMS STAFFING INC
19762 McARTHUR BLVD SUITE 120
IRVINE, CA  92612


KEEP IT CLEAN CARPET&UPHOLSTR
600 N VALLEJO WAY
UPLAND, CA  91786


KING CONSTRUCTION
PO BOX 267
MIRA LOMA, CA  91752


KONICA MINOLTA BUS SOLUTIONS
DEPT LA 22988
PASADENA, CA  91185-2988


KOVACH MARKETING
20411 BIRCH STREET SUITE300
NEWPORT BEACH, CA  92660


LARRY METHVIN INSTALLATION
501 KETTERING DRIVE
ONTARIO, CA  91761


LAWSON & ASSOCIATES
1319 CALLE AVANZADO
SAN CLEMENTE, CA  92673-6351


LAZER ELECTRIC
4701 EAST HUNTER AVENUE
ANAHEIM, CA  92807
```

LEGACY PAVING
1900 SUNSET DR STE D
ESCONDIDO, CA  92025


LIGHT CONCERN
11470 SIXTH STREET
RANCHO CUCAMONGA, CA  91730


LIGHTWORKS LIGHTING
& ELECTRICAL SUPPLIES INC
3911 E LA PALMA AVE
ANAHEIM, CA  92807


LONG BEACH PRESS TELEGRAM
PO BOX 6149
COVINA, CA  91722


LORI SCHULTE
40 SICILIAN WALK
LONG BEACH, CA  90803


LOS ANGELES TIMES
FILE 54221
LOS ANGELES, CA  90074-4221


LOUISE EASTON
16 ALTIMIRA
COTO DE CAZA, CA  92679


LOWENSTEIN SANDLER PC
65 LIVINGSTON AVENUE
ROSELAND, NJ  07068

```
LSA ASSOCIATES INC
20 EXECUTIVE PARK SUITE 200
IRVINE, CA  92614


LUCIANA ICE
380 W WILSON STREET  # F106
COSTA MESA, CA  92627


MANATT PHELPS AND PHILLIPS
11355 W OLYMPIC BLVD
LOS ANGELES, CA  90064


MARTI MURRAY
CO BABSON CAPITAL MANAGEMENT
340 MADISON AVENUE 18TH FL
NEW YORK, NY  10017


MARTINEZ CONST CONCRETE
3273 TRADE CENTER DRIVE
RIVERSIDE, CA  92507


MASCO CONTRACTOR SVCS OF CA
17102 NEWHOPE STREET
FOUNTAIN VALLEY, CA  92708


MEGAPATH COMPANY
PO BOX 31785
HARTFORD, CT  06150-1785


MELLON INVESTOR SERVICES LLC
ACCOUNTING DEPT
PO BOX 360857
PITTSBURGH, PA  15251
```

MERRILL COMMUNICATIONS LLC
CM 9638
ST PAUL, MN  55170


MET LIFE SBC
PO BOX 804466
KANSAS CITY, MO  64180


MHS CUSTOMER SERVICE INC
6295 FERRIS SQUARE SUITE B
SAN DIEGO, CA  92121


MICHELLE KIMMY
2840 Riachuelo
San Clemente, CA  92673


MICROTECH PRO INC
27461 APPARI DRIVE
MISSION VIEJO, CA  92692


MIKE HARRIS
1022 W 21st Street
Santa Ana, CA  92706


MISSION SHEET METAL
5380 E HUNTER AVE #A
ANAHEIM, CA  92807


MJM ENGINEERING & CONSULTING
26875 NORTH BAY LANE
MENIFEE, CA  92585

```
MOBILE MODULAR MANAGEMENT
PO BOX 45043
SAN FRANCISCO, CA  94145


NADIR KHAN
28042 Festivo
Mission Viejo, CA  92692


NAKAE & ASSOCIATES INC
11159 JEFFREY ROAD
IRVINE, CA  92602


NATURAL AMBIANCE INC
PO BOX 2947
NEWPORT BEACH, CA  92659


NEOPOST LEASING
PO BOX 45822
SAN FRANCISCO, CA  94145-0822


NETSCOPE INC
1100 SOUTH COAST HIGHWAY
SUITE 314
LAGUNA BEACH, CA  92651


NIEL I RISING
103 WEST CONCOURSE
PO BOX 616
BRIGHTWATERS, NY  11718


NOSSAMAN GUTHNER KNOX AND ELLIO
445 S FIGUEROA STREET
31ST FLOOR
LOS ANGELES, CA  90071
```

NOTHING BUT AIR BALLOONS INC
26694 EVERGREEN AVENUE
MURRIETA, CA  92563


NU COAST GRAPHICS SERVICESIN
17422 MURPHY AVENUE
IRVINE, CA  92614


OAK LEAF LANDSCAPE INC
2885 E LA CRESTA
ANAHEIM, CA  92806


OC CONCRETE INC
3443 NIKI WAY
RIVERSIDE, CA  92507


OC MAGAZINE
c/o EMMIS COMMUNICATIONS CORP
FILE #51073
LOS ANGELES, CA  90074-1073


OFFICE SOLUTIONS INC
23303 LA PALMA AVENUE
YORBA LINDA, CA  92887


One West Bank
Attn Anthony Ramsier
1 Banting
Irvine, CA  92618


ONTERIORS RESIDENTIAL INC
3231 C BUSINESS PARK DRIVE
#314
CARLSBAD, CA  92081

ORANGE COUNTY BUSINESS JOURNAL
2600 MICHELSON DRIVE SUITE 170
IRVINE, CA  92612


ORANGE COUNTY TAX COLLECTOR
PO BOX 1438
SANTA ANA, CA  92702-1438


PACIFIC COSMETIC REPAIR INC
PO BOX 535
HUNTINGTON BEACH, CA  92648


Pacific Masonry
Attn Pat Treister
1007 West Grove Ave Suite J
Orange, CA  92865


PALMIERITYLERWIENER ET AL
2603 MAIN ST EAST TOWER STE 130
IRVINE, CA  92614-6228


PATRICK LOYD
19481 SUMMER BREEZE LANE
HUNTINGTON BEACH, CA  92648


PAYOMKAWICHUM KAAMALAM
4955 PASEO SEGOVIA
IRVINE, CA  92612


PENN RECORDS MANAGEMENT
3210 S STANDARD AVE
SANTA ANA, CA  92705

Pension Benefit Guaranty Corp
Dept of Ins Supervision & Compl
1200 K Street NW Suite 270
Washington, DC  20005


PETERSON BROTHERS CONSTRUCTION
1560 W LAMBERT ROAD
BREA, CA  92821


PHILIP E BEEKMAN
OWL HOLLOW ENTERPRISES INC
6693 E PLEASANT RUN PKWY S
INDIANAPOLIS, IN  46219


PHILLIP R BURNAMAN
222 NOD HILL ROAD
WILTON, CT  06897


PR NEWSWIRE ASSOCIATION LLC
GPO BOX 5897
NEW YORK, NY  10087


PROTECTIVE COVERING SERVICES
22811 COSTA BELLA DRIVE
LAKE FOREST, CA  92630


QUALITY STRUCTURES INC
PO BOX 1493
TEMECULA, CA  92593


QUARTZ HILL WATER DISTRICT
42141 N 50TH STREET WEST
QUARTZ HILL, CA  93536

```
R&J CONSTRUCTIONINC
3680 CAMPBELL STREET
RIVERSIDE, CA  92509


RAINBOW DISPOSAL CO INC
PO BOX 1026
HUNTINGTON BEACH, CA  92647-1026


RAYMOND J PACINI
23 MONTGOMERY
NEWPORT BEACH, CA  92660


RECALL TOTAL INFORMATION
MANAGEMENT INC
PO BOX 841693
DALLAS, TX  75284-1693


Residential Design Services
Attn Mark Scholten
4900 East Hunter Avenue
Anaheim, CA  92630


RGF ENGINEERING INC
307 N BERRY STREET
BREA, CA  92821


ROBERT A DAY JR
CO OAKMONT CORPORATION
PO BOX 71289
LOS ANGELES, CA  90071


RUSTYS SWEEPING SYSTEMS
PO BOX 968
PLACENTIA, CA  92870
```

SADDLEBACK VINYL PRODUCTSINC
2844 CRODDY WAY
SANTA ANA, CA  92704


SAFETY RAILS OF CALIF INC
28751 RANCHO CALIFORNIA ROAD
#104
TEMECULA, CA  92590


SANDRA G SCIUTTO
25 LILY POOL
IRVINE, CA  92620


SANDY YEARRY
PO Box 512
Silverado, CA  92676


SCIENTIFIC RESOURCE SURVEYS
2324 N BATAVIA STREET SUITE 1
ORANGE, CA  92865


SCORPION BACKHOE
PO Box 5011
HEMET, CA  92544


SECRETARY OF STATE
PO BOX 944230
SACRAMENTO, CA  94244


SELTZER CAPLAN MCMAHON VITEK
750 B STREET STE 2100
SAN DIEGO, CA  92101

```
SHADI I WAHBEH
3076 PINON CT
HIGHLAND, CA  92346


SHAREHOLDER DOT COM
12 CLOCK TOWER PLACE
SUITE 3
MAYNARD, MA  1754


SHRED IT
PO BOX 2077
VISTA, CA  92085-2077


SO CAL SANITATION LLC
163 SIXTH AVENUE
CITY OF INDUSTRY, CA  91746


SOIL TREATMENT SPECIALISTS
PO BOX 309
CHINO, CA  91710


South Coast Cabinet
Attn Norma Chavez AR
755 Pinefalls Avenue
Walnut, CA  92880


SOUTHERN CALIF SANDBAGS INC
12620 BOSLEY LANE
CORONA , CA  92883


SOUTHERN CALIFORNIA EDISON
PO BOX 600
ROSEMEAD, CA  91771-0001
```

```
SOUTHERN CALIFORNIA GAS CO
PO BOX C
MONTEREY PARK, CA  91756


SOUTHERN FIREPLACE DISTRIBUTORS
20411 BARENTS SEA CIRCLE
LAKE FOREST, CA  92630


SOUTHWEST INSPECTION & TESTING
441 COMMERCIAL WAY
LA HABRA, CA  90631


SPAM X
2728 GREEN TURTLE TRAIL EAST
CORDOVA, TN  38016


STANDARD INSURANCE COMPANY
PO BOX 3789
PORTLAND, OR  97208


STANTEC CONSULTING INC
19 TECHNOLOGY DRIVE
IRVINE, CA  92618


STAT SERVICES
27324 CAMINO CAPISTRANO #227
LAGUNA NIGUEL, CA  92677


STATE LANDS COMMISSION
100 HOWE AVE SUITE 100 SOUTH
CO PAMELA GRIGGS
SACRAMENTO, CA  95825
```

```
STEVE GUTCHEON
PO BOX 2908
WRIGHTWOOD, CA  92397


STEVE WOLFF & ASSOCIATES INC
9602 SANTIAGO BLVD
VILLA PARK, CA  92867


STONE ETC INC
14815 SOUTH BROADWAY STREET
GARDENA, CA  90248


STREAMLINE FINISHES INC
27071 CABOT ROAD #105
LAGUNA HILLS, CA  92653


SUPERIOR ONSITE SERVICE INC
237 S BENT AVENUE
SAN MARCOS, CA  92078


SYNECTIC TECHNOLOGIES
4640 DUCKHORN DRIVE
SACRAMENTO, CA  95834


Tax Collector County of Orange
PO Box 1438
Santa Ana, CA  92702


TELEPACIFIC COMMUNICATIONS
PO BOX 526015
SACRAMENTO, CA  95852
```

```
TEMP POWER SYSTEMS
625 S FEE ANA STREET
PLACENTIA, CA  92870


TERESA NGUYEN
76 CHULA VISTA
IRVINE, CA  92602


THE IRVINE COMPANY LLC
DEPT 1424
LOS ANGELES, CA  90084


THE NASDAQ STOCK MARKET INC
PO BOX 7777-W8130
PHILADELPHIA, PA  19175


THE ORANGE COUNTY REGISTER
ATTN ANTOINETTE RAMOS
625 N GRAND AVE
SANTA ANA, CA  92701


THE WESTYE GROUP WEST INC
145 W 134TH STREET
LOS ANGELES, CA  90061


THOMSON REUTERS
PO BOX 71687
CHICAGO, IL  60694


TIME WARNER CABLE
PO BOX 60074
CITY OF INDUSTRY, CA  91716-0074
```

TRILOGY PLUMBING INC
184 E LIBERTY AVENUE
ANAHEIM, CA  92801


TURNSTYLE INC
PO BOX 3923
TORRANCE, CA  90510


VELOCITY CONSTRUCTION INC
309 YOUNG CT
POMONA, CA  91766


VERIZON CALIFORNIA
PO BOX 9688
MISSION HILLS, CA  91346


VERIZON WIRELESS
PO BOX 9622
MISSION HILLS, CA  91346


VIDAL & SONS LANDSCAPING INC
13786 TURF PARADISE STREET
CORONA, CA  92880


Vintage Design Services
Attn Terry Russell
22895 Eastpark Drive
Yorba Linda, CA  92887


VISION SERVICE PLAN
3333 QUALITY DRIVE
RANCHO CORDOVA, CA  95670

WALLDESIGN INC
2350 SE BRISTOL
NEWPORT BEACH, CA  92660


WATSON WYATT AND COMPANY
1055 SOLUTIONS CENTER
CHICAGO, IL  60677


WESTERN EXTERMINATOR COMPANY
7911 WARNER
HUNTINGTON BEACH, CA  92647


Wheelabrator Technologies/ Resco
Attn Ashley Harper
1001 Fannin Street Suite 4000
Houston, TX  70002


WOODBURY CONSTRUCTION
1835 WHITTIER AVENUE  #F3
COSTA MESA, CA  92627