| | |
|---|---|
| 1 | HENNIGAN, BENNETT & DORMAN LLP |
| | BRUCE BENNETT (Cal. Bar No. 105430) |
| 2 | JOSHUA M. MESTER (Cal. Bar No. 194783) |
| | MICHAEL C. SCHNEIDEREIT (Cal. Bar No. 234956) |
| 3 | 865 South Figueroa Street, Suite 2900 |
| | Los Angeles, California 90017 |
| 4 | Telephone: (213) 694-1200 |
| | Fax: (213) 694-1234 |

*Proposed Reorganization Counsel for
Debtors and Debtors in Possession*

UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| *In re* <br> In re: <br> ☐ CALIFORNIA COASTAL <br>   COMMUNITIES, INC. <br> ☐ SIGNAL LANDMARK HOLDINGS INC. <br> ☐ SIGNAL LANDMARK <br> ☐ HEARTHSIDE HOLDINGS, INC. <br> ☐ HEARTHSIDE HOMES, INC. <br> ☐ HHI CHANDLER, L.L.C. <br> ☐ HHI CHINO II, L.L.C. <br> ☐ HHI CROSBY, L.L.C. <br> ☐ HHI HELLMAN, L.L.C. <br> ☐ HHI LANCASTER I, L.L.C. <br> ☐ HHI SENECA, L.L.C. <br><br> ☒ All Debtors <br><br> Debtors. | Case No. 09-21712-TA <br><br> CHAPTER 11 <br><br> (Request for Joint Administration Pending) <br><br> **NOTICE OF EXPEDITED HEARINGS AND SHORTENING NOTICE RE HEARINGS ON FIRST DAY MOTIONS, AS IDENTIFIED HEREIN** <br><br> DATE:  October 29, 2009 <br> TIME:   3.00p.m. <br> PLACE: Courtroom "5B" |

**PLEASE TAKE NOTICE THAT** a hearing (the "Hearing") on the "First Day" motions identified below will be held before the Honorable Theodor C. Albert on Thursday, October 29, 2009 at 3.00 p.m. in Courtroom 5B of the United States Bankruptcy Court for the Central District of California, located at 411 West Fourth Street, Santa Ana, CA 92701-4593:

-1-

765442

1. Emergency Motion For Order Approving (I) Continued Use Of Existing Centralized Cash Management System; (II) Continued Use Of Existing (A) Bank Accounts And (B) Business Forms; And (III) Waiver Of Section 345(B) Deposit And Investment Requirement.

2. Emergency Motion For An Order Authorizing Debtors To: (I) Pay Uncashed Expense Reimbursement Checks For Periods Ended On Or Prior To The Petition Date; And (II) Maintain Employee Benefit Programs And Pay Related Administrative Obligations.

3. Emergency Motion For An Order Authorizing The Debtors To Continue Performance Of Warranty Obligations To Homebuyers.

4. Emergency Motion For Order (I) Extending Time To File Schedules, List And Statements Of Financial Affairs And (II) Permitting The Debtors To Exclude Homebuyers From Such Schedules, Lists, And Statement Of Financial Affairs.

5. Emergency Motion For Order (A) Authorizing The Debtors To Sell Homes Free And Clear Of Liens, Claims, Encumbrances And Other Interests; (B) Continuing Customer Programs; And (C) Establishing Procedures For The Resolution And Payment Of Operational Lien Claims.

6. Emergency Motion For An Order Authorizing: (I) The Debtors To Pay Prepetition Lien Claimants; And (II) Certain Financing Institutions To Honor All Related Checks And Electronic Payment Requests.

7. Emergency Motion For Order (1) Limiting Scope Of Notice Of Certain Matters; (2) Authorizing The Debtors To Serve Notices On Behalf Of The Clerk Of The Bankruptcy Court; (3) Approving Form And Substance Of Commencement Notice And Authorizing The Service Thereof; And (4) Authorizing Service On Insured Depository Institutions By First-Class Mail.

**PLEASE TAKE FURTHER NOTICE THAT** any response to the First Day Motions may be presented at the time of the Hearing.

765442

| | | |
|---|---|---|
| DATED: October 28, 2009 | | HENNIGAN, BENNETT & DORMAN LLP<br>865 South Figueroa Street, Suite 2900<br>LOS ANGELES, CA 90017 |

By: */s/ Joshua M. Mester*
    Bruce Bennett
    Joshua M. Mester
    Michael C. Schneidereit

*Proposed Reorganization Counsel for the Debtors and Debtors in Possession*

765442

Hennigan, Bennett & Dorman llp
LAWYERS
LOS ANGELES, CALIFORNIA

765442