1  HENNIGAN, BENNETT & DORMAN LLP
   BRUCE BENNETT (Cal. Bar No. 105430)
2  JOSHUA M. MESTER (Cal. Bar No. 194783)
   MICHAEL C. SCHNEIDEREIT (Cal. Bar No. 234956)
3  865 South Figueroa Street, Suite 2900
   Los Angeles, California 90017
4  Telephone: (213) 694-1200
   Fax: (213) 694-1234

6  *Reorganization Counsel for*
   *Debtors and Debtors in Possession*

# UNITED STATES BANKRUPTCY COURT
## CENTRAL DISTRICT OF CALIFORNIA
## SANTA ANA DIVISION

| | |
|---|---|
| *In re*  ☐ CALIFORNIA COASTAL COMMUNITIES, INC  ☐ SIGNAL LANDMARK HOLDINGS INC.  ☐ SIGNAL LANDMARK  ☐ HEARTHSIDE HOLDINGS, INC.  ☐ HEARTHSIDE HOMES, INC.  ☐ HHI CHANDLER, L.L.C.  ☐ HHI CHINO II, L.L.C.  ☐ HHI CROSBY, L.L.C.  ☐ HHI HELLMAN, L.L.C.  ☐ HHI LANCASTER I, L.L.C.  ☐ HHI SENECA, L.L.C.  ☒ All Debtors. | Case No. 8:09-21712-TA  Jointly Administered with Case Nos. 8:09-21713-TA; 8:09-21714-TA; 8:09-21715-TA; 8:09-21717-TA; 8:09-21718-TA; 8:09-21719-TA; 8:09-21720-TA; 8:09-21721-TA; 8:09-21722-TA; 8:09-21723-TA  Chapter 11  **DECLARATION OF CARL DiSTEFANO IN SUPPORT OF SECOND EMERGENCY MOTION FOR ENTRY OF INTERIM ORDER (I) AUTHORIZING USE OF CASH COLLATERAL; (II) PROVIDING ADEQUATE PROTECTION TO PREPETITION LENDERS; (III) MODIFYING THE AUTOMATIC STAY; AND (IV) SCHEDULING A FINAL HEARING** |

-1-

779357.1

I, Carl DiStefano, do hereby declare that:

1.  I am the owner of DiStefano Company ("DiStefano"), proposed appraiser for California Coastal Communities, Inc. ("CALC"), et al., the debtors and debtors in possession herein (collectively, the "Debtors").

2.  I submit this declaration in support of the "Second Emergency Motion For Entry Of Interim Order (I) Authorizing Use Of Cash Collateral; (II) Providing Adequate Protection To Prepetition Lenders; (III) Modifying The Automatic Stay; And (IV) Scheduling A Final Hearing" (the "Motion").  Except as indicated below, I have personal knowledge of the following facts and, if called and sworn as a witness, I would and could competently testify thereto.

3.  DiStefano specializes in providing appraisal and valuation consulting services for real estate.  The firm provides litigation support and expert testimony, as well as estate-tax valuations and going-concern valuations.  DiStefano is in its twentieth year of operation.  I am the principal appraiser at DiStefano and have 36 years of real estate experience, including employment as an acquisitions and development officer, construction loan officer, and loan workout manager.  I received my MBA from Stanford and spent the first 16 years of my career in corporate real estate positions, then established myself as an independent real estate appraiser in 1990.  I have particular expertise in the Southern California region, including Orange County, where my office is based  My full biographical summary is attached as Exhibit A hereto.

4.  I have prepared a Self-Contained Report of a Complete Appraisal for the Debtors' Brightwater residential subdivision effective as of February 1, 2010 (the "2010 Appraisal").  A true and correct copy of the 2010 Appraisal is attached hereto as Exhibit B.

5.  The 2010 Appraisal accurately reflects my opinions on the subjects addressed therein and the bases for those opinions.  If called as a witness, I could and would testify competently thereto.

6.  In October 2009, I prepared a prior appraisal for Brighwater (the "2009 Appraisal").  In the 2009 Appraisal, I concluded that the market value (bulk value) "as is" of Brightwater, as of October 1, 2009, was $232 million.  One of the principal differences between the 2009 Appraisal

1  and the 2010 Appraisal is the fact that during the intervening time period, the Debtors closed on the
2  sale of 10 homes at Brightwater that resulted in their receipt of approximately $9.1 million in cash.

4      Executed this 26th day of March, 2010, at Newport Beach, California.

*[signature]*

Carl DiStefano, MAI

-3-

779357.1