| | |
|---|---|
| 1 | HENNIGAN, BENNETT & DORMAN LLP |
| | BRUCE BENNETT (Cal. Bar No. 105430) |
| 2 | JOSHUA M. MESTER (Cal. Bar No. 194783) |
| | MICHAEL C. SCHNEIDEREIT (Cal. Bar No. 234956) |
| 3 | 865 South Figueroa Street, Suite 2900 |
| | Los Angeles, California 90017 |
| 4 | Telephone: (213) 694-1200 |
| | Fax: (213) 694-1234 |

*Reorganization Counsel for
Debtors and Debtors in Possession*

**UNITED STATES BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA
SANTA ANA DIVISION**

| | |
|---|---|
| *In re* | Case No. 8:09-21712-TA |
| In re: | |
| | Jointly Administered with Case Nos. |
| ☐ CALIFORNIA COASTAL COMMUNITIES, INC. | 8:09-21713-TA; 8:09-21714-TA; 8:09-21715-TA; 8:09-21717-TA; |
| ☐ SIGNAL LANDMARK HOLDINGS INC. | 8:09-21718-TA; 8:09-21719-TA; |
| ☐ SIGNAL LANDMARK | 8:09-21720-TA; 8:09-21721-TA; |
| ☐ HEARTHSIDE HOLDINGS, INC. | 8:09-21722-TA; 8:09-21723-TA |
| ☐ HEARTHSIDE HOMES, INC. | |
| ☐ HHI CHANDLER, L.L.C. | Chapter 11 |
| ☐ HHI CHINO II, L.L.C. | |
| ☐ HHI CROSBY, L.L.C. | **NOTICE OF FINAL HEARING ON** |
| ☐ HHI HELLMAN, L.L.C. | **SECOND EMERGENCY MOTION FOR** |
| ☐ HHI LANCASTER I, L.L.C. | **ENTRY OF INTERIM ORDER** |
| ☐ HHI SENECA, L.L.C. | **(I) AUTHORIZING USE OF CASH COLLATERAL; (II) PROVIDING** |
| ☒ All Debtors | **ADEQUATE PROTECTION TO PREPETITION LENDERS;** |
| | **(III) MODIFYING THE AUTOMATIC** |
| Debtors. | **STAY; AND (IV) SCHEDULING A FINAL HEARING** |
| | |
| | DATE:   June 30, 2010 |
| | TIME:    10.00 a.m. |
| | PLACE: Courtroom "5B" |

**PLEASE TAKE NOTICE THAT** a hearing to consider the entry of a final order (the "<u>Final Order</u>") on the "Debtors' Second Emergency Motion For Entry Of Interim Order (I) Authorizing Use Of Cash Collateral; (II) Providing Adequate Protection To Prepetition Lenders; (III) Modifying The Automatic Stay; And (IV) Scheduling A Final Hearing" (the "<u>Motion</u>") will be

-1-

786233.1

held before the Honorable Theodor C. Albert on Wednesday, **June 30, 2010 at 10.00 a.m. in Courtroom 5B** of the United States Bankruptcy Court for the Central District of California, located at 411 West Fourth Street, Santa Ana, CA 92701-4593.

**PLEASE TAKE FURTHER NOTICE THAT** any response or objection to the Final Order or the Motion must be filed with the Court no later than **4:00 p.m. P.S.T. on June 16, 2010**, and served so that the same are received on or before such date and time on: (a) Hennigan, Bennett & Dorman LLP, 865 S. Figueroa St., Suite 2900, Los Angeles, California 90017, Attn: Joshua M. Mester, counsel to the Debtors, (b) Kaye Scholer LLP, 1999 Avenue of the Stars, Suite 1700, Los Angeles, CA 90067, Attn: Michael A. Santoro and Kaye Scholer LLC, 70 West Madison, Chicago, IL 60602, Attn: Sheldon L. Solow and Harold D. Israel, counsel to former Prepetition Agent; (c) Milbank, Tweed, Hadley & McCloy LLP, 601 South Figueroa Street, 30th Floor, Los Angeles, CA 90017 Attn: Robert Jay Moore, Linda Dakin-Grimm, and David Zolkin, and Milbank, Tweed, Hadley & McCloy, One Chase Manhattan Plaza, New York, NY 10005, Attn: Matthew Barr; counsel to Prepetition Agent and (d) the Office of the United States Trustee, 11 West Fourth St. Suite 9041, Santa Ana, CA 92701.

**PLEASE TAKE FURTHER NOTICE** that the failure to timely object to the Motion may be deemed to be consent to the entry of the Final Order and the relief requested in the Motion.

DATED: April 21, 2010

HENNIGAN, BENNETT & DORMAN LLP
865 South Figueroa Street, Suite 2900
LOS ANGELES, CA 90017

By: */s/ Joshua M. Mester*
    Bruce Bennett
    Joshua M. Mester
    Michael C. Schneidereit

*Reorganization Counsel for the Debtors and Debtors in Possession*

-2-

786233.1

**PROOF OF SERVICE OF DOCUMENT**

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:

Hennigan, Bennett & Dorman LLP
865 S. Figueroa Street, Suite 2900
Los Angeles, CA 90017

A true and correct copy of the foregoing document described **Notice of Final Hearing on Second Emergency Motion for Entry of Interim Order (I) Authorizing Use of Cash Collateral; (II) Providing Adequate Protection to Prepetition Lenders; (III) Modifying the Automatic Stay; and (IV) Scheduling a Final Hearing** was served in the manner indicated below:

**I. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")**: Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On April 21, 2010, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) indicated below:

**SEE ATTACHED SERVICE LIST**

☒   Service information continued on attached page

**II. TO BE SERVED BY U.S. MAIL OR OVERNIGHT MAIL** (indicate method for each person or entity served): On April 21, 2010, I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

**SEE ATTACHED SERVICE LIST**

☒   Service information continued on attached page

**III. SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL** (indicate method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on _____, I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on the judge will be completed no later than 24 hours after the document is filed.

**SEE ATTACHED SERVICE LIST**

☐   Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| April 21, 2010 | Kevin Floyd | /s/ Kevin Floyd |
|---|---|---|
| *Date* | *Type Name* | *Signature* |

-3-

# SERVICE LIST

## I. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF"):

Mark Bradshaw – mbradshaw@shbllp.com
Richard W. Brunette – rbrunette@sheppardmullin.com
Robert H. Garretson – rgarretson@ptwww.com
Nancy S. Goldenberg – nancy.goldenberg@usdoj.gov
Aluyah I. Imoisili - aimoisili@milbank.com
Harold D. Israel – hisrael@kayescholer.com
            jben@kayescholer.com
            ssolow@kayescholer.com
Ralph L. Landy – efile@pbgc.gov
Joshua M. Mester – mesterj@hbdlawyers.com
Kirsten A. Roe – kroe@wthf.com
            dfunsch@wthf.com
Kenneth N. Russak – krussak@frandzel.com
            efiling@frandzel.com
            banderson@frandzel.com
Joel G. Samuels – jsamuels@sidley.com
United States Trustee (SA) – ustpregion16.sa.ecf@usdoj.gov
Delilah Vinzon - dvinzon@milbank.com
Michael A. Wallin – mwallin@sheppardmullin.com

## II. TO BE SERVED BY U.S. MAIL:

### JUDGE

Hon. Theodor C. Albert
U.S. Bankruptcy Court
411 West Fourth Street
Santa Ana, CA 92701

### OFFICE OF THE U.S. TRUSTEE

United States Trustee
411 West Fourth Street, Suite 9041
Santa Ana, CA 92701

### TOP 25 CREDITORS (ON A CONSOLIDATED BASIS)

| | |
|---|---|
| Judy Dickenson<br>Insurance Company of the West<br>11455 El Camino Real<br>San Diego, CA 92130 | Valerie Oxford<br>Public Works Department<br>County of Orange<br>300 North Flower Street<br>Santa Ana, CA 92703 |
| Freda Hampton<br>Grading Department<br>County of Orange<br>300 North Flower Street<br>Santa Ana, CA 92703 | Ms. Terri Elliott<br>City of Huntington Beach<br>2000 Main Street<br>Huntington Beach, CA 92648 |

HENNIGAN, BENNETT & DORMAN LLP
LAWYERS
LOS ANGELES, CALIFORNIA

| | |
|---|---|
| Anthony Lopilato<br>Comerica<br>2321 Rosecrans Avenue, 5th Floor<br>El Segundo, CA 90245 | Ralph Landy<br>PBGC<br>Office of the Chief Counsel<br>1200 K Street, N.W.<br>Washington, DC 20005-4026 |
| Nan Williams<br>County of Riverside, TLMA<br>4080 Lemon Street, Second Floor<br>Riverside, CA 92502 | Gina Armstrong<br>Public Works Department<br>City of Lancaster<br>44933 North Fern Avenue<br>Lancaster, CA 93534 |
| Deepak Moorjani<br>Public Works Department<br>City of Beaumont<br>550 East 6th Street<br>Beaumont, CA 92223 | David L. Wysocki<br>Aklufi & Wysocki<br>3403 10th St., Suite 610<br>Riverside, CA 92501 |
| Pamela Griggs<br>State Lands Commission of CA<br>100 Howe Avenue, Suite 100-South<br>Sacramento, CA 95825 | Robert Day<br>c/o Oakmont Corporation<br>865 S. Figueroa Street, Ste. 700<br>Los Angeles, CA 90071 |
| John Van Eck<br>100 Worth Avenue, # 512<br>Palm Beach, FL 33480 | Philip Beekman<br>c/o Owl Hollow Enterprises,<br>6693 E. Pleasant<br>Indianapolis, IN 46219 |
| Ashley Harper<br>Wheelabrator Technologies, Inc.<br>/ Resco Holdings, Inc.<br>1001 Fannin Street, Suite 4000<br>Houston, TX 70002 | Gerald Lewis<br>PO Box 325<br>Pauma Valley, CA 92061 |
| Pat Treister<br>Pacific Masonry<br>1007 West Grove Avenue, Suite J<br>Orange, CA 92865 | Norma Chavez, A/R<br>South Coast Cabinet<br>7555 Pinefalls Avenue<br>Walnut, CA 92880 |
| Mark Scholten<br>Residential Design Services<br>4900 East Hunter Avenue<br>Anaheim, CA 92630 | Jerry Blum<br>Planning Director<br>City of Ontario<br>303 East B Street<br>Ontario, CA 91764 |
| Laurie Helms<br>Brightwater Maintenance Corp.<br>c/o Keystone Pacific Property Mgmt.<br>16845 Von Karman Avenue, Suite 200<br>Irvine, CA 92606 | Terry Russell<br>Vintage Design Services<br>22895 Eastpark Drive<br>Yorba Linda, CA 92887 |
| James Pattison<br>1800 1067 West Cordova Street<br>Vancouver, BC V6C1C7 | Bertram Firestone<br>Newstead Farm<br>33525 Newstead Lane<br>Upperville, VA 20184 |

HENNIGAN, BENNETT & DORMAN LLP
LAWYERS
LOS ANGELES, CALIFORNIA

| | |
|---|---|
| Steve Stein<br>Bova Contracting Corporation<br>3334 East Coast Highway, Suite 427<br>Corona Del Mar, CA 92625 | Noemi Guzman<br>BAS Appliance Gallery, LLC<br>1745 North St. Thomas Circle<br>Orange, CA 92865 |
| Jay W. Pruitt<br>IHP Capital Partners<br>19800 MacArthur Blvd., Suite 700<br>Irvine, CA 92612 | Frank Scardino<br>Gateway Plastering<br>966 North Amelia<br>San Dimas, CA 91773 |
| Will Milligan<br>Irvine Company/ Office Properties<br>111 Innovation Drive<br>Irvine, CA 92617 | |

### COUNSEL TO LENDERS

| | |
|---|---|
| Robert Jay Moore<br>Linda Dakin-Grimm<br>David Zolkin<br>Milbank, Tweed, Hadley & McCloy LLP<br>601 South Figueroa Street, 30th Floor<br>Los Angeles, CA 90017 | Matthew Barr<br>Milbank, Tweed, Hadley & McCloy<br>One Chase Manhattan Plaza<br>New York, NY 10005 |

### PARTIES REQUESTING SPECIAL NOTICE

| | |
|---|---|
| T. Scott Leo<br>Grace Winkler Cranley<br>Leo & Weber, P.C.<br>One N. LaSalle Street, Suite 3600<br>Chicago, IL 60602<br>*Counsel for Insurance Company of the West* | Robert C. Niesley<br>Kirsten Roe<br>Watt, Tieder, Hoffar & Fitzgerald,<br>2040 Main Street, Suite 300<br>Irvine, CA 92614<br>*Counsel for Insurance Company of the West* |
| Norman J. Rodich<br>Robert H. Garretson<br>Palmieri, Tyler, Wiener, Wilhelm & Waldron<br>2603 Main Street, Suite 1300<br>Irvine, CA 92614<br>*Counsel for Palmieri, Tyler, Wiener, Wilhelm & Waldron* | Alan H. Martin<br>Michael A. Wallin<br>Sheppard, Mullin, Richter & Hampton<br>650 Town Center Drive, 4th Floor<br>Costa Mesa, CA 92626<br>*Counsel for IndyMac Venture, LLC* |

### GOVERNMENT AGENCIES

| | |
|---|---|
| Sarah D. Moyed<br>Securities and Exchange Commission<br>5670 Wilshire Blvd., 11th Floor<br>Los Angeles, CA 90036 | Internal Revenue Service<br>PO Box 21126<br>Philadelphia, PA 19114 |

HENNIGAN, BENNETT & DORMAN LLP
LAWYERS
LOS ANGELES, CALIFORNIA