# EXHIBIT A

HENNIGAN, BENNETT & DORMAN LLP
BRUCE BENNETT (Cal. Bar No. 105430)
JOSHUA M. MESTER (Cal. Bar No. 194783)
MICHAEL C. SCHNEIDEREIT (Cal. Bar No. 234956)
865 South Figueroa Street, Suite 2900
Los Angeles, California 90017
Telephone: (213) 694-1200
Fax: (213) 694-1234

*Proposed Reorganization Counsel for*
*Debtors and Debtors in Possession*

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA**
**SANTA ANA DIVISION**

| | |
|---|---|
| *In re* <br> ☐ CALIFORNIA COASTAL COMMUNITIES, INC <br> ☐ SIGNAL LANDMARK HOLDINGS INC. <br> ☐ SIGNAL LANDMARK <br> ☐ HEARTHSIDE HOLDINGS, INC. <br> ☐ HEARTHSIDE HOMES, INC. <br> ☐ HHI CHANDLER, L.L.C. <br> ☐ HHI CHINO II, L.L.C. <br> ☐ HHI CROSBY, L.L.C. <br> ☐ HHI HELLMAN, L.L.C. <br> ☐ HHI LANCASTER I, L.L.C. <br> ☐ HHI SENECA, L.L.C. <br><br> ☒ All Debtors. | Case No. 8:09-21712-TA <br><br> Jointly Administered with Case Nos. <br> 8:09-21713-TA; 8:09-21714-TA; <br> 8:09-21715-TA; 8:09-21717-TA; <br> 8:09-21718-TA; 8:09-21719-TA; <br> 8:09-21720-TA; 8:09-21721-TA; <br> 8:09-21722-TA; 8:09-21723-TA <br><br> Chapter 11 <br><br> **ORDER AUTHORIZING RETENTION OF GRANT THORNTON AS TAX PREPARER AND CONSULTANT FOR THE DEBTORS AND DEBTORS IN POSSESSION** <br><br> <u>No Hearing</u> |

This matter coming before the Court on the "Notice of Application and Application for Order Authorizing Grant Thornton as Tax Preparer and Consultant for the Debtors and Debtors In Possession" (the "<u>Application</u>"), filed by California Coastal Communities, Inc., et al.., the debtors and debtors in possession herein (the "<u>Debtors</u>"); the Court having reviewed the Application, the record in these cases, the Grush Declaration (as that term is defined in the Application) and the

attachments thereto, the Court finding that (a) the Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334, (b) this is a core proceeding pursuant to 28 U.S.C. § 157(b)(2), and (c) notice of the Application was reasonable and appropriate under the circumstances; and the Court having determined that the legal and factual bases set forth in the Application establish just cause for the relief granted herein;

**IT HEREBY IS ORDERED THAT:**

1. The Application is GRANTED.

2. The Debtors are authorized, pursuant to sections 327(a) and 328 of the Bankruptcy Code, to employ Grant Thornton, LLP ("Grant Thornton") as their tax preparer and tax consultant, on substantially the terms and conditions set forth in the Application, with compensation to be at the expense of the estate in such amounts as are set forth in the Application and in the Agreement appended as Exhibit A to the Grush Declaration.

Dated: _____

HONORABLE THEODOR C. ALBERT
UNITED STATES BANKRUPTCY JUDGE