Robert Jay Moore (SBN 77495)
Linda Dakin-Grimm (SBN 119630)
Delilah Vinzon (SBN 222681)
MILBANK, TWEED, HADLEY & McCLOY LLP
601 South Figueroa Street, 30th Floor
Los Angeles, California 90017
Telephone: (213) 892-4000
Facsimile: (213) 629-5063

*Attorneys for Wilmington Trust FSB,
Successor Agent for Prepetition Secured Lenders*

**JUN -3 2010**
CLERK U.S. BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA
Deputy Clerk

**ORIGINAL**

**RECEIVED**
**JUN 02 2010**
CLERK U.S. BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA
BY          Deputy Clerk

CONFIDENTIAL—NOT TO BE FILED WITH THE BANKRUPTCY COURT
UNLESS FILED UNDER SEAL

UNITED STATES BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA
SANTA ANA DIVISION

In re:

CALIFORNIA COASTAL
COMMUNITIES, INC., et al.,[1]

Debtors.

)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)

Chapter 11

Case No.    8:09-21712-TA

(Jointly Administered)

**WILMINGTON TRUST FSB'S MOTION FOR SANCTIONS DUE TO THE DEBTORS' WILLFUL SPOLIATION OF DOCUMENTS**

[Declaration of Delilah Vinzon, in support thereof, filed concurrently herewith]

Requested Hearing

Date:    June 10, 2010
Time:    11:00 a.m.
Place:    Courtroom "5B"
              411 West Fourth Street
              Santa Ana, CA 92701

---

[1] The Debtors, along with the last four digits of each Debtor's federal tax identification number, are: California Coastal Communities, Inc. (6634) Signal Landmark Holdings Inc. (4663), Signal Landmark (5092), Hearthside Holdings, Inc. (5323), Hearthside Homes, Inc. (8051), HHI Chandler, L.L.C. (0897), HHI Chino II, L.L.C. (8596), HHI Crosby, L.L.C. (8650), and HHI Hellman, L.L.C. (5072), HHI Lancaster I, L.L.C. (8520), and HHI Seneca, L.L.C. (6572) (collectively, the "Debtors," and individually, a "Debtor").

MOTION FOR SANCTIONS DUE TO DEBTORS' WILLFUL SPOLIATION