1    HENNIGAN, BENNETT & DORMAN LLP
     BRUCE BENNETT (Cal. Bar No. 105430)
2    JOSHUA M. MESTER (Cal. Bar No. 194783)
     MICHAEL C. SCHNEIDEREIT (Cal. Bar No. 234956)
3    865 South Figueroa Street, Suite 2900
     Los Angeles, California 90017
4    Telephone: (213) 694-1200
     Fax: (213) 694-1234

5

6    *Reorganization Counsel for*
     *Debtors and Debtors in Possession*
7

8                **UNITED STATES BANKRUPTCY COURT**
                 **CENTRAL DISTRICT OF CALIFORNIA**
9                      **SANTA ANA DIVISION**

10

11                                              ) Case No. 8:09-21712-TA
     In re:                                     )
12                                              ) Jointly Administered with Case Nos.
     ☐ CALIFORNIA COASTAL                       ) 8:09-21713-TA; 8:09-21714-TA;
13       COMMUNITIES, INC.                      ) 8:09-21715-TA; 8:09-21717-TA;
     ☐ SIGNAL LANDMARK HOLDINGS INC.            ) 8:09-21718-TA; 8:09-21719-TA;
14   ☐ SIGNAL LANDMARK                          ) 8:09-21720-TA; 8:09-21721-TA;
     ☐ HEARTHSIDE HOLDINGS, INC.                ) 8:09-21722-TA; 8:09-21723-TA
15   ☐ HEARTHSIDE HOMES, INC.                   )
     ☐ HHI CHANDLER, L.L.C.                     ) Chapter 11
16   ☐ HHI CHINO II, L.L.C.                     )
     ☐ HHI CROSBY, L.L.C.                       ) **NOTICE OF HEARING ON DEBTORS'**
17   ☐ HHI HELLMAN, L.L.C.                      ) **THIRD MOTION FOR ORDER**
     ☐ HHI LANCASTER I, L.L.C.                  ) **EXTENDING PLAN EXCLUSIVITY**
18   ☐ HHI SENECA, L.L.C.                       ) **PERIODS PURSUANT TO 11 U.S.C. §1121(d)**
                                                )
19   ☒ All Debtors                             )              Hearing
                                                )
20                                              ) DATE:   July 15, 2010
                            Debtors.            ) TIME:   2:00 p.m.
21                                              ) PLACE: Courtroom "5B"
                                                )           411 West Fourth Street
22                                              )           Santa Ana, CA 92701-4593
                                                )
23   _____)

24

25

26

27

28

HENNIGAN, BENNETT & DORMAN LLP
LAWYERS
LOS ANGELES, CALIFORNIA

-1-

1    **PLEASE TAKE NOTICE THAT** a hearing to consider the Debtors' *Third Motion for*

2    *Order Extending Plan Exclusivity Periods Pursuant to 11 U.S.C. §1121(d)* (the "Motion") will be

3    held before the Honorable Theodor C. Albert on **July 15, 2010 at 2:00 p.m. in Courtroom 5B** of

4    the United States Bankruptcy Court for the Central District of California, located at 411 West Fourth

5    Street, Santa Ana, CA 92701-4593.

6    **PLEASE TAKE FURTHER NOTICE THAT** any response or objection to the relief

7    requested in the Motion may be made orally at the hearing or, optionally, written opposition to the

8    motion must be filed with the Court and served upon (a) Hennigan, Bennett & Dorman LLP, 865 S.

9    Figueroa St., Suite 2900, Los Angeles, California 90017, Attn: Joshua M. Mester, counsel to the

10   Debtors, by email at mesterj@hbdlawyers.com; and (b) the United States Trustee, **no later than**

11   **July 10, 2010**.  Failure to timely object to the Motion may be deemed to be consent to the relief

12   requested in the Motion.

13   **PLEASE TAKE FURTHER NOTICE THAT** a reply to any opposition may be made

14   orally at the hearing or, if written, shall be filed with the Court and served upon (y) all persons who

15   filed a written opposition; and (z) the United States Trustee, **no later than July 14, 2010**.

16

17   DATED:  July 7, 2010                    HENNIGAN, BENNETT & DORMAN LLP
                                             865 South Figueroa Street, Suite 2900
18                                           LOS ANGELES, CA 90017

19

20
                                             By:  */s/ Joshua M. Mester*
21                                                    Bruce Bennett
                                                      Joshua M. Mester
22                                                    Michael C. Schneidereit

23
                                             *Reorganization Counsel for the Debtors and*
24                                           *Debtors in Possession*

25

26

27

28

-2-

HENNIGAN, BENNETT & DORMAN LLP
LAWYERS
LOS ANGELES CALIFORNIA