| In re:<br>California Coastal Communities, Inc., et al.                     Debtor(s). | CHAPTER 11<br>Jointly Administered<br>CASE NUMBER 09-21712-TA |
|---|---|

**NOTE:** When using this form to indicate service of a proposed order, **DO NOT** list any person or entity in Category I. Proposed orders do not generate an NEF because only orders that have been entered are placed on the CM/ECF docket.

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is:

**3161 Michelson Drive, Irvine, CA 92612**

A true and correct copy of the foregoing document described  **LUXOR CAPITAL GROUP LP'S RESPONSE TO WILMINGTON TRUST FSB'S EX PARTE APPLICATION FOR AN ORDER SETTING HEARING ON SHORTENED NOTICE ON MOTION OF WILMINGTON TRUST FSB TO (I) RECONSIDER ORDER APPROVING LUXOR EXIT FACILITY COMMITMENT, OR (II) IN THE ALTERNATIVE, TO CLARIFY UNAVAILABILITY OF BREAK UP FEE IN LIGHT OF NEW CONDITION TO CLOSE ON EXIT FACILITY COMMITMENT [Dkt. No. 400]** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner indicated below:

I. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On August 4, 2010, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) indicated below:

☒ Service information continued on attached page

II. **SERVED BY U.S. MAIL OR OVERNIGHT MAIL**(indicate method for each person or entity served)**:**
On _____ I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

III. **SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL** (indicate method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on _____ I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on the judge will be completed no later than 24 hours after the document is filed.

☒ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| **August 4, 2010** | **Pam Crawford** | /s/ Pam Crawford |
|---|---|---|
| *Date* | *Type Name* | *Signature* |

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

January 2009                                                                                                                                        F 9013-3.1

| | |
|---|---|
| In re:<br>California Coastal Communities, Inc., et al.<br><br>Debtor(s). | CHAPTER 11<br>Jointly Administered<br>CASE NUMBER 09-21712-TA |

## I.    Service via ECF

*Mark Bradshaw on behalf of Creditor Richmond American Homes of Maryland, Inc.*
*mbradshaw@shbllp.com*

*Richard W Brunette on behalf of Interested Party Courtesy NEF*
*rbrunette@sheppardmullin.com*

*Robert H Garretson on behalf of Creditor Palmieri, Tyler, Wiener, Wilhelm & Waldron LLP*
*rgarretson@ptwww.com*

*Nancy S Goldenberg on behalf of U.S. Trustee United States Trustee (SA)*
*nancy.goldenberg@usdoj.gov*

*Aluyah I Imoisili on behalf of Interested Party Courtesy NEF*
*aimoisili@milbank.com*

*Harold D Israel on behalf of Creditor KeyBank National Association, as Agent*
*hisrael@kayescholer.com, jben@kayscholer.com;ssolow@kayscholer.com*

*Ralph L Landy on behalf of Creditor Pension Benefit Guaranty Corporation*
*efile@pbgc.gov*

*Joshua M Mester on behalf of Debtor California Coastal Communities, Inc.*
*mesterj@hbdlawyers.com*

*Craig Millet on behalf of Creditor Luxor Capital Group, LP*
*cmillet@gibsondunn.com, pcrawford@gibsondunn.com;cmillet@gibsondunn.com*

*Kirsten A Roe on behalf of Creditor Insurance Company Of The West*
*kroe@wthf.com, dfunsch@wthf.com*

*Kenneth N Russak on behalf of Creditor Bank of america, n.a.*
*krussak@frandzel.com, efiling@frandzel.com;ltokubo@frandzel.com*

*Joel G Samuels on behalf of Interested Party Courtesy NEF*
*jsamuels@sidley.com*

*United States Trustee (SA)*
*ustpregion16.sa.ecf@usdoj.gov*

*Delilah Vinzon on behalf of Creditor Wilmington Trust FSB, as Agent*
*dvinzon@milbank.com*

*Michael A Wallin on behalf of Creditor Indymac Venture LLC*
*[mwallin@sheppardmullin.com](mwallin@sheppardmullin.com)*

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

January 2009                                                                                                                                        **F 9013-3.1**

| | |
|---|---|
| In re:<br>California Coastal Communities, Inc., et al.<br><br>Debtor(s). | CHAPTER 11<br>Jointly Administered<br>CASE NUMBER 09-21712-TA |

## III. Service via Personal Delivery or Email

### Service by Personal Delivery:

Honorable Theodor C. Albert
U.S. Bankruptcy Court
411 West Fourth Street
Santa Ana, CA  92701

### Service by Email:

Robert Jay Moore, rmoore@milbank.com
Linda Dakin-Grimm, ldakin-grimm@milbank.com
David Zolkin, dzolkin@milbank.com
Delilah Vinzon, dvinzon@milbank.com
Milbank, Tweed, Hadley & McCloy LLP
601 South Figueroa Street, 30th Floor
Los Angeles, CA  90017

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*January 2009*                                                                                                                              **F 9013-3.1**