HENNIGAN, BENNETT & DORMAN LLP
BRUCE BENNETT (Cal. Bar No. 105430)
JOSHUA M. MESTER (Cal. Bar No. 194783)
MICHAEL C. SCHNEIDEREIT (Cal. Bar No. 234956)
865 South Figueroa Street, Suite 2900
Los Angeles, California 90017
Telephone: (213) 694-1200
Fax: (213) 694-1234

*Reorganization Counsel for Debtors
and Debtors in Possession*

**UNITED STATES BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA
SANTA ANA DIVISION**

| | |
|---|---|
| *In re*<br>☐ CALIFORNIA COASTAL COMMUNITIES, INC.<br>☐ SIGNAL LANDMARK HOLDINGS, INC.<br>☐ SIGNAL LANDMARK<br>☐ HEARTHSIDE HOLDINGS, INC.<br>☐ HEARTHSIDE HOMES, INC.<br>☐ HHI CHANDLER, L.L.C.<br>☐ HHI CHINO II, L.L.C.<br>☐ HHI CROSBY, L.L.C.<br>☐ HHI HELLMAN, L.L.C.<br>☐ HHI LANCASTER I, L.L.C.<br>☐ HHI SENECA, L.L.C.<br><br>☐ All Debtors<br><br>Debtors. | Case No. 8:09-21712-TA<br><br>Jointly Administered with Case Nos. 8:09-21713-TA; 8:09-21714-TA; 8:09-21715-TA; 8:09-21717-TA; 8:09-21718-TA; 8:09-21719-TA; 8:09-21720-TA; 8:09-21721-TA; 8:09-21722-TA; 8:09-21723-TA<br><br>Chapter 11<br><br>**DEBTORS' REPLY IN SUPPORT OF SECOND EMERGENCY MOTION FOR ENTRY OF INTERIM ORDER (I) AUTHORIZING USE OF CASH COLLATERAL; (II) PROVIDING ADEQUATE PROTECTION TO PREPETITION LENDERS; (III) MODIFYING THE AUTOMATIC STAY; AND (IV) SCHEDULING A FINAL HEARING**<br><br>Hearing<br><br>Date: September 8, 2010<br>Time: 10:00 a.m.<br>Place: Courtroom "5B"<br>      411 West Fourth Street<br>      Santa Ana, CA 92701-4593 |

778914.1

California Coastal Communities, Inc., et al., the debtors and debtors in possession herein (collectively, the "Debtors") hereby submit this Reply in support of their Second Emergency Motion For Entry Of Interim Order (I) Authorizing Use Of Cash Collateral; (II) Providing Adequate Protection To Prepetition Lenders; (III) Modifying The Automatic Stay; And (IV) Scheduling A Final Hearing and represent as follows:

On August 25, 2010, Wilmington Trust FSB, as agent for the Debtors' prepetition secured lenders, filed a conditional consent to further use of cash collateral through October 31, 2010. The Debtors agree that a prompt exit from chapter 11 is in the best interests of the estate. Accordingly, the Debtors, the Agent, and the lenders have been in discussions regarding the Agent's conditions to further use of cash collateral.

As part of those discussions, the Debtors have provided the Agent with an updated interim cash collateral order that is substantially similar to the prior interim cash collateral orders and also incorporates certain revisions in response to the Agent's conditions for consent. The Debtors have always been required to provide the Agent with a weekly budget reconciliation and the Debtors have complied with this requirement. The Debtors will continue to provide such reports. Another condition identified by the Agent has already been satisfied. The Debtors' exclusive periods for soliciting acceptances of a plan of reorganization have now expired and the Debtors have not sought a further extension. Finally, the Debtors are in discussions with the Agent and the lenders regarding appropriate minimum levels of cash and amended terms for the retention of the Debtors' financial advisor to assist the Debtors in working with the Agent and the lenders on reaching a resolution of these cases.

The Debtors will apprise the Court if they are able to reach agreement with the Agent on the final terms of continued use of cash collateral at or before the hearing.

-2-

778914.1

1 | DATED:  September 1, 2010

HENNIGAN, BENNETT & DORMAN LLP

By: */s/ Joshua M. Mester*
    Bruce Bennett
    Joshua M. Mester
    Michael Schneidereit

Reorganization Counsel for Debtors
and Debtors in Possession

HENNIGAN, BENNETT & DORMAN LLP
LAWYERS
LOS ANGELES, CALIFORNIA

-3-

778914.1

**PROOF OF SERVICE OF DOCUMENT**

I am over the age of 18 and not a party to this bankruptcy case. My business address is:

Hennigan, Bennett & Dorman LLP
865 S. Figueroa Street, Suite 2900
Los Angeles, CA 90017

True and correct copies of the foregoing document described <u>Debtors' Reply to Objection to Second Emergency Motion for Entry of Interim Order (I) Authorizing use of Cash Collateral; (II) Providing Adequate Protection to Prepetition Lenders; (III) Modifying the Automatic Stay; and (IV) Scheduling a Final Hearing</u> were served in the manners indicated below:

**I. <u>TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")</u>**: Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On <u>September 1, 2010</u>, I checked the CM/ECF docket for this bankruptcy case and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) indicated below:

**SEE ATTACHED SERVICE LIST**

☒    Service information continued on attached page

**II. <u>TO BE SERVED BY U.S. MAIL OR OVERNIGHT MAIL</u>** (indicate method for each person or entity served): On _____, I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge <u>will be</u> completed no later than 24 hours after the document is filed.

☐    Service information continued on attached page

**III. <u>TO BE SERVED BY PERSONAL DELIVERY</u>**: Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on <u>September 2, 2010</u>, the following person(s) and/or entity(ies) will be served by personal delivery as follows. Listing the judge here constitutes a declaration that personal delivery on the judge <u>will be</u> completed no later than 24 hours after the document is filed.

**SEE ATTACHED SERVICE LIST**

☒    Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| September 1, 2010 | Kevin Floyd | */s/ Kevin Floyd* |
|---|---|---|
| *Date* | *Type Name* | *Signature* |

-1-

**SERVICE LIST**

**I. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF"):**

Mark Bradshaw – mbradshaw@shbllp.com
Richard W. Brunette – rbrunette@sheppardmullin.com
Robert H. Garretson – rgarretson@ptwww.com
Nancy S. Goldenberg – nancy.goldenberg@usdoj.gov
Aluyah I. Imoisili - aimoisili@milbank.com
Harold D. Israel – hisrael@kayescholer.com
    jben@kayescholer.com
    ssolow@kayescholer.com
Ralph L. Landy – efile@pbgc.gov
Joshua M. Mester – mesterj@hbdlawyers.com
Craig Millet - cmillet@gibsondunn.com
    pcrawford@gibsondunn.com
Rosana Miramontes - rosana.miramontes@doj.ca.gov
Randy Orlik – rorlik@coxcastle.com
Kirsten A. Roe – kroe@wthf.com
    dfunsch@wthf.com
Kenneth N. Russak – krussak@frandzel.com
    efiling@frandzel.com
    banderson@frandzel.com
Joel G. Samuels – jsamuels@sidley.com
United States Trustee (SA) – ustpregion16.sa.ecf@usdoj.gov
Delilah Vinzon - dvinzon@milbank.com
Michael A. Wallin – mwallin@sheppardmullin.com

**III. TO BE SERVED BY PERSONAL DELIVERY:**

**JUDGE**

Hon. Theodor C. Albert
U.S. Bankruptcy Court
411 West Fourth Street
Santa Ana, CA 92701