1  HENNIGAN, BENNETT & DORMAN LLP
   BRUCE BENNETT (Cal. Bar No. 105430)
2  JOSHUA M. MESTER (Cal. Bar No. 194783)
   MICHAEL C. SCHNEIDEREIT (Cal. Bar No. 234956)
3  865 South Figueroa Street, Suite 2900
   Los Angeles, California 90017
4  Telephone: (213) 694-1200
   Fax: (213) 694-1234
5

6  *Reorganization Counsel for*
   *Debtors and Debtors in Possession*

7

FILED & ENTERED

SEP 17 2010

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY ngo       DEPUTY CLERK

8          **UNITED STATES BANKRUPTCY COURT**
           **CENTRAL DISTRICT OF CALIFORNIA**
9             **SANTA ANA DIVISION**

10
   *In re*                                    )  Case No. 8:09-21712-TA
11  ☐ CALIFORNIA COASTAL                       )
        COMMUNITIES, INC                       )  Jointly Administered with Case Nos.
12  ☐ SIGNAL LANDMARK HOLDINGS INC.            )  8:09-21713-TA; 8:09-21714-TA;
    ☐ SIGNAL LANDMARK                          )  8:09-21715-TA; 8:09-21717-TA;
13  ☐ HEARTHSIDE HOLDINGS, INC.                )  8:09-21718-TA; 8:09-21719-TA;
    ☐ HEARTHSIDE HOMES, INC.                   )  8:09-21720-TA; 8:09-21721-TA;
14  ☐ HHI CHANDLER, L.L.C.                     )  8:09-21722-TA; 8:09-21723-TA
    ☐ HHI CHINO II, L.L.C.                     )
15  ☐ HHI CROSBY, L.L.C.                       )  Chapter 11
    ☐ HHI HELLMAN, L.L.C.                      )
16  ☐ HHI LANCASTER I, L.L.C.                  )  **ORDER DENYING MOTION OF**
    ☐ HHI SENECA, L.L.C.                       )  **WILMINGTON TRUST FSB TO (I)**
17                                             )  **RECONSIDER ORDER APPROVING**
    ☒ All Debtors                              )  **LUXOR EXIT FINANCING**
18                                             )  **COMMITMENT, OR (II) IN THE**
                                               )  **ALTERNATIVE, TO CLARIFY**
19          Debtor.                            )  **UNAVAILABILITY OF BREAK UP FEE, IN**
                                               )  **LIGHT OF NEW CONDITION TO CLOSE**
20                                             )  **ON EXIT FINANCING COMMITMENT**
                                               )
21                                             )  **Hearing**
                                               )
22                                             )     Date:  September 8, 2010
                                               )     Time:  10:00 a.m.
23                                             )     Place: Courtroom "5B"
                                               )            411 West Fourth Street
24                                             )            Santa Ana, CA 92701-4593
                                               )
25  _____)

26          This matter coming before the Court on the "Motion Of Wilmington Trust FSB To (I)

27  Reconsider Order Approving Luxor Exit Financing Commitment, Or (II) In The Alternative, To

28

**Error! Unknown document property name.**

1  Clarify Unavailability Of Break Up Fee, In Light Of New Condition To Close On Exit Financing

2  Commitment" (the "Motion"), filed by Wilmington Trust Company FSB; and

3       The Court having reviewed the Motion, the objections to the Motion, and the record in these

4  cases, having conducted a hearing on September 8, 2010, having considered the arguments of the

5  parties; and for the reasons set forth in the Court's tentative ruling and stated on the record at the

6  hearing:

7       **IT HEREBY IS ORDERED THAT:**

8       1.      The Motion is DENIED without prejudice.

9

10                                            ###

11

12

13

14

15

16

17

18

19

20

21

22

23                                    _Theodor C. Albert_

24  DATED: September 17, 2010    _____
                                United States Bankruptcy Judge

25

26

27

28

Hennigan, Bennett & Dorman llp
lawyers
los angeles, california

2

| In re:                                          | CHAPTER: 11 |
|-------------------------------------------------|-------------|
| ☐ CALIFORNIA COASTAL COMMUNITIES, INC<br>☐ SIGNAL LANDMARK HOLDINGS INC.<br>☐ SIGNAL LANDMARK<br>☐ HEARTHSIDE HOLDINGS, INC.<br>☐ HEARTHSIDE HOMES, INC.<br>☐ HHI CHANDLER, L.L.C.<br>☐ HHI CHINO II, L.L.C.<br>☐ HHI CROSBY, L.L.C.<br>☐ HHI HELLMAN, L.L.C.<br>☐ HHI LANCASTER I, L.L.C.<br>☐ HHI SENECA, L.L.C.<br><br>☒ All Debtors. | CASE NUMBER: 8:09-21712-TA |

**NOTE:** When using this form to indicate service of a proposed order, **DO NOT** list any person or entity in Category I. Proposed orders do not generate an NEF because only orders that have been entered are placed on the CM/ECF docket.

### PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case.  My business address is:

Hennigan, Bennett & Dorman LLP
865 S. Figueroa Street, Suite 2900
Los Angeles, CA 90017

A true and correct copy of the foregoing document described [Proposed] Order Denying Motion of Wilmington Trust FSB to (I) Reconsider Order Approving Luxor Exit Financing Commitment, or (II) in the Alternative, to Clarify Unavailability of Break up Fee, in Light of New Condition to Close on Exit Financing Commitment will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner indicated below:

I.   **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On _____I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) indicated below:

☐ Service information continued on attached page

**II. SERVED BY U.S. MAIL:** On September 13, 2010 I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

| David Zolkin<br>Milbank, Tweed, Hadley & McCloy LLP<br>601 South Figueroa St., 30th Floor<br>Los Angeles, CA 90017 | Craig Millet<br>Gibson, Dunn & Crutcher<br>3161 Michelson Drive<br>Irvine, CA 92612-4412 | David Feldman<br>Gibson, Dunn & Crutcher<br>200 Park Avenue<br>New York, NY 10166-0193 |
|---|---|---|

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

☐ Service information continued on attached page

**III.  SERVED BY EMAIL**: Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on _____ the following persons was served by email as follows.  Listing the judge here constitutes a declaration that personal delivery on the judge <u>will be</u> completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| September 13, 2010 | Kevin Floyd | */s/ Kevin Floyd* |
|---|---|---|
| *Date* | *Type Name* | *Signature* |

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*January 2009*                                                                                                          **F 9013-3.1**

<table>
<tr><td>

In re:

☐ CALIFORNIA COASTAL COMMUNITIES, INC
☐ SIGNAL LANDMARK HOLDINGS INC.
☐ SIGNAL LANDMARK
☐ HEARTHSIDE HOLDINGS, INC.
☐ HEARTHSIDE HOMES, INC.
☐ HHI CHANDLER, L.L.C.
☐ HHI CHINO II, L.L.C.
☐ HHI CROSBY, L.L.C.
☐ HHI HELLMAN, L.L.C.
☐ HHI LANCASTER I, L.L.C.
☐ HHI SENECA, L.L.C.

☒ All Debtors.

</td><td>

CHAPTER: 11

CASE NUMBER: 8:09-21712-TA

</td></tr>
</table>

**NOTE TO USERS OF THIS FORM**:

**1)** Attach this form to the last page of a proposed Order or Judgment.  Do not file as a separate document.
**2)** The title of the judgment or order and all service information must be filled in by the party lodging the order.
**3) Category I.** below:  The United States trustee and case trustee (if any) will always be in this category.
**4) Category II.** below:  List ONLY addresses for debtor (and attorney), movant (or attorney) and person/entity (or attorney) who filed an opposition to the requested relief. DO NOT list an address if person/entity is listed in category I.

## NOTICE OF ENTERED ORDER AND SERVICE LIST

Notice is given by the court that a judgment or order entitled **ORDER DENYING MOTION OF WILMINGTON TRUST FSB TO (I) RECONSIDER ORDER APPROVING LUXOR EXIT FINANCING COMMITMENT, OR (II) IN THE ALTERNATIVE, TO CLARIFY UNAVAILABILITY OF BREAK UP FEE, IN LIGHT OF NEW CONDITION TO CLOSE ON EXIT FINANCING COMMITMENT** was entered on the date indicated as "Entered" on the first page of this judgment or order and will be served in the manner indicated below:

**I. SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** - Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s), the foregoing document was served on the following persons by the court via NEF and hyperlink to the judgment or order. As of September 13, 2010, the following persons are currently on the Electronic Mail Notice List for this bankruptcy case or adversary proceeding to receive NEF transmission at the email addresses indicated below.

Mark Bradshaw – mbradshaw@shbllp.com
Richard W. Brunette – rbrunette@sheppardmullin.com
Robert H. Garretson – rgarretson@ptwww.com
Nancy S. Goldenberg – nancy.goldenberg@usdoj.gov
Aluyah I Imoisili - aimoisili@milbank.com
Harold D. Israel – hisrael@kayescholer.com
            jben@kayescholer.com
            ssolow@kaye scholer.com
Ralph L. Landy – efile@pbgc.gov
Joshua M. Mester – mesterj@hbdlawyers.com
Craig Millet - cmillet@gibsondunn.com
            pcrawford@gibsondunn.com
Rosana Miramontes - rosana.miramontes@doj.ca.gov
Randy Orlik – rorlik@coxcastle.com
Kirsten A. Roe – kroe@wthf.com
            dfunsch@wthf.com
Kenneth N. Russak – krussak@frandzel.com
            efiling@frandzel.com
            banderson@frandzel.com

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

Joel G. Samuels – jsamuels@sidley.com
United States Trustee (SA) – ustpregion16.sa.ecf@usdoj.gov
Delilah Vinzon - dvinzon@milbank.com
Michael A. Wallin – mwallin@sheppardmullin.com

☐ Service information continued on attached page

**II.  SERVED BY THE COURT VIA U.S. MAIL:** A copy of this notice and a true copy of this judgment or order was
sent by United States Mail, first class, postage prepaid, to the following entity at the address indicated below:

California Coastal Communities, Inc.
6 Executive Circle, Suite 250
Irvine, CA 92614

☐ Service information continued on attached page

**III.  TO BE SERVED BY THE LODGING PARTY**: Within 72 hours after receipt of a copy of this judgment or order
which bears an "Entered" stamp, the party lodging the judgment or order will serve a complete copy bearing an
"Entered" stamp by U.S. Mail, overnight mail, facsimile transmission or email and file a proof of service of the entered
order on the following person(s) and/or entity(ies) at the address(es), facsimile transmission number(s), and/or email
address(es) indicated below:

☐ Service information continued on attached page

---

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*January 2009*                                                                                                **F 9021-1.1**