1  HENNIGAN, BENNETT & DORMAN LLP
   BRUCE BENNETT (Cal. Bar No. 105430)
2  JOSHUA M. MESTER (Cal. Bar No. 194783)
   MICHAEL C. SCHNEIDEREIT (Cal. Bar No. 234956)
3  865 South Figueroa Street, Suite 2900
   Los Angeles, California 90017
4  Telephone: (213) 694-1200
   Fax: (213) 694-1234
5
6  *Reorganization Counsel for*
   *Debtors and Debtors in Possession*
7

FILED & ENTERED

SEP 28 2010

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY daniels    DEPUTY CLERK

8              **UNITED STATES BANKRUPTCY COURT**

9              **CENTRAL DISTRICT OF CALIFORNIA**

10                   **SANTA ANA DIVISION**

11

12  *In re*                                        )   Case No. 8:09-21712-TA
    ☐ CALIFORNIA COASTAL                           )
13     COMMUNITIES, INC                            )   Jointly Administered with Case Nos.
    ☐ SIGNAL LANDMARK HOLDINGS INC.                )   8:09-21713-TA; 8:09-21714-TA;
14  ☐ SIGNAL LANDMARK                              )   8:09-21715-TA; 8:09-21717-TA;
    ☐ HEARTHSIDE HOLDINGS, INC.                    )   8:09-21718-TA; 8:09-21719-TA;
15  ☐ HEARTHSIDE HOMES, INC.                       )   8:09-21720-TA; 8:09-21721-TA;
    ☐ HHI CHANDLER, L.L.C.                         )   8:09-21722-TA; 8:09-21723-TA
16  ☐ HHI CHINO II, L.L.C.                         )
    ☐ HHI CROSBY, L.L.C.                           )       Chapter 11
17  ☐ HHI HELLMAN, L.L.C.                          )
    ☐ HHI LANCASTER I, L.L.C.                      )   **ORDER EXPANDING THE SCOPE OF**
18  ☐ HHI SENECA, L.L.C.                           )   **RETENTION OF IMPERIAL CAPITAL,**
                                                    )   **LLC AS FINANCIAL ADVISOR FOR THE**
19  ☒ All Debtors                                  )   **DEBTORS AND DEBTORS IN POSSESSION**
                                                    )
20                                                  )
              Debtor.                               )
21  _____)

22      This matter coming before the Court on the "Notice Of Application And Application For

23  Order Expanding Scope Of Retention Of Imperial Capital, LLC ("Imperial") As Financial Advisor

24  For The Debtors And Debtors In Possession" (the "Application"), filed by California Coastal

25  Communities, Inc. ("CALC"), and its affiliated debtors and debtors in possession herein

26  (collectively, the "Debtors"); and

27      The Court having reviewed the Application, the record in these cases, the Warshauer

28  Declaration (as defined in the Application) and

782638

*Hennigan, Bennett & Dorman llp*
*lawyers*
*los angeles, california*

The Court finding that (a) the Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334, (b) this is a core proceeding pursuant to 28 U.S.C. § 157(b)(2), and (c) notice of the Application was reasonable and appropriate under the circumstances; and

The Court being satisfied, based on the representations made in the Application and the Warshauer Declaration, that Imperial is disinterested as that term is defined in section 101(14) of the Bankruptcy Code; and

It appearing that the relief requested is in the best interests of the Debtors' estates, their creditors and other parties in interest; and

It appearing that the adequate notice of the Application and opportunity for objection having been given; and

The Court having determined that the legal and factual bases set forth in the Application establish just cause for the relief granted herein;

**IT HEREBY IS ORDERED THAT:**

1.     The Application is GRANTED.

2.     The Debtors are hereby authorized, pursuant to section 327 and 328 of title 11 of the United States Code, to employ the professional services firm of Imperial as their financial advisor, on substantially the terms and conditions set forth in the Application and the Amended Imperial Engagement Letter (as that term is defined in the "Stipulation Between The Debtors And Wilmington Trust Company, FSB, As Agent, Regarding Consent To Amended Application To Expand Scope Of Employment Of Imperial Capital LLC As Financial Advisor" [Docket No. 431]).

3.     Imperial shall be compensated on the terms and at the times specified in the Amended Engagement Letter and Imperial shall file fee applications for interim and final allowance of compensation and reimbursement of expenses in accordance with the procedures set forth in sections 328 and 331 of the Bankruptcy Code and any applicable Bankruptcy Rules and Local Rules, and such procedures as may be fixed by order of this Court.

4.     In addition to compensation for professional services rendered by Imperial, pursuant to the terms of the Amended Engagement Letter, Imperial is entitled to reimbursement by the Debtors for reasonable expenses incurred in connection with the performance of its engagement

782638

1    under the Amended Engagement Letter, including without limitation, the fees, disbursements and

2    other charges of Imperial's counsel (which shall not be required to be retained pursuant to section

3    327 of the Bankruptcy Code) and the Debtors are authorized to provide Imperial with the Expense

4    Deposit as set forth in the Amended Engagement Letter.

5         5.    All requests of Imperial for payment of indemnity pursuant to the Amended

6    Engagement Letter shall be made by means of an application (interim or final as the case may be)

7    and shall be subject to review by the Court to ensure that payment of such indemnity conforms to

8    the terms of the Amended Engagement Letter and is reasonable based upon the circumstances o the

9    litigation or settlement in respect of which indemnity is sought, provided, however, that in no event

10   shall Imperial be indemnified if the Debtors or a representative of the estates, assert a claim for, and

11   a court determines by final order that such claim arose out of the gross negligence, willful

12   misconduct or fraud of Imperial.

13        6.    In the event that Imperial seeks reimbursement of attorney's' fees from the Debtors

14   pursuant to the Amended Engagement Letter, the invoices and supporting time records from such

15   attorneys shall be included in Imperial's own application (both interim and final).

16        7.    To the extent that this Order is inconsistent with any prior order or pleading with

17   respect to the Application in these cases or the Amended Engagement Letter, the terms of this Order

18   shall govern.

19        8.    The relief granted herein shall be binding upon any chapter 11 trustee appointed in

20   these chapter 11 cases, or upon any chapter 7 trustee appointed in the event of a subsequent

21   conversion of these chapter 11 cases to cases under chapter 7.

22

23

24

25

26

27

28

Hennigan, Bennett & Dorman llp
lawyers
los angeles, california

782638

9.      Notwithstanding any provision to the contrary in the Application or the Amended

Engagement Letter, the Court shall retain jurisdiction to hear and determine all maters arising from

or related to the implementation of this Order.

###

DATED: September 28, 2010

_____

United States Bankruptcy Judge

Hennigan, Bennett & Dorman llp
lawyers
los angeles, california

782638

-4-

| In re: | CHAPTER: 11 |
|---|---|
| ☐ CALIFORNIA COASTAL COMMUNITIES, INC<br>☐ SIGNAL LANDMARK HOLDINGS INC.<br>☐ SIGNAL LANDMARK<br>☐ HEARTHSIDE HOLDINGS, INC.<br>☐ HEARTHSIDE HOMES, INC.<br>☐ HHI CHANDLER, L.L.C.<br>☐ HHI CHINO II, L.L.C.<br>☐ HHI CROSBY, L.L.C.<br>☐ HHI HELLMAN, L.L.C.<br>☐ HHI LANCASTER I, L.L.C.<br>☐ HHI SENECA, L.L.C.<br><br>☒ All Debtors. | CASE NUMBER: 8:09-21712-TA |

**<u>NOTE TO USERS OF THIS FORM</u>**:

**1)**  Attach this form to the last page of a proposed Order or Judgment.  Do not file as a separate document.
**2)**  The title of the judgment or order and all service information must be filled in by the party lodging the order.
**3)**  **Category I.** below:  The United States trustee and case trustee (if any) will always be in this category.
**4)**  **Category II.** below:  List ONLY addresses for debtor (and attorney), movant (or attorney) and person/entity (or attorney) who filed an opposition to the requested relief. <u>DO NOT</u> list an address if person/entity is listed in category I.

# NOTICE OF ENTERED ORDER AND SERVICE LIST

Notice is given by the court that a judgment or order entitled Order Expanding the Scope of Retention of Imperial Capital, LLC as Financial Advisor for the Debtors and Debtors in Possession  was entered on the date indicated as "Entered" on the first page of this judgment or order and will be served in the manner indicated below:

**I.  <u>SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")</u>** - Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s), the foregoing document was served on the following person(s) by the court via NEF and hyperlink to the judgment or order. As of September 9, 2010, the following person(s) are currently on the Electronic Mail Notice List for this bankruptcy case or adversary proceeding to receive NEF transmission at the email address(es) indicated below.

Mark Bradshaw – mbradshaw@shbllp.com
Richard W. Brunette – rbrunette@sheppardmullin.com
Robert H. Garretson – rgarretson@ptwww.com
Nancy S. Goldenberg – nancy.goldenberg@usdoj.gov
Aluyah I Imoisili - aimoisili@milbank.com
Harold D. Israel – hisrael@kayescholer.com
             jben@kayescholer.com
             ssolow@kayescholer.com
Ralph L. Landy – efile@pbgc.gov
Joshua M. Mester – mesterj@hbdlawyers.com
Craig Millet - cmillet@gibsondunn.com
           pcrawford@gibsondunn.com
Rosana Miramontes - rosana.miramontes@doj.ca.gov
Randy Orlik – rorlik@coxcastle.com

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

**F 9021-1.1**

Kirsten A. Roe – kroe@wthf.com
                    dfunsch@wthf.com
Kenneth N. Russak – krussak@frandzel.com
                    efiling@frandzel.com
                    banderson@frandzel.com
Joel G. Samuels – jsamuels@sidley.com
United States Trustee (SA) – ustpregion16.sa.ecf@usdoj.gov
Delilah Vinzon - dvinzon@milbank.com
Michael A. Wallin – mwallin@sheppardmullin.com

☐ Service information continued on attached page

**II. SERVED BY THE COURT VIA U.S. MAIL:** A copy of this notice and a true copy of this judgment or order was sent by United States Mail, first class, postage prepaid, to the following person(s) and/or entity(ies) at the address(es) indicated below:

California Coastal Communities, Inc.
6 Executive Circle, Suite 250
Irvine, CA 92614

☐ Service information continued on attached page

**III. TO BE SERVED BY THE LODGING PARTY:** Within 72 hours after receipt of a copy of this judgment or order which bears an "Entered" stamp, the party lodging the judgment or order will serve a complete copy bearing an "Entered" stamp by U.S. Mail, overnight mail, facsimile transmission or email and file a proof of service of the entered order on the following person(s) and/or entity(ies) at the address(es), facsimile transmission number(s), and/or email address(es) indicated below:

☐ Service information continued on attached page

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*January 2009*                                                                                    **F 9021-1.1**