HENNIGAN, BENNETT & DORMAN LLP
BRUCE BENNETT (Cal. Bar No. 105430)
JOSHUA M. MESTER (Cal. Bar No. 194783)
MICHAEL C. SCHNEIDEREIT (Cal. Bar No. 234956)
865 South Figueroa Street, Suite 2900
Los Angeles, California 90017
Telephone: (213) 694-1200
Fax: (213) 694-1234

*Reorganization Counsel for
Debtors and Debtors in Possession*

# UNITED STATES BANKRUPTCY COURT

# CENTRAL DISTRICT OF CALIFORNIA

# SANTA ANA DIVISION

| | |
|---|---|
| *In re*<br>☐ CALIFORNIA COASTAL COMMUNITIES, INC<br>☐ SIGNAL LANDMARK HOLDINGS INC.<br>☐ SIGNAL LANDMARK<br>☐ HEARTHSIDE HOLDINGS, INC.<br>☐ HEARTHSIDE HOMES, INC.<br>☐ HHI CHANDLER, L.L.C.<br>☐ HHI CHINO II, L.L.C.<br>☐ HHI CROSBY, L.L.C.<br>☐ HHI HELLMAN, L.L.C.<br>☐ HHI LANCASTER I, L.L.C.<br>☐ HHI SENECA, L.L.C.<br><br>☒ All Debtors<br><br>Debtor. | Case No. 8:09-21712-TA<br><br>Jointly Administered with Case Nos.<br>8:09-21713-TA; 8:09-21714-TA;<br>8:09-21715-TA; 8:09-21717-TA;<br>8:09-21718-TA; 8:09-21719-TA;<br>8:09-21720-TA; 8:09-21721-TA;<br>8:09-21722-TA; 8:09-21723-TA<br><br>Chapter 11<br><br>**THIRD STATEMENT OF FEES PAID AND EXPENSES REIMBURSED TO ORDINARY COURSE PROFESSIONALS**<br><br>No Hearing Required |

1    Pursuant to the Court's "Order Authorizing Employment and Compensation of Professionals
2 *Nunc Pro Tunc* for Specific Services Rendered to the Debtors in the Ordinary Course of Business,"
3 entered on February 16, 2010 [Docket No. 149] (the "Order"), California Coastal Communities, Inc.
4 ("CALC"), and its affiliated debtors and debtors in possession herein (collectively, the "Debtors"),
5 hereby submit their third statement of fees paid and expenses reimbursed to "Ordinary Course
6 Professionals" (as defined in the Order) from August 1, 2010 to October 31, 2010, attached hereto as
7 Exhibit A.

   Pursuant to the Order, the Debtors will submit statements regarding the fees and expenses of
9 Ordinary Course Professionals every ninety (90) days.

11 DATED: November 12, 2010            HENNIGAN, BENNETT & DORMAN LLP
                                       865 South Figueroa Street, Suite 2900
12                                     Los Angeles, CA 90017

                                       By: /s/ *Joshua M. Mester*_____
15                                          Joshua M. Mester

                                       *Reorganization Counsel for*
                                       *Debtors and Debtors in Possession*

# EXHIBIT A

**Ordinary Course Professionals Statement**
**August 1 thru October 31, 2010**
**California Coastal Communities, Inc.**
**Case No. 8:09-21712-TA**

| Ordinary Course Professional | Description of Services | Service Dates | Services Rendered | Expenses | Total Amount Paid |
|---|---|---|---:|---:|---:|
| **Alston & Bird** | Special Litigation Counsel | | | | |
| | **Total:** | | - | - | - |
| | | | | | |
| **Donohoe Advisory Assoc., LLC** | | | | | |
| | Nasdaq Compliance Consultant | | | | |
| | **Total:** | | - | - | - |
| | | | | | |
| **Dorsey & Whitney** | Special Litigation Counsel | | - | | - |
| | **Total:** | | - | - | - |
| | | | | | |
| **Green & Hall** | Real Estate Counsel - Sales contract disputes | June (6/4 - 6/17/10) | 472.00 | | 472.00 |
| | | June (6-2-10) | 177.00 | | 177.00 |
| | | July (7/5-7/20/10) | 88.50 | | 88.50 |
| | | August(8/2-8/30/10) | 413.00 | | 413.00 |
| | **Total:** | | **1,150.50** | **-** | **1,150.50** |
| | | | | | |
| **John R. Gilbert, P.C.** | Special Asbestos Litigation Counsel | | | | |
| | **Total:** | | - | - | - |
| | | | | | |
| **Lowenstein Sandler PC** | Special Asbestos Litigation Counsel | June (6/1 - 6/24/10) | 1,309.50 | | 1,309.50 |
| | | July (7/8-7/20/10) | 795.00 | | 795.00 |
| | **Total:** | | **2,104.50** | **-** | **2,104.50** |
| | | | | | |
| **Manatt, Phelps & Phillips, LLC** | Real Estate Counsel - Coastal Development Permit and related issues | June (6/30/2010) | 873.00 | | 873.00 |
| | | July (7/1-7/20/10) | 7,566.00 | 0.60 | 7,566.60 |
| | | July (7/28/10) | 125.00 | 0.40 | 125.40 |
| | **Total:** | | **8,564.00** | **1.00** | **8,565.00** |
| | | | | | |
| **Nossaman Guthner Knox & Elliot** | Real Estate Counsel - California environmental | | | | |
| | **Total:** | | - | - | - |
| | | | | | |
| **Palmieri, Tyler & Wiener, et al.** | Real Estate Counsel | May (5/7-5/25/10) | 1,190.00 | | 1,190.00 |
| | | June (6/1-6/30/10) | 3,026.00 | | 3,026.00 |
| | | July (7/1-7/28/10) | 2,437.50 | | 2,437.50 |
| | **Total:** | | **6,653.50** | **-** | **6,653.50** |

**PROOF OF SERVICE OF DOCUMENT**

I am over the age of 18 and not a party to this bankruptcy case. My business address is:

Hennigan, Bennett & Dorman LLP
865 S. Figueroa Street, Suite 2900
Los Angeles, CA 90017

True and correct copies of the foregoing document described <u>Third Statement of Fees Paid and Expenses Reimbursed to Ordinary Course Professionals</u> were served in the manners indicated below:

**I. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")**: Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On <u>November 12, 2010</u>, I checked the CM/ECF docket for this bankruptcy case and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses indicated below:

**SEE ATTACHED SERVICE LIST**

☒ Service information continued on attached page

**II. TO BE SERVED BY U.S. MAIL**: On <u>November 12, 2010</u>, I served the following persons and entities at the last known addresses in this bankruptcy case by placing true and correct copies thereof in sealed envelopes in the United States Mail, first class, postage prepaid, addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge <u>will be</u> completed no later than 24 hours after the document is filed.

**SEE ATTACHED SERVICE LIST**

☒ Service information continued on attached page

**III. TO BE SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL** (indicate method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on _____, I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on the judge <u>will be</u> completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| November 12, 2010 | Kevin Floyd | /s/ Kevin Floyd |
|---|---|---|
| *Date* | *Type Name* | *Signature* |

-1-

# SERVICE LIST

## I. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF"):

Mark Bradshaw – mbradshaw@shbllp.com
Richard W. Brunette – rbrunette@sheppardmullin.com
Robert H. Garretson – rgarretson@ptwww.com
Nancy S. Goldenberg – nancy.goldenberg@usdoj.gov
Aluyah I. Imoisili - aimoisili@milbank.com
Harold D. Israel – hisrael@kayescholer.com
    jben@kayescholer.com
    ssolow@kayescholer.com
Ralph L. Landy – efile@pbgc.gov
Joshua M. Mester – mesterj@hbdlawyers.com
Craig Millet - cmillet@gibsondunn.com
    pcrawford@gibsondunn.com
Rosana Miramontes - rosana.miramontes@doj.ca.gov
Randy Orlik – rorlik@coxcastle.com
Kirsten A. Roe – kroe@wthf.com
    dfunsch@wthf.com
Kenneth N. Russak – krussak@frandzel.com
    efiling@frandzel.com
    banderson@frandzel.com
Joel G. Samuels – jsamuels@sidley.com
United States Trustee (SA) – ustpregion16.sa.ecf@usdoj.gov
Delilah Vinzon - dvinzon@milbank.com
Michael A. Wallin – mwallin@sheppardmullin.com

## II. TO BE SERVED BY U.S. MAIL:

### JUDGE

Hon. Theodor C. Albert
U.S. Bankruptcy Court
411 West Fourth Street
Santa Ana, CA 92701

### OFFICE OF THE U.S. TRUSTEE

United States Trustee
411 West Fourth Street, Suite 9041
Santa Ana, CA 92701

### TOP 25 CREDITORS (ON A CONSOLIDATED BASIS)

Judy Dickenson
Insurance Company of the West
11455 El Camino Real
San Diego, CA 92130

Valerie Oxford
Public Works Department
County of Orange
300 North Flower Street
Santa Ana, CA 92703

HENNIGAN, BENNETT & DORMAN LLP
LAWYERS
LOS ANGELES, CALIFORNIA

| | |
|---|---|
| Freda Hampton<br>Grading Department<br>County of Orange<br>300 North Flower Street<br>Santa Ana, CA 92703 | Ms. Terri Elliott<br>City of Huntington Beach<br>2000 Main Street<br>Huntington Beach, CA 92648 |
| Anthony Lopilato<br>Comerica<br>2321 Rosecrans Avenue, 5th Floor<br>El Segundo, CA 90245 | Ralph Landy<br>PBGC<br>Office of the Chief Counsel<br>1200 K Street, N.W.<br>Washington, DC 20005-4026 |
| Nan Williams<br>County of Riverside, TLMA<br>4080 Lemon Street, Second Floor<br>Riverside, CA 92502 | Gina Armstrong<br>Public Works Department<br>City of Lancaster<br>44933 North Fern Avenue<br>Lancaster, CA 93534 |
| Deepak Moorjani<br>Public Works Department<br>City of Beaumont<br>550 East 6th Street<br>Beaumont, CA 92223 | David L. Wysocki<br>Aklufi & Wysocki<br>3403 10th St., Suite 610<br>Riverside, CA 92501 |
| Pamela Griggs<br>State Lands Commission of CA<br>100 Howe Avenue, Suite 100-South<br>Sacramento, CA 95825 | Robert Day<br>c/o Oakmont Corporation<br>865 S. Figueroa Street, Ste. 700<br>Los Angeles, CA 90071 |
| John Van Eck<br>100 Worth Avenue, # 512<br>Palm Beach, FL 33480 | Philip Beekman<br>c/o Owl Hollow Enterprises,<br>6693 E. Pleasant<br>Indianapolis, IN 46219 |
| Ashley Harper<br>Wheelabrator Technologies, Inc.<br>/ Resco Holdings, Inc.<br>1001 Fannin Street, Suite 4000<br>Houston, TX 70002 | Gerald Lewis<br>PO Box 325<br>Pauma Valley, CA 92061 |
| Pat Treister<br>Pacific Masonry<br>1007 West Grove Avenue, Suite J<br>Orange, CA 92865 | Norma Chavez, A/R<br>South Coast Cabinet<br>755 Pinefalls Avenue<br>Walnut, CA 92880 |
| Mark Scholten<br>Residential Design Services<br>4900 East Hunter Avenue<br>Anaheim, CA 92630 | Jerry Blum<br>Planning Director<br>City of Ontario<br>303 East B Street<br>Ontario, CA 91764 |

HENNIGAN, BENNETT & DORMAN LLP
LAWYERS
LOS ANGELES, CALIFORNIA

-3-

| | |
|---|---|
| Laurie Helms<br>Brightwater Maintenance Corp.<br>c/o Keystone Pacific Property Mgmt.<br>16845 Von Karman Avenue, Suite 200<br>Irvine, CA 92606 | Terry Russell<br>Vintage Design Services<br>22895 Eastpark Drive<br>Yorba Linda, CA 92887 |
| James Pattison<br>1800 1067 West Cordova Street<br>Vancouver, BC V6C1C7 | Bertram Firestone<br>Newstead Farm<br>33525 Newstead Lane<br>Upperville, VA 20184 |
| Steve Stein<br>Bova Contracting Corporation<br>3334 East Coast Highway, Suite 427<br>Corona Del Mar, CA 92625 | Noemi Guzman<br>BAS Appliance Gallery, LLC<br>1745 North St. Thomas Circle<br>Orange, CA 92865 |
| Jay W. Pruitt<br>IHP Capital Partners<br>19800 MacArthur Blvd., Suite 700<br>Irvine, CA 92612 | Frank Scardino<br>Gateway Plastering<br>966 North Amelia<br>San Dimas, CA 91773 |
| Will Milligan<br>Irvine Company Office Properties<br>111 Innovation Drive<br>Irvine, CA 92617 | |

### COUNSEL TO LENDERS

| | |
|---|---|
| Robert Jay Moore<br>Linda Dakin-Grimm<br>David Zolkin<br>Milbank, Tweed, Hadley & McCloy LLP<br>601 South Figueroa Street, 30th Floor<br>Los Angeles, CA 90017 | Matthew Barr<br>Milbank, Tweed, Hadley & McCloy LLP<br>One Chase Manhattan Plaza<br>New York, NY 10005 |

### PARTIES REQUESTING SPECIAL NOTICE

| | |
|---|---|
| T. Scott Leo<br>Grace Winkler Cranley<br>Leo & Weber, P.C.<br>One N. LaSalle Street, Suite 3600<br>Chicago, IL 60602<br>*Counsel for Insurance Company of the West* | Robert C. Niesley<br>Kirsten Roe<br>Watt, Tieder, Hoffar & Fitzgerald,<br>2040 Main Street, Suite 300<br>Irvine, CA 92614<br>*Counsel for Insurance Company of the West* |
| Norman J. Rodich<br>Robert H. Garretson<br>Palmieri, Tyler, Wiener, Wilhelm & Waldron<br>2603 Main Street, Suite 1300<br>Irvine, CA 92614<br>*Counsel for Palmieri, Tyler, Wiener, Wilhelm & Waldron* | Alan H. Martin<br>Michael A. Wallin<br>Sheppard, Mullin, Richter & Hampton<br>650 Town Center Drive, 4th Floor<br>Costa Mesa, CA 92626<br>*Counsel for IndyMac Venture, LLC* |

1  **GOVERNMENT AGENCIES**

2  Sarah D. Moyed                              Internal Revenue Service
   Securities and Exchange Commission          PO Box 21126
3  5670 Wilshire Blvd., 11th Floor             Philadelphia, PA 19114
   Los Angeles, CA 90036

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28