UNITED STATES DEPARTMENT OF JUSTICE
OFFICE OF THE UNITED STATES TRUSTEE
CENTRAL DISTRICT OF CALIFORNIA

| In Re: | CHAPTER 11 (BUSINESS) |
|---|---|
| **CALIFORNIA COASTAL COMMUNITIES** | |
| 6 Executive Circle, Suite 250 | Case Number: **09-21712** |
| Irvine, CA 92614 | Operating Report Number: 12 |
| Debtor(s). | For the Month Ending: **10/31/2010** |

## I. CASH RECEIPTS AND DISBURSEMENTS
### A. (GENERAL ACCOUNT*)

1.  TOTAL RECEIPTS PER ALL PRIOR GENERAL ACCOUNT REPORTS          16,592,904.97

2.  LESS:  TOTAL DISBURSEMENTS PER ALL PRIOR GENERAL          15,964,903.52
ACCOUNT REPORTS

3.  BEGINNING BALANCE:          628,001.45

4.  RECEIPTS DURING CURRENT PERIOD:
    Accounts Receivable - Post-filing
    Accounts Receivable - Pre-filing
    General Sales

| Other (Specify) | Miscellaneous Receipts | 4,761.03 |
|---|---|---|
| | Transfers from Signal Landn | 43,347.76 |
| **Other (Specify) | Transfers from HHI | 18,045.00 |

    TOTAL RECEIPTS THIS PERIOD:          66,153.79

5.  BALANCE:          694,155.24

6.  LESS: TOTAL DISBURSEMENTS DURING CURRENT PERIOD

| Transfers to Other DIP Accounts (from page 2) | 71,583.41 |
|---|---|
| Disbursements (from page 2) | 622,095.14 |

    TOTAL DISBURSEMENTS THIS PERIOD:***          693,678.55

7.  ENDING BALANCE:          476.69

8.  General Account Number(s):          2110-092817
                                        1894056850
    Depository Name & Location:          UNION BANK
                                        1980 SATURN ST, MONTEREY PARK, CA 91755
                                        COMERICA BANK
                                        2321 ROSECRANS AVE, SUITE 1225,EL SEGUNDO
                                        CA 90245-4526

*   All receipts must be deposited into the general account.
** Include receipts from the sale of any real or personal property out of the ordinary course of business; attach an exhibit specifying what was sold,
   to whom, terms, and date of Court Order or Report of Sale.
***This amount should be the same as the total from page 2.

TOTAL DISBURSEMENTS FROM CHECKING ACCOUNT FOR CURRENT PERIOD

| Date mm/dd/yyyy | Check Number | Payee or DIP account | Purpose | *Amount Transferred | **Amount Disbursed | Amount |
|---|---|---|---|---|---|---|
| 10/1/2010 | | CORP CAPITAL MARKETS-REV INT | | | 235,639.24 | 235,639.24 |
| 10/1/2010 | | CORP CAP MARKETS-TERM INT PMT | | | 349,436.72 | 349,436.72 |
| 10/4/2010 | 2847 | TELEPACIFIC COMMUNICATIONS | TELEPHONE | | 66.16 | 66.16 |
| 10/4/2010 | 2848 | THE IRVINE COMPANY | RENT | | 15,793.05 | 15,793.05 |
| 10/7/2010 | 2849 | WILCOX, COLLECE | EMPLOYEE REIMB | | 79.72 | 79.72 |
| 10/14/2010 | | CCCI FUND 10-15 PR | | 34,249.76 | | 34,249.76 |
| 10/21/2010 | 2850 | CONEXIS, INC. | EE BENEFIT ADMIN | | 21.00 | 21.00 |
| 10/21/2010 | 2851 | LINCOLN NATIONAL LIFE INS. CO. | EE BEN-LIFE INS | | 364.57 | 364.57 |
| 10/21/2010 | 2852 | MET LIFE SBC | EE BEN-DENTAL | | 625.74 | 625.74 |
| 10/21/2010 | 2853 | VISION SERVICE PLAN | EE BEN-VISION | | 30.01 | 30.01 |
| 10/21/2010 | 2854 | ANTHEM BLUE CROSS | VOID CHECK | | 0.00 | 0.00 |
| 10/21/2010 | 2855 | ANTHEM BLUE CROSS | EMPLOYEE BEN-MED | | 6,068.00 | 6,068.00 |
| 10/25/2010 | 2856 | INSURANCE COMPANY OF THE WEST | WORKERS COMP INS. | | 350.93 | 350.93 |
| 10/27/2010 | | BANK FEE-ANNUAL SAFE DEP BOX | | | 85.00 | 85.00 |
| 10/27/2010 | 2857 | AT & T | TELEPHONE | | 20.69 | 20.69 |
| 10/27/2010 | 2858 | FEDERAL EXPRESS CORPORATION | SHIPPING | | 204.06 | 204.06 |
| 10/27/2010 | 2859 | MINDHELD INFORMATION | COMPUTER SERVICE | | 310.25 | 310.25 |
| 10/28/2010 | | CCCI FUND 10-31 PR | | 36,683.65 | | 36,683.65 |
| 10/29/2010 | | CCCI FUND SL HOLD | | 325.00 | | 325.00 |
| 10/29/2010 | | CCCI FUND HHOLD | | 325.00 | | 325.00 |
| 10/29/2010 | 2860 | U.S. TRUSTEE | TRUSTEE FEES | | 13,000.00 | 13,000.00 |
| | | | | | | 0.00 |
| | | | | | | 0.00 |
| | | | | | | 0.00 |
| | | | | | | 0.00 |
| | | | | | | 0.00 |
| | | | | | | 0.00 |
| | | | | | | 0.00 |
| | | | | | | 0.00 |
| | | | | | | 0.00 |
| | | | | | | 0.00 |
| | | | | | | 0.00 |
| | | | | | | 0.00 |
| | | | | | | 0.00 |
| | | | | | | 0.00 |
| | | | | | | 0.00 |
| | | | | | | 0.00 |
| | | | | | | 0.00 |
| | | | | | | 0.00 |
| | | | | | | 0.00 |
| | | | | | | 0.00 |
| | | | | | | 0.00 |
| | | | | | | 0.00 |
| | | | | | | 0.00 |
| | | | | | | 0.00 |
| | | | | | | 0.00 |
| | | | | | | 0.00 |
| | | | | | | 0.00 |
| | | | | | | 0.00 |
| | | | | | | 0.00 |
| | | | | TOTAL DISBURSEMENTS THIS PERIOD: | 71,583.41 | 622,095.14 | 693,678.55 |

* Fill in amounts in this column if they are TRANSFERS to another DIP account (e.g. Payroll or Tax); the "amount" column will
be filled in for you.

** Fill in amounts in this column if they are DISBURSEMENTS to outside payees; the "amount" column will be filled in for you.

GENERAL ACCOUNT
BANK RECONCILIATION

Bank statement Date: ___10/31/2010___    Balance on Statement: ___$13,938.99___

Plus deposits in transit (a):

| Deposit Date | Deposit Amount |
|---|---|
| _____ | _____ |
| _____ | _____ |
| _____ | _____ |
| _____ | _____ |
| _____ | _____ |

TOTAL DEPOSITS IN TRANSIT    0.00

Less Outstanding Checks (a):

| Check Number | Check Date | Check Amount |
|---|---|---|
| 2795 | 8/5/2010 | 131.36 |
| 2857 | 10/27/2010 | 20.69 |
| 2859 | 10/27/2010 | 310.25 |
| 2860 | 10/29/2010 | 13,000.00 |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

TOTAL OUTSTANDING CHECKS:    13,462.30

Bank statement Adjustments:    _____
Explanation of Adjustments-

ADJUSTED BANK BALANCE:    $476.69

* It is acceptable to replace this form with a similar form
** Please attach a detailed explanation of any bank statement adjustment

## I. CASH RECEIPTS AND DISBURSEMENTS
### B. (PAYROLL ACCOUNT)

1.  TOTAL RECEIPTS PER ALL PRIOR PAYROLL ACCOUNT REPORTS     <u>NA</u>

2.  LESS:  TOTAL DISBURSEMENTS PER ALL PRIOR PAYROLL
ACCOUNT REPORTS

3.  BEGINNING BALANCE:

4.  RECEIPTS DURING CURRENT PERIOD:
    (Transferred from General Account)

5.  BALANCE:     0.00

6.  LESS: TOTAL DISBURSEMENTS DURING CURRENT PERIOD
    TOTAL DISBURSEMENTS THIS PERIOD:***     0.00

7.  ENDING BALANCE:     0.00

8.  PAYROLL Account Number(s):

    Depository Name & Location:

## TOTAL DISBURSEMENTS FROM PAYROLL ACCOUNT FOR CURRENT PERIOD

| Date mm/dd/yyyy | Check Number | Payee | Purpose | Amount |
|---|---|---|---|---|
| NA | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

**TOTAL DISBURSEMENTS THIS PERIOD:** 0.00

PAYROLL ACCOUNT
BANK RECONCILIATION

Bank statement Date:  <u>NA</u>              Balance on Statement:  _____

Plus deposits in transit (a):

|  | <u>Deposit Date</u> | <u>Deposit Amount</u> |
|---|---|---|
|  | _____ | _____ |
|  | _____ | _____ |
|  | _____ | _____ |
|  | _____ | _____ |
|  | _____ | _____ |

TOTAL DEPOSITS IN TRANSIT                                                      0.00

Less Outstanding Checks (a):

| <u>Check Number</u> | <u>Check Date</u> | <u>Check Amount</u> |
|---|---|---|
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |

TOTAL OUTSTANDING CHECKS:                                                    0.00

Bank statement Adjustments:                                   _____
Explanation of Adjustments-

ADJUSTED BANK BALANCE:                                                      $0.00

I.  CASH RECEIPTS AND DISBURSEMENTS
C. (TAX ACCOUNT)

1.  TOTAL RECEIPTS PER ALL PRIOR TAX ACCOUNT REPORTS              NA _____

2.  LESS:  TOTAL DISBURSEMENTS PER ALL PRIOR TAX                  _____
ACCOUNT REPORTS

3.  BEGINNING BALANCE:                                            _____

4.  RECEIPTS DURING CURRENT PERIOD:                               _____
    (Transferred from General Account)

5.  BALANCE:                                                      0.00

6.  LESS: TOTAL DISBURSEMENTS DURING CURRENT PERIOD
    TOTAL DISBURSEMENTS THIS PERIOD:***                           0.00

7.  ENDING BALANCE:                                               0.00

8.  TAX Account Number(s):                        _____
                                                  _____

    Depository Name & Location:                   _____
                                                  _____

TOTAL DISBURSEMENTS FROM TAX ACCOUNT FOR CURRENT PERIOD

| Date mm/dd/yyyy | Check Number | Payee | Purpose | Amount |
|---|---|---|---|---|
| NA | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | Page 8 of 16 | |
| | | | TOTAL DISBURSEMENTS THIS PERIOD: | 0.00 |

TAX ACCOUNT
BANK RECONCILIATION

Bank statement Date:    NA_____    Balance on Statement:    _____

Plus deposits in transit (a):

| Deposit Date | Deposit Amount |
|---|---|
| _____ | _____ |
| _____ | _____ |
| _____ | _____ |
| _____ | _____ |
| _____ | _____ |

TOTAL DEPOSITS IN TRANSIT    0.00

Less Outstanding Checks (a):

| Check Number | Check Date | Check Amount |
|---|---|---|
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |

TOTAL OUTSTANDING CHECKS:    0.00

Bank statement Adjustments:    _____
Explanation of Adjustments-

ADJUSTED BANK BALANCE:    $0.00

* It is acceptable to replace this form with a similar form
** Please attach a detailed explanation of any bank statement adjustment

I. D SUMMARY SCHEDULE OF CASH

## ENDING BALANCES FOR THE PERIOD:

(Provide a copy of monthly account statements for each of the below)

|  |  |  |
|---|---|---|
| General Account: | 476.69 |
| Payroll Account: | 0.00 |
| Tax Account: | 0.00 |
| *Other Accounts: Union Bank, FSA Account #2110124298 | (374.24) |
| Union Bank, Money Market Acct#2180-064063 | 0.00 |
| Comerica Money Market Acct#1894056850 | 0.00 |
| *Other Monies: |  |
| **Petty Cash (from below): | 0.00 |

## TOTAL CASH AVAILABLE:                                                         102.45

Petty Cash Transactions:

| Date | Purpose | Amount |
|---|---|---|
| NA |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |

## TOTAL PETTY CASH TRANSACTIONS:                                    0.00

* Specify the Type of holding (e.g. CD, Savings Account, Investment Security), and the depository name, location & account#
** Attach Exhibit Itemizing all petty cash transactions

## II. STATUS OF PAYMENTS TO SECURED CREDITORS, LESSORS AND OTHER PARTIES TO EXECUTORY CONTRACTS

| Creditor, Lessor, Etc. | Frequency of Payments (Mo/Qtr) | Amount of Payment | Post-Petition payments not made (Number) | Total Due |
|---|---|---|---|---|
| THE IRVINE CO LLC | MO | 15,793.05 | | 0.00 |
| WMT REVOLVER | MO-(VARIES) | 235,639.24 | | 0.00 |
| WMT TERM LOAN | MO-(VARIES) | 349,436.72 | | 0.00 |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | TOTAL DUE: | 0.00 |

## III. TAX LIABILITIES

FOR THE REPORTING PERIOD:

Gross Sales Subject to Sales Tax: NA

Total Wages Paid:        71,315.22

| | Total Post-Petition Amounts Owing | Amount Delinquent | Date Delinquent Amount Due |
|---|---|---|---|
| Federal Withholding | NA | | |
| State Withholding | NA | | |
| FICA- Employer's Share | NA | | |
| FICA- Employee's Share | NA | | |
| Federal Unemployment | NA | | |
| Sales and Use | NA | | |
| Real Property | NA | | |
| Other: | | | |
| TOTAL: | 0.00 | 0.00 | |

IV. AGING OF ACCOUNTS PAYABLE AND RECEIVABLE

| | *Accounts Payable Post-Petition | Accounts Receivable | |
|---|---|---|---|
| | | Pre-Petition | Post-Petition |
| 30 days or less | 139,823.48 | NA | NA |
| 31 - 60 days | 765,549.28 | | |
| 61 - 90 days | 2,602.50 | | |
| 91 - 120 days | 11,572.50 | | |
| Over 120 days | 12,350.00 | | |
| TOTAL: | 931,897.76 | 0.00 | 0.00 |

## V. INSURANCE COVERAGE

| | Name of Carrier | Amount of Coverage | Policy Expiration Date | Premium Paid Through (Date) |
|---|---|---|---|---|
| General Liability | Markel American | 2,000,000.00 | 4/1/2011 | 4/1/2011 |
| Worker's Compensation | Ins. Co. of the West | 1,000,000.00 | 4/1/2011 | 10/31/2010 |
| Casualty | Fireman's Fund | 601,400.00 | 4/1/2011 | 4/1/2011 |
| Vehicle | Markel American | 1,000,000.00 | 4/1/2011 | 4/1/2011 |
| Others: Umbrella | Federal Ins. Co. | 10,000,000.00 | 4/1/2011 | 4/1/2011 |
| Fiduciary Lib/Crime | Chubb Group | 2,000,000.00 | 7/16/2011 | 7/16/2011 |
| Real Estate E & O | Lloyds of London | 1,000,000.00 | 12/22/2010 | 12/22/2010 |
| Employment Pract | Scottsdale Ins. Co. | 2,000,000.00 | 7/16/2011 | 7/16/2011 |
| Directors & Officers | Carolina Casualty | 5,000,000.00 | 7/16/2011 | 7/16/2011 |
| Excess Directors | RSUI Indemnity | 5,000,000.00 | 7/16/2011 | 7/16/2011 |
| Excess Directors | Catlin Specialty | 2,000,000.00 | 7/16/2011 | 7/16/2011 |

## VI.  UNITED STATES TRUSTEE QUARTERLY FEES
## (TOTAL PAYMENTS)

| Quarterly Period Ending (Date) | Total Disbursements | Quarterly Fees | Date Paid | Amount Paid | Quarterly Fees Still Owing |
|---|---|---|---|---|---|
| 31-Dec-2009 | 10,400.00 | 10,400.00 | 21-Jan-2010 | 10,400.00 | 0.00 |
| 31-Mar-2010 | 6,500.00 | 10,400.00 | 22-Apr-2010 | 6,500.00 | 3,900.00 |
| 31-Mar-2010 | 3,900.00 | | 20-May-2010 | 3,900.00 | (3,900.00) |
| 30-Jun-2010 | 9,750.00 | 10,400.00 | 28-Jul-2010 | 9,750.00 | 650.00 |
| 30-Jun-2010 | 650.00 | | 19-Aug-2010 | 650.00 | (650.00) |
| 30-Sep-2010 | 13,000.00 | 13,000.00 | 29-Oct-2010 | 13,000.00 | 0.00 |
| | | | | | 0.00 |
| | | | | | 0.00 |
| | | | | | 0.00 |
| | | | | | 0.00 |
| | | | | | 0.00 |
| | | | | | 0.00 |
| | | | | | 0.00 |
| | | | | | 0.00 |
| | | | | | 0.00 |
| | | | | | 0.00 |
| | | | | | 0.00 |
| | | 44,200.00 | | 44,200.00 | 0.00 |

* Post-Petition Accounts Payable SHOULD NOT include professionals' fees and expenses which have been incurred but not yet awarded by the court.  Post-Petition Accounts Payable SHOULD include professionals' fees and expenses authorized by Court Order but which remain unpaid as of the close of the period report

## VII SCHEDULE OF COMPENSATION PAID TO INSIDERS

| Name of Insider | Date of Order Authorizing Compensation | *Authorized Gross Compensation | Gross Compensation Paid During the Month |
|---|---|---|---|
| Johnston, Jon | | 10300.01/Month-Paid thru HHI Acct | 10,300.01 |
| Sciutto, Sandra | | 17716.69/Month-Paid thru HHI Acct | 17,716.69 |
| Pacini, Ray | | 29966.67/Month-Paid thru HHI Acct | 29,966.67 |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

## VIII.  SCHEDULE OF OTHER AMOUNTS PAID TO INSIDERS

| Name of Insider | Date of Order Authorizing Compensation | Description | Amount Paid During the Month |
|---|---|---|---|
| NA | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

* Please indicate how compensation was identified in the order (e.g. $1,000/week, $2,500/month)

IX. PROFIT AND LOSS STATEMENT
(ACCRUAL BASIS ONLY)

| | Current Month | Cumulative Post-Petition |
|---|---|---|
| Sales/Revenue: | | |
| Gross Sales/Revenue | | |
| Less: Returns/Discounts | | |
| Net Sales/Revenue | 0.00 | 0.00 |
| | | |
| Cost of Goods Sold: | | |
| Beginning Inventory at cost | | |
| Purchases | | |
| Less: Ending Inventory at cost | | |
| Cost of Goods Sold (COGS) | 0.00 | 0.00 |
| | | |
| Gross Profit | 0.00 | 0.00 |
| | | |
| Other Operating Income (Itemize) | | |
| | | |
| Operating Expenses: | | |
| Payroll - Insiders | 57,983.00 | 705,772.00 |
| Payroll - Other Employees | 13,332.00 | 288,671.00 |
| Payroll Taxes | 7,403.00 | 124,071.00 |
| Other Taxes (Itemize) Delaware | | 69,879.00 |
| Depreciation and Amortization   (Qtrly expense) | | 2,853.00 |
| Rent Expense - Real Property | 11,793.00 | 150,068.00 |
| Lease Expense - Personal Property | | 0.00 |
| Insurance    (Expense recorded quarterly) | | 93,739.00 |
| Real Property Taxes | | 0.00 |
| Telephone and Utilities | 176.00 | 2,227.00 |
| Repairs and Maintenance | | 0.00 |
| Travel and Entertainment (Itemize) | 573.00 | 7,378.00 |
| Miscellaneous Operating Expenses (Itemize) | 1,442.00 | 176,640.00 |
| | | |
| Other Professional Services | 37,190.00 | 938,428.00 |
| Intercompany Allocations | | (853,152.00) |
| Total Operating Expenses | 129,892.00 | 1,706,574.00 |
| Net Gain/(Loss) from Operations | (129,892.00) | (1,706,574.00) |
| | | |
| Non-Operating Income: | | |
| Interest Income | | 3,078.00 |
| Net Gain on Sale of Assets (Itemize) | | |
| Other (Itemize) | | 1,079.00 |
| Total Non-Operating income | 0.00 | 4,157.00 |
| | | |
| Non-Operating Expenses: | | |
| Interest Expense | 349,437.00 | 5,739,855.00 |
| Legal and Professional (Itemize) Restructure | 109,867.00 | 6,971,618.00 |
| Other (Itemize) | 252.00 | 452,221.00 |
| Income Tax Expense (Benefit) | | (3,624,802.00) |
| Total Non-Operating Expenses | 459,556.00 | 9,538,892.00 |
| | | |
| NET INCOME/(LOSS) | (589,448.00) | (11,241,309.00) |

(Attach exhibit listing all itemizations required above)

X BALANCE SHEET
(ACCRUAL BASIS ONLY)

| ASSETS | Current Month End | |
|---|---|---|
| Current Assets: | | |
| Unrestricted Cash | 102.00 | |
| Restricted Cash | | |
| Accounts Receivable | (267.00) | |
| Inventory | 0.00 | |
| Notes Receivable | 0.00 | |
| Prepaid Expenses | 1,345,533.00 | |
| Other (Itemize) | | |
| Total Current Assets | | 1,345,368.00 |
| | | |
| Property, Plant, and Equipment | 36,346.00 | |
| Accumulated Depreciation/Depletion | (35,926.00) | |
| Net Property, Plant, and Equipment | | 420.00 |
| | | |
| Other Assets (Net of Amortization): | | |
| Due from Insiders | | |
| Investment in wholly-owned subsidiaries | 84,160,887.00 | |
| Deferred Taxes | (1,121,259.00) | |
| Other (Itemize) | 0.00 | |
| Total Other Assets | | 83,039,628.00 |
| TOTAL ASSETS | | 84,385,416.00 |
| | | |
| LIABILITIES | | |
| Post-petition Liabilities: | | |
| Accounts Payable | 931,898.00 | |
| Taxes Payable | 10,244.00 | |
| Notes Payable | | |
| Professional fees , incl Reorg Costs | 1,473,983.00 | |
| Secured Debt | | |
| Other  Payable | 78,166.00 | |
| Other (Itemize)-Interest Payable | 349,437.00 | |
| Total Post-petition Liabilities | | 2,843,728.00 |
| | | |
| Pre-petition Liabilities: | | |
| Secured Liabilities | 181,479,318.00 | |
| Priority Liabilities | 21,900.00 | |
| Pension Liabilities & related unamortized discount | 5,370,635.00 | |
| Interest payable | | |
| Bonus payable to insiders | 38,100.00 | |
| Accrued PTO to Employees & insiders | 88,500.00 | |
| Unsecured Liabilities | 251,924.00 | |
| Other (Itemize) - Due to/from affiliates | (40,383,898.00) | |
| Total Pre-petition Liabilities | | 146,866,479.00 |
| TOTAL LIABILITIES | | 149,710,207.00 |
| | | |
| EQUITY: | | |
| Pre-petition Owners' Equity | (54,309,810.00) | |
| Post-petition Profit/(Loss) | (11,241,309.00) | |
| Direct Charges to Equity | 226,328.00 | |
| TOTAL EQUITY | | (65,324,791.00) |
| TOTAL LIABILITIES & EQUITY | | 84,385,416.00 |

|   |   | No | Yes |
|---|---|---|---|
| 1. | Has the debtor-in-possession made any payments on its pre-petition unsecured debt, except as have been authorized by the court?  If "Yes", explain below: | X | |

_____

|   |   | No | Yes |
|---|---|---|---|
| 2. | Has the debtor-in-possession during this reporting period provided compensation or remuneration to any officers, directors, principals, or other insiders without appropriate authorization?  If "Yes", explain below: | X | |

_____

3. State what progress was made during the reporting period toward filing a plan of reorganization

   During the reporting period, the Debtors' engaged in extensive discussions with their prepetition secured
   lenders on the terms of a consensual plan of reorganization.

4. Describe potential future developments which may have a significant impact on the case:

   The Debtors currently have authority to continue to sell homes at the Brightwater Project, their primary
   development, and use of cash collateral through December 3, 2010.  The Debtors' exclusive solicitation
   period ended August 31, 2010.  The Debtors are now engaged in discussions with their lenders on the terms of a
   new plan of reorganization.

5. Attach copies of all Orders granting relief from the automatic stay that were entered during the
   reporting period.

   None

|   |   | No | Yes |
|---|---|---|---|
| 6. | Did you receive any exempt income this month, which is not set forth in the operating report?  If "Yes", please set forth the amounts and sources of the income below. | X | |

_____

I,  Sandra G. Sciutto, SVP/CFO of California Coastal Communities, Inc.
    declare under penalty of perjury that I have fully read and understood the foregoing debtor-in-possession operating report and that the information contained herein is true and complete to the best of my knowledge.

_____          _____
11/15/10                                      Page 16 of 16
Date                                            Principal for debtor-in-possession

 **Union**Bank

## STATEMENT OF ACCOUNTS

UNION BANK
COMML REAL ESTATE TREASURY SVCS - WEST 211
POST OFFICE BOX 513840
LOS ANGELES          CA  90051-3840

Page 1 of 2
CALIFORNIA COASTAL COMMUNITIES, INC
**Statement Number: 2110092817**
10/01/10 - 10/29/10

Customer Inquiries
800-849-6466

Thank you for banking with us
since 2003

**CALIFORNIA COASTAL COMMUNITIES, INC**
**ATTN: SANDRA G. SCIUTTO**
**CHAPTER 11 DEBTOR IN POSSESSION**
**CASE #09-21712-TA**
**6 EXECUTIVE CIRCLE, STE 250**
**IRVINE CA 92614**

■ *Access account information and key online services using your smartphone with Union Bank's Mobile Business Center. Now, wherever you have mobile Internet service, you can check balances, make intra-bank transfers and approve wires securely. To enroll in mobile banking, go to the Online Business Center. To learn more, call your Relationship Manager or contact Global Treasury Management Sales at 800-883-0285.*

## Analyzed Business Checking Summary

Account Number: 2110092817

Days in statement period: Days in statement period: 29

| | | |
|---|---:|---:|
| **Balance on 10/ 1**  $ | | 654,700.72 |
| **Total Credits** | | 66,153.79 |
| Deposits (4) | 4,761.03 | |
| Electronic credits (2) | 61,392.76 | |
| **Total Debits** | | -706,915.52 |
| Checks paid (15) | -50,171.15 | |
| Electronic debits (6) | -656,659.37 | |
| Other debits (1) | -85.00 | |
| **Balance on 10/29**  $ | | 13,938.99 |

## CREDITS

### Deposits *including check and cash credits*

| Date | Description/Location | Reference | Amount |
|---|---|---|---:|
| 10/4 | OFFICE DEPOSIT | 77073532 | $ 4,000.00 |
| 10/18 | OFFICE DEPOSIT | 77761682 | 383.80 |
| 10/25 | OFFICE DEPOSIT | 77228073 | 26.31 |
| 10/27 | OFFICE DEPOSIT | 77349054 | 350.92 |
| | **4  Deposits** | **Total** | **$ 4,761.03** |

### Electronic credits

| Date | Description/Location | Reference | Amount |
|---|---|---|---:|
| 10/14 | WIRE TRANS TRN 1014016769 101410 UBOC UB136528R | 93052901 | $ 43,347.76 |
| 10/27 | CASH MANAGEMENT BKTRANSFER | 93090892 | 18,045.00 |
| | **2  Electronic credits** | **Total** | **$ 61,392.76** |

## DEBITS

Page 2 of 2
CALIFORNIA COASTAL COMMUNITIES, INC
**Statement Number: 2110092817**
10/01/10 - 10/29/10

## Check Paid

| Number | Date | Amount | Number | Date | Amount |
|---|---|---|---|---|---|
| 2840 | 10/12 | 481.61 | 2850 | 10/28 | 21.00 |
| 2843* | 10/7 | 9,000.00 | 2851 | 10/27 | 364.57 |
| 2844 | 10/6 | 7,750.00 | 2852 | 10/25 | 625.74 |
| 2845 | 10/15 | 9,000.00 | 2853 | 10/28 | 30.01 |
| 2846 | 10/1 | 336.30 | 2855* | 10/22 | 6,068.00 |
| 2847 | 10/12 | 66.16 | 2856 | 10/27 | 350.93 |
| 2848 | 10/6 | 15,793.05 | 2858* | 10/29 | 204.06 |
| 2849 | 10/12 | 79.72 | | | |
| **15  Checks paid** | | | **Total** | **$** | **50,171.15** |

* Checks missing in sequence. Out of sequence check numbers may also be located in the Electronic Debits section of your statement.

## Electronic debits

| Date | Description | Reference | Amount |
|---|---|---|---|
| 10/1 | WIRE TRANS TRN 1001019142 100110 UBOC93053908 UB117082R | | $ 235,639.24 |
| 10/1 | WIRE TRANS TRN 1001019141 100110 UBOC93053907 UB117083R | | 349,436.72 |
| 10/14 | WIRE TRANS TRN 1014016863 101410 UBOC93052973 UB136557R | | 34,249.76 |
| 10/28 | WIRE TRANS TRN 1028016143 102810 UBOC93053162 UB160164R | | 36,683.65 |
| 10/29 | CASH MANAGEMENT BKTRANSFER | 93090321 | 325.00 |
| 10/29 | CASH MANAGEMENT BKTRANSFER | 93090322 | 325.00 |
| | **6  Electronic debits** | **Total** | **$ 656,659.37** |

## Other debits, fees and adjustments

| Date | Description | Reference | Amount |
|---|---|---|---|
| 10/27 | SAFE BOX ACCOUNTING RENTAL PMT | 90310085 | $ 85.00 |

## Daily Ledger Balance

| Date | Ledger Balance | Date | Ledger Balance |
|---|---|---|---|
| 10/1-10/3 | $ 69,288.46 | 10/18-10/21 | $ 40,599.72 |
| 10/4-10/5 | 73,288.46 | 10/22-10/24 | 34,531.72 |
| 10/6 | 49,745.41 | 10/25-10/26 | 33,932.29 |
| 10/7-10/11 | 40,745.41 | 10/27 | 51,527.71 |
| 10/12-10/13 | 40,117.92 | 10/28 | 14,793.05 |
| 10/14 | 49,215.92 | 10/29 | 13,938.99 |
| 10/15-10/17 | 40,215.92 | | |