1  HENNIGAN, BENNETT & DORMAN LLP
   BRUCE BENNETT (Cal. Bar No. 105430)
2  JOSHUA M. MESTER (Cal. Bar No. 194783)
   MICHAEL C. SCHNEIDEREIT (Cal. Bar No. 234956)
3  865 South Figueroa Street, Suite 2900
   Los Angeles, California 90017
4  Telephone: (213) 694-1200
   Fax: (213) 694-1234

5

6  *Reorganization Counsel for*
   *Debtors and Debtors in Possession*

7

8           **UNITED STATES BANKRUPTCY COURT**
              **CENTRAL DISTRICT OF CALIFORNIA**
9                  **SANTA ANA DIVISION**

10

11  In re:                                )  Case No. 8:09-21712-TA
                                          )
12                                        )  Jointly Administered with Case Nos.
    ☐ CALIFORNIA COASTAL                  )  8:09-21713-TA; 8:09-21714-TA;
13      COMMUNITIES, INC.                 )  8:09-21715-TA; 8:09-21717-TA;
    ☐ SIGNAL LANDMARK HOLDINGS INC.       )  8:09-21718-TA; 8:09-21719-TA;
14  ☐ SIGNAL LANDMARK                     )  8:09-21720-TA; 8:09-21721-TA;
    ☐ HEARTHSIDE HOLDINGS, INC.           )  8:09-21722-TA; 8:09-21723-TA
15  ☐ HEARTHSIDE HOMES, INC.              )
    ☐ HHI CHANDLER, L.L.C.                )  Chapter 11
16  ☐ HHI CHINO II, L.L.C.                )
    ☐ HHI CROSBY, L.L.C.                  )  **DEBTORS' SUBMISSION OF**
17  ☐ HHI HELLMAN, L.L.C.                 )  **BLACKLINES REFLECTING CHANGES**
    ☐ HHI LANCASTER I, L.L.C.             )  **TO DISCLOSURE STATEMENT AND**
18  ☐ HHI SENECA, L.L.C.                  )  **PLAN**
                                          )
19  ☒  All Debtors                        )          Hearing
                                          )
20                                        )  Date:  January 12, 2011
                            Debtors.      )  Time:  10:00am
21                                        )  Place: Courtroom "5B"
                                          )          411 West Fourth Street
22                                        )          Santa Ana, CA 92701
                                          )
23                                        )
                                          )
24                                        )
    _____)
25

26

27

28

1    California Coastal Communities, Inc. and its affiliated debtors and debtors in possession

2  herein (collectively, the "Debtors") have filed their Amended Disclosure Statement for Debtors'

3  Seventh Amended Plan of Reorganization Dated January 12, 2011 ("Amended Disclosure

4  Statement") and their Seventh Amended Plan of Reorganization Dated January 12, 2011 ("Seventh

5  Amended Plan").  Attached hereto as Exhibit A is a comparison of the Amended Disclosure

6  Statement to the disclosure statement filed on December 20, 2010 reflecting all of the changes made

7  by the Debtors.  Attached hereto as Exhibit B is a comparison of the Seventh Amended Plan to the

8  Sixth Amended Plan filed on December 20, 2010 reflecting all of the changes made by the Debtors.

9

10  DATED:  January 13, 2011                         HENNIGAN, BENNETT & DORMAN LLP
                                                     865 South Figueroa Street, Suite 2900
11                                                   LOS ANGELES, CA 90017

12

13
                                                     By:  /s/ Joshua M. Mester
14                                                        Bruce Bennett
                                                          Joshua M. Mester
15                                                        Michael C. Schneidereit

16
                                                     *Reorganization Counsel for the Debtors and
17                                                   Debtors in Possession*

18

19

20

21

22

23

24

25

26

27

28