DEWEY & LEBOEUF LLP
BRUCE BENNETT (Cal. Bar No. 105430)
JOSHUA M. MESTER (Cal. Bar No. 194783)
MICHAEL C. SCHNEIDEREIT (Cal. Bar No. 234956)
333 South Grand Avenue, Suite 2600
Los Angeles, California 90071
Telephone: (213) 621-6000
Fax: (213) 621-6100

*Proposed Reorganization Counsel for
Debtors and Debtors in Possession*

**UNITED STATES BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA
SANTA ANA DIVISION**

| | |
|---|---|
| *In re* <br> ☐ CALIFORNIA COASTAL COMMUNITIES, INC <br> ☐ SIGNAL LANDMARK HOLDINGS INC. <br> ☐ SIGNAL LANDMARK <br> ☐ HEARTHSIDE HOLDINGS, INC. <br> ☐ HEARTHSIDE HOMES, INC. <br> ☐ HHI CHANDLER, L.L.C. <br> ☐ HHI CHINO II, L.L.C. <br> ☐ HHI CROSBY, L.L.C. <br> ☐ HHI HELLMAN, L.L.C. <br> ☐ HHI LANCASTER I, L.L.C. <br> ☐ HHI SENECA, L.L.C. <br><br> ☒ All Debtors. | Case No. 8:09-21712-TA <br><br> Jointly Administered with Case Nos. <br> 8:09-21713-TA; 8:09-21714-TA; <br> 8:09-21715-TA; 8:09-21717-TA; <br> 8:09-21718-TA; 8:09-21719-TA; <br> 8:09-21720-TA; 8:09-21721-TA; <br> 8:09-21722-TA; 8:09-21723-TA <br><br> Chapter 11 <br><br> **DECLARATION OF KEVIN FLOYD REGARDING VOTING RESULTS FOR DEBTORS' SEVENTH AMENDED JOINT PLAN OF REORGANIZATION DATED JANUARY 12, 2011** |

I, Kevin Floyd, declare and state as follows:

1. I am over the age of eighteen years and I am not individually a party to these proceedings.

2. I am employed as a Paralegal with Dewey & Leboeuf LLP ("Dewey"), the proposed reorganization counsel for California Coastal Communities, Inc., et al. (the "Debtors"). My business address is 333 South Grand Avenue, Suite 2600, Los Angeles, California 90071. Except as otherwise noted, I could and would testify to the following based upon my personal knowledge.

**SERVICE AND TRANSMITTAL OF SOLICITATION PACKAGES**

3. On January 18, 2011, I caused Solicitation Packages and ballots to be sent to creditors entitled to vote on the Debtors' Seventh Amended Joint Plan of Reorganization Dated January 12, 2011 (the "Plan") in accordance with the Order Approving (I) Adequacy of Information in Disclosure Statement with Respect to the Debtors' Seventh Amended Joint Plan of Reorganization; (II) Form, Scope and Nature of Solicitation, Balloting, Tabulation and Notices with Respect Thereto; and (III) Related Confirmation Procedures, Deadlines and Notices (the "Solicitation Procedures Order").

**THE TABULATION PROCESS**

4. The Solicitation Procedures Order established holders of allowed claims in accordance with the Bankruptcy Code and Federal Rules of Bankruptcy Procedures in determining which creditors were entitled to receive Solicitation Packages and, where applicable, vote on the Plan. Holders of claims in the following classes were entitled to vote to accept or reject the Plan: 1A, 1B, 1G, 1H, 2A, 2B, 2G, 2H, 3A, 3B, 3G, 3H, 4A, 4B, 4G, 4H, 5A, 5B, 5G, 5H, 6A, 6B, 6C, 6G, 6H, 7A, 7B, 8A, 8B, 9A, 9B, 10A, 10B, 11A and 11B (the "Voting Classes").

5. In order to identify the holders of claims entitled to vote to accept or reject the Plan, I used the Schedules of Assets and Liabilities filed by the Debtors and the information contained in the proofs of claim filed against the Debtors. Using the information outlined above, I populated a voting database reflecting the names, addresses and classification of claims in the Voting Classes.

6. Using the voting database, I had ballots prepared for holders of claims entitled to vote to accept or reject the Plan (the "Ballots"). The Solicitation Procedures Order established February 4, 2011 at 5:00 p.m. Pacific Time as the deadline for receiving Ballots to accept or reject the Plan (the "Voting Deadline").

7. I received and tabulated the Ballots as follows: (a) each returned Ballot was opened and inspected at my office; (b) all Ballots received on or before the Voting Deadline were then

entered onto a Ballot Tabulation Spreadsheet and tabulated in accordance with the tabulation rules outlined in the Solicitation Procedures Order.

8. In order for a Ballot to be counted as valid, the Ballot must have been properly completed and executed by the holder of a claim, or such holder's authorized representative, and must have been received on or before the Voting Deadline.

9. The final Ballot Report containing (a) a summary Ballot Report by Voting Class; and (b) a detailed Ballot Report for the Voting Classes with respect to the Plan is attached to this Declaration as <u>Exhibit A</u>.

10. I received one Ballot that is not included in the tabulation because it did not conform in all respects with the requirements for a valid Ballot set forth in the Solicitation Procedures Order. Attached to this Declaration as <u>Exhibit B</u> is a chart listing the unacceptable Ballot.

11. The Ballots I received are stored at Dewey and are available for inspection by or submission to the Court.

12. To the best of my knowledge, information and belief, the foregoing information concerning the distribution, submission and tabulation of Ballots in connection with the Plan is true and correct.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 11th day of February, 2011 at Los Angeles, California.

_____
Kevin Floyd

# EXHIBIT A

| | Debtors' Seventh Amended Joint Plan of Reorganization Dated January 12, 2011 | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Class Name | Class Description | Total Members | Unacceptable Votes | Members Voted | Members Accepted | Members Rejected | Percentage Members Accepted | Percentage Members Rejected | Total Amount in Class | Total Amount Voted | Total Amount Accepted | Total Amount Rejected | Percentage of Amount Accepted | Percentage of Amount Rejected |
| 1A | California Coastal Communities, Inc. - Revolver Loan | 6 | 0 | 6 | 6 | 0 | 100.00% | 0.00% | $81,679,318.58 | $81,679,318.58 | $81,679,318.58 | $0.00 | 100.00% | 0.00% |
| 1B | California Coastal Communities, Inc. - Term Loan | 7 | 0 | 7 | 6 | 1 | 85.70% | 14.30% | $99,800,000.00 | $99,800,000.00 | $87,824,000.00 | $11,976,000.00 | 86.40% | 13.60% |
| 1G | California Coastal Communities, Inc. - Convenience Class | 27 | 0 | 1 | 1 | 0 | 100.00% | 0.00% | $42,148.23 | $2,584.24 | $2,584.24 | $0.00 | 100.00% | 0.00% |
| 1H | California Coastal Communities, Inc. - General Unsecured | 9 | 0 | 6 | 6 | 0 | 100.00% | 0.00% | $5,797,649.70 | $4,433,141.68 | $4,433,141.68 | $0.00 | 100.00% | 0.00% |
| 2A | Signal Landmark Holdings, Inc. - Revolver Loan | 6 | 0 | 6 | 6 | 0 | 100.00% | 0.00% | $81,679,318.58 | $81,679,318.58 | $81,679,318.58 | $0.00 | 100.00% | 0.00% |
| 2B | Signal Landmark Holdings, Inc. - Term Loan | 7 | 0 | 7 | 6 | 1 | 85.70% | 14.30% | $99,800,000.00 | $99,800,000.00 | $87,824,000.00 | $11,976,000.00 | 86.40% | 13.60% |
| 2G | Signal Landmark Holdings, Inc. - Convenience Class | 0 | 0 | 0 | 0 | 0 | 0.00% | 0.00% | $0.00 | $0.00 | $0.00 | $0.00 | 0.00% | 0.00% |
| 2H | Signal Landmark Holdings, Inc. - General Unsecured | 7 | 0 | 3 | 3 | 0 | 100.00% | 0.00% | $5,635,916.51 | $4,223,141.68 | $4,223,141.68 | $0.00 | 100.00% | 0.00% |
| 3A | Signal Landmark - Revolver Loan | 6 | 0 | 6 | 6 | 0 | 100.00% | 0.00% | $81,679,318.58 | $81,679,318.58 | $81,679,318.58 | $0.00 | 100.00% | 0.00% |
| 3B | Signal Landmark - Term Loan | 7 | 0 | 7 | 6 | 1 | 85.70% | 14.30% | $99,800,000.00 | $99,800,000.00 | $87,824,000.00 | $11,976,000.00 | 86.40% | 13.60% |
| 3G | Signal Landmark - Convenience Class | 11 | 0 | 2 | 2 | 0 | 100.00% | 0.00% | $26,184.90 | $7,475.02 | $7,475.02 | $0.00 | 100.00% | 0.00% |
| 3H | Signal Landmark - General Unsecured | 8 | 0 | 4 | 4 | 0 | 100.00% | 0.00% | $5,640,236.77 | $4,256,155.43 | $4,256,155.43 | $0.00 | 100.00% | 0.00% |
| 4A | Hearthside Holdings, Inc. - Revolver Loan | 6 | 0 | 6 | 6 | 0 | 100.00% | 0.00% | $81,679,318.58 | $81,679,318.58 | $81,679,318.58 | $0.00 | 100.00% | 0.00% |
| 4B | Hearthside Holdings, Inc. - Term Loan | 7 | 0 | 7 | 6 | 1 | 85.70% | 14.30% | $99,800,000.00 | $99,800,000.00 | $87,824,000.00 | $11,976,000.00 | 86.40% | 13.60% |
| 4G | Hearthside Holdings, Inc. - Convenience Class | 0 | 0 | 0 | 0 | 0 | 0.00% | 0.00% | $0.00 | $0.00 | $0.00 | $0.00 | 0.00% | 0.00% |
| 4H | Hearthside Holdings, Inc. - General Unsecured | 5 | 0 | 2 | 2 | 0 | 100.00% | 0.00% | $4,434,754.70 | $4,157,565.00 | $4,157,565.00 | $0.00 | 100.00% | 0.00% |
| 5A | Hearthside Homes, Inc. - Revolver Loan | 6 | 0 | 6 | 6 | 0 | 100.00% | 0.00% | $81,679,318.58 | $81,679,318.58 | $81,679,318.58 | $0.00 | 100.00% | 0.00% |
| 5B | Hearthside Homes, Inc. - Term Loan | 7 | 0 | 7 | 6 | 1 | 85.70% | 14.30% | $99,800,000.00 | $99,800,000.00 | $87,824,000.00 | $11,976,000.00 | 86.40% | 13.60% |
| 5G | Hearthside Homes, Inc. - Convenience Class | 110 | 1 | 13 | 12 | 0 | 100.00% | 0.00% | $271,966.79 | $51,155.24 | $51,155.24 | $0.00 | 100.00% | 0.00% |
| 5H | Hearthside Homes, Inc. - General Unsecured | 47 | 0 | 8 | 8 | 0 | 100.00% | 0.00% | $7,430,641.40 | $4,374,647.40 | $4,374,647.40 | $0.00 | 100.00% | 0.00% |
| 6A | HHI Lancaster I, L.L.C. - Revolver Loan | 6 | 0 | 6 | 6 | 0 | 100.00% | 0.00% | $81,679,318.58 | $81,679,318.58 | $81,679,318.58 | $0.00 | 100.00% | 0.00% |
| 6B | HHI Lancaster I, L.L.C. - Term Loan | 7 | 0 | 7 | 6 | 1 | 85.70% | 14.30% | $99,800,000.00 | $99,800,000.00 | $87,824,000.00 | $11,976,000.00 | 86.40% | 13.60% |
| 6C | HHI Lancaster I, L.L.C. - Indymac Secured Claim | 1 | 0 | 1 | 0 | 1 | 0.00% | 100.00% | $374,228.53 | $374,228.53 | $0.00 | $374,228.53 | 0.00% | 100.00% |
| 6G | HHI Lancaster I, L.L.C. - Convenience Class | 11 | 0 | 0 | 0 | 0 | 0.00% | 0.00% | $9,421.01 | $0.00 | $0.00 | $0.00 | 0.00% | 0.00% |
| 6H | HHI Lancaster I, L.L.C. - General Unsecured | 5 | 0 | 3 | 3 | 0 | 100.00% | 0.00% | $4,434,754.70 | $4,223,141.68 | $4,223,141.68 | $0.00 | 100.00% | 0.00% |
| 7A | HHI Chandler, L.L.C. - Revolver Loan | 6 | 0 | 6 | 6 | 0 | 100.00% | 0.00% | $81,679,318.58 | $81,679,318.58 | $81,679,318.58 | $0.00 | 100.00% | 0.00% |
| 7B | HHI Chandler, L.L.C. - Term Loan | 7 | 0 | 7 | 6 | 1 | 85.70% | 14.30% | $99,800,000.00 | $99,800,000.00 | $87,824,000.00 | $11,976,000.00 | 86.40% | 13.60% |
| 8A | HHI Chino II, L.L.C. - Revolver Loan | 6 | 0 | 6 | 6 | 0 | 100.00% | 0.00% | $81,679,318.58 | $81,679,318.58 | $81,679,318.58 | $0.00 | 100.00% | 0.00% |
| 8B | HHI Chino II, L.L.C. - Term Loan | 7 | 0 | 7 | 6 | 1 | 85.70% | 14.30% | $99,800,000.00 | $99,800,000.00 | $87,824,000.00 | $11,976,000.00 | 86.40% | 13.60% |
| 9A | HHI Crosby, L.L.C. - Revolver Loan | 6 | 0 | 6 | 6 | 0 | 100.00% | 0.00% | $81,679,318.58 | $81,679,318.58 | $81,679,318.58 | $0.00 | 100.00% | 0.00% |
| 9B | HHI Crosby, L.L.C. - Term Loan | 7 | 0 | 7 | 6 | 1 | 85.70% | 14.30% | $99,800,000.00 | $99,800,000.00 | $87,824,000.00 | $11,976,000.00 | 86.40% | 13.60% |
| 10A | HHI Hellman, L.L.C. - Revolver Loan | 6 | 0 | 6 | 6 | 0 | 100.00% | 0.00% | $81,679,318.58 | $81,679,318.58 | $81,679,318.58 | $0.00 | 100.00% | 0.00% |
| 10B | HHI Hellman, L.L.C. - Term Loan | 7 | 0 | 7 | 6 | 1 | 85.70% | 14.30% | $99,800,000.00 | $99,800,000.00 | $87,824,000.00 | $11,976,000.00 | 86.40% | 13.60% |
| 11A | HHI Seneca, L.L.C. - Revolver Loan | 6 | 0 | 6 | 6 | 0 | 100.00% | 0.00% | $81,679,318.58 | $81,679,318.58 | $81,679,318.58 | $0.00 | 100.00% | 0.00% |
| 11B | HHI Seneca, L.L.C. - Term Loan | 7 | 0 | 7 | 6 | 1 | 85.70% | 14.30% | $99,800,000.00 | $99,800,000.00 | $87,824,000.00 | $11,976,000.00 | 86.40% | 13.60% |

Class Details - Classes 1A-11A and 1B-11B
Revolver Loan and Term Loan Claims

| Creditor Name | Ballot Classes | Date Received | Voting Amount | Accept / Reject |
|---|---|---|---|---|
| Anchorage Illiquid Opportunities Offshore Master, L.P. | 1A - 11A | 2/3/2011 | $22,845,897.94 | Accept |
| Anchorage Illiquid Opportunities Offshore Master, L.P. | 1B - 11B | 2/3/2011 | $22,966,158.64 | Accept |
| Anchorage Illiquid Opportunities Offshore Master II, L.P. | 1B - 11B | 2/3/2011 | $16,536,880.00 | Accept |
| Bank of America, N.A. | 1A - 11A | 2/1/2011 | $22,481,223.14 | Accept |
| Bank of America, N.A. | 1B - 11B | 2/1/2011 | $26,585,557.60 | Accept |
| Comerica Bank | 1A - 11A | 1/25/2011 | $14,764,054.44 | Accept |
| GAM Equity Six Inc. | 1A - 11A | 2/2/2011 | $1,607,563.00 | Accept |
| GAM Equity Six Inc. | 1B - 11B | 2/2/2011 | $1,655,512.00 | Accept |
| GRF Master Fund, L.P. | 1A - 11A | 2/3/2011 | $8,311,934.86 | Accept |
| GRF Master Fund, L.P. | 1B - 11B | 2/3/2011 | $3,082,328.54 | Accept |
| Luxor Capital, LLC | 1A - 11A | 2/2/2011 | $11,668,645.20 | Accept |
| Luxor Capital, LLC | 1B - 11B | 2/2/2011 | $16,997,563.22 | Accept |
| Preferred Bank | 1B - 11B | 1/31/2011 | $11,976,000.00 | Reject |

Class Details - Class 1G
California Coastal Communities, Inc. - Convenience Class

| Creditor Name | Date Received | Voting Amount | Accept / Reject |
|---|---|---|---|
| Phillip R. Burnaman | 2/1/2011 | $2,584.24 | Accept |

Class Details - Class 1H
California Coastal Communities, Inc. - General Unsecured

| Creditor Name | Date Received | Voting Amount | Accept / Reject | Elect to have Claim treated as a Convenience Claim |
|---|---|---|---|---|
| I.C.W. Group | 2/4/2011 | $65,576.68 | Accept | No |
| Pension Benefit Guaranty Corporation | 2/2/2011 | $3,375,464.00 | Accept | No |
| Pension Benefit Guaranty Corporation | 2/2/2011 | $782,101.00 | Accept | No |
| Raymond J. Pacini | 1/19/2011 | $37,500.00 | Accept | Yes |
| Sandra G. Sciutto | 1/24/2011 | $22,500.00 | Accept | Yes |
| Wheelabrator Technologies, Inc. | 1/31/2011 | $150,000.00 | Accept | No |

Class Details - Class 2H
Signal Landmark Holdings, Inc. - General Unsecured

| Creditor Name | Date Received | Voting Amount | Accept / Reject | Elect to have Claim treated as a Convenience Claim |
|---|---|---|---|---|
| I.C.W. Group | 2/4/2011 | $65,576.68 | Accept | No |
| Pension Benefit Guaranty Corporation | 2/2/2011 | $3,375,464.00 | Accept | No |
| Pension Benefit Guaranty Corporation | 2/2/2011 | $782,101.00 | Accept | No |

Class Details - Class 3G
Signal Landmark - Convenience Class

| Creditor Name | Date Received | Voting Amount | Accept / Reject |
|---|---|---|---|
| Lester E. Olson | 1/24/2011 | $3,850.00 | Accept |
| Manatt, Phelps & Phillips LLP | 1/26/2011 | $3,625.02 | Accept |

## Class Details - Class 3H
### Signal Landmark - General Unsecured

| Creditor Name | Date Received | Voting Amount | Accept / Reject | Elect to have Claim treated as a Convenience Claim |
|---|---|---|---|---|
| I.C.W. Group | 2/4/2011 | $65,576.68 | Accept | No |
| Pension Benefit Guaranty Corporation | 2/2/2011 | $3,375,464.00 | Accept | No |
| Pension Benefit Guaranty Corporation | 2/2/2011 | $782,101.00 | Accept | No |
| Scientific Resource Surveys | 2/4/2011 | $33,013.75 | Accept | No |

Class Details - Class 4H
Hearthside Holdings, Inc. - General Unsecured

| Creditor Name | Date Received | Voting Amount | Accept / Reject | Elect to have Claim treated as a Convenience Claim |
|---|---|---|---|---|
| Pension Benefit Guaranty Corporation | 2/2/2011 | $3,375,464.00 | Accept | No |
| Pension Benefit Guaranty Corporation | 2/2/2011 | $782,101.00 | Accept | No |

## Class Details - Class 5G
## Hearthside Homes, Inc. - Convenience Class

| Creditor Name | Date Received | Voting Amount | Accept / Reject |
|---|---|---|---|
| CA Building Specialties, Inc. | 1/21/2011 | $5,363.35 | Accept |
| CA Building Specialties, Inc. | 1/21/2011 | $1,798.94 | Accept |
| DACA 2010L, LP | 1/27/2011 | $995.00 | Accept |
| J&J Model Home Care | 1/25/2011 | $7,205.00 | Accept |
| Jim Hays Construction and Consulting | 1/25/2011 | $9,503.94 | Accept |
| Lester E. Olson | 1/24/2011 | $3,850.00 | Accept |
| Manatt, Phelps & Phillips LLP | 1/26/2011 | $9,579.47 | Accept |
| Nu Coast Graphics Services Inc. | 1/25/2011 | $1,974.90 | Accept |
| Southern Fireplace Distributors | 1/25/2011 | $2,345.44 | Accept |
| Southern Fireplace Distributors | 1/25/2011 | $650.00 | Accept |
| Steve Wolff & Associates Inc. | 1/26/2011 | $7,360.00 | Accept |
| Vintage Design Incorporated | 1/21/2011 | $529.20 | Accept |

Class Details - Class 5H
Hearthside Homes, Inc. - General Unsecured

| Creditor Name | Date Received | Voting Amount | Accept / Reject | Elect to have Claim treated as a Convenience Claim |
|---|---|---|---|---|
| DACA 2010L, LP | 1/27/2011 | $11,779.05 | Accept | Yes |
| Doug Woodyard | 2/3/2011 | $59,039.15 | Accept | Yes |
| I.C.W. Group | 2/4/2011 | $65,576.68 | Accept | No |
| Nakae & Associates Inc. | 1/27/2011 | $55,241.67 | Accept | No |
| Pension Benefit Guaranty Corporation | 2/2/2011 | $782,101.00 | Accept | No |
| Pension Benefit Guaranty Corporation | 2/2/2011 | $3,375,464.00 | Accept | No |
| Quality Structures Inc. | 1/27/2011 | $10,946.46 | Accept | Yes |
| Vintage Design Incorporated | 1/21/2011 | $14,499.39 | Accept | Yes |

## Class Details - Class 6C
### HHI Lancaster I, L.L.C. - Indymac Secured Claim

| Creditor Name | Date Received | Voting Amount | Accept / Reject |
|---|---|---|---|
| IndyMac Venture LLC | 2/4/2011 | $374,228.53 | Reject |

## Class Details - Class 6H
### HHI Lancaster I, L.L.C. - General Unsecured

| Creditor Name | Date Received | Voting Amount | Accept / Reject | Elect to have Claim treated as a Convenience Claim |
|---|---|---|---|---|
| I.C.W. Group | 2/4/2011 | $65,576.68 | Accept | No |
| Pension Benefit Guaranty Corporation | 2/2/2011 | $3,375,464.00 | Accept | No |
| Pension Benefit Guaranty Corporation | 2/2/2011 | $782,101.00 | Accept | No |

# EXHIBIT B

## Class Details - Class 5G
### Hearthside Homes, Inc. - Convenience Class
#### Unacceptable Ballot

| Creditor Name | Date Received | Voting Amount | Accept / Reject | Reason Unacceptable |
|---|---|---|---|---|
| Mobile Modular Management Corp. | 1/21/2011 | $471.06 | Neither | Ballot was not filled out correctly. Neither Accept nor Reject box was checked. |