DEWEY & LEBOEUF LLP
BRUCE BENNETT (Cal. Bar No. 105430)
JOSHUA M. MESTER (Cal. Bar No. 194783)
MICHAEL C. SCHNEIDEREIT (Cal. Bar No. 234956)
333 South Grand Avenue, Suite 2600
Los Angeles, California 90071
Telephone: (213) 621-6000
Fax: (213) 621-6100

*Proposed Reorganization Counsel for
Debtors and Debtors in Possession*

**UNITED STATES BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA
SANTA ANA DIVISION**

| | |
|---|---|
| *In re* <br> ☐ CALIFORNIA COASTAL COMMUNITIES, INC <br> ☐ SIGNAL LANDMARK HOLDINGS INC. <br> ☐ SIGNAL LANDMARK <br> ☐ HEARTHSIDE HOLDINGS, INC. <br> ☐ HEARTHSIDE HOMES, INC. <br> ☐ HHI CHANDLER, L.L.C. <br> ☐ HHI CHINO II, L.L.C. <br> ☐ HHI CROSBY, L.L.C. <br> ☐ HHI HELLMAN, L.L.C. <br> ☐ HHI LANCASTER I, L.L.C. <br> ☐ HHI SENECA, L.L.C. <br><br> ☒ All Debtors. | Case No. 8:09-21712-TA <br><br> Jointly Administered with Case Nos. 8:09-21713-TA; 8:09-21714-TA; 8:09-21715-TA; 8:09-21717-TA; 8:09-21718-TA; 8:09-21719-TA; 8:09-21720-TA; 8:09-21721-TA; 8:09-21722-TA; 8:09-21723-TA <br><br> Chapter 11 <br><br> **NOTICE OF (A) EFFECTIVE DATE OF DEBTORS' SEVENTH AMENDED JOINT PLAN OF REORGANIZATION AND (B) CERTAIN CLAIMS' BAR DATES** <br><br> **Effective Date:**:  March 1, 2011 |

-1-

**PLEASE TAKE NOTICE** that, on February 24, 2011, the United States Bankruptcy Court for the Central District of California (the "Bankruptcy Court") entered an Order, Docket No. 582 (the "Confirmation Order"), confirming the Seventh Amended Joint Plan of Reorganization (the "Plan") proposed by California Coastal Communities, Inc. ("CALC") and its affiliated debtors and debtors-in-possession (collectively, the "Debtors") and resolving the objections to the Plan.

**PLEASE TAKE FURTHER NOTICE** that all conditions to the Effective Date[1] were satisfied or waived and **the Effective Date occurred on March 1, 2011**.

**PLEASE TAKE FURTHER NOTICE** that the Bar Date for Administrative Claims, other than Ordinary Course Administrative Claims or Professional Fee Claims, shall be **April 15, 2011**.

**PLEASE TAKE FURTHER NOTICE** that Professionals or other Entities asserting a Professional Fee Claim for services rendered to the Estate before the Effective Date must File and serve on the pertinent Reorganized Debtors and such other Entities who are designated by the Bankruptcy Rules, the Confirmation Order, the Professional Fee Order or other order of the Bankruptcy Court, an application for final allowance of such Professional Fee Claim, as it relates to services provided to the Estate, **no later than May 2, 2011**. Objections to any Professional Fee Claim must be Filed and served on the Reorganized Debtors and the requesting party by the later of (1) **May 30, 2011** or (2) 30 days after the Filing of the applicable request for payment of the Professional Fee Claim. To the extent necessary, this Order amends and supersedes any previously entered order of the Bankruptcy Court, including the Professional Fee Order, regarding the payment of Professional Fee Claims.

**PLEASE TAKE FURTHER NOTICE** that, If the rejection of an Executory Contract or Unexpired Lease pursuant to the Plan gives rise to a Claim by the other party or parties to such contract or lease, such Claim shall be forever barred and shall not be enforceable against the

---

[1] Capitalized terms not defined herein shall have the meaning given to them in the Plan.

-1-

Reorganized Debtors, their successors or properties unless a proof of Claim is filed and served on the pertinent Reorganized Debtor and its counsel **on or before March 31, 2011.**

**PLEASE TAKE FURTHER NOTICE** that, if the rejection of an Executory Contract pursuant to the Plan gives rise to the right by the other party or parties to such contract to make an election under section 365(n) of the Bankruptcy Code to either treat such contract as terminated or to retain its rights under such contract, such other party to such contract will be deemed to elect to treat such contract as terminated unless such other party files and serves a notice of its alternative election on the pertinent Reorganized Debtor and its counsel on or before **March 31, 2011**.

DATED: March 2, 2011

DEWEY & LEBOEUF
333 South Grand Avenue, Suite 2600
LOS ANGELES, CA 90071


By:  *Joshua M. Mester*
      Joshua M. Mester

*Proposed Reorganization Counsel for Debtors and Debtors in Possession*

-2-